*Exhibit C*

# CITY OF CHARLOTTESVILLE

Office of the City Manager
P.O. Box 911
Charlottesville, Virginia 22902
Telephone: (434) 970-3101

NOTICE OF DECISION
Issued Pursuant to the City's
Special Events Regulations (8/12/10)



**APPLICATION/ REQUEST DATE:** Two applications, each received by City on 11-29-2017
(i) McGuffey Park, Reserve: 8/11/2018 and 8/12/2018, 6 a.m. to 11 p.m.
(ii) Justice Park, Reserve: 8/11/2018 and 8/12/2018, 6 a.m. to 11 p.m.

**SPONSOR(S) NAME:** Brian Lambert
**CONTACT:** the live2lam366@yahoo.com (428 Meade Avenue; 434-872-3721)

Please be advised that the above-referenced application/ request is hereby **DENIED**. The reasons for this decision are as follows:

(1) **The proposed demonstration or special event presents a danger to public safety and it cannot be accommodated within a reasonable allocation of City funds and/or police resources:** the application proposes a demonstration or special event to take place on the anniversary of the violence on 8/11/2017 and 8/12/2017; the application likely underestimates the number of participants.

(2) **The application proposes activities contrary to the limitations and conditions specified within these regulations:** The application asks the City to assign police to provide services to ensure that anyone "protesting the event" is removed from the respective parks—the City cannot provide the requested service (3.4.7). No pop-up ("easy-up") tents are allowed (3.3.1). Also: McGuffey Park cannot be used after 9:00 p.m., per City Code §18-1.

(3) **There is no person or entity authorized to sign the application on behalf of a group applying for a permit and/or there is no person or legal entity willing to accept responsibility for the group's adherence to the limitations set forth within the City's special events regulations:** the application is filed and executed by a single individual, but the individual who signed the application has included no information documenting *how* he will exercise responsibility for the behavior of the participants in his event, how they will be identified on the date(s) of the demonstration or special event for purpose of being admitted into the Park, or what plan there may be to allow the City to effectively hold the sponsor individually accountable, financially and otherwise, for the entire group's adherence to City regulations. No group has been identified or has indicated a willingness or ability to be responsible for the behavior of its members.

Signature by: _Maurice Jones_ Maurice Jones (for Events Coordinator)

Date: 12-11-17

Please be advised that any future application(s) will be reviewed under the version of the City's Standard Operating Procedures for Demonstrations and Special Events in effect when such application(s) are received. Before submitting an application, please review the applicable regulations.