UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

JASON KESSLER

    Plaintiff,

v.                                                                  Case No. 3:18cv15-NKM

CITY OF CHARLOTTESVILLE *et al.*,

    Defendants.

## CONSENT MOTION TO EXTEND THE TIME TO
## ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT

Defendants, the City of Charlottesville and City Manager Maurice Jones, hereby move pursuant to Fed. R. Civ. P. 6(b) to extend by 14 days, to May 24, 2018, their time to answer or otherwise respond to the Complaint. Counsel for plaintiff does consent to this motion, see **Exhibit A**. In support thereof, Defendants state as follows:

1.     This action challenges the denial on December 11, 2017 of a permit requested by the plaintiff. The complaint was filed on March 6, 2018 and served on the Defendants on April 19, 2018. The time for Defendants to answer or otherwise respond to the Complaint currently expires May 10, 2018.

2.     The City is in the process of making its arrangements for representation in this action, and needs additional time to complete those arrangements and to respond to the complaint.

3.     There are no scheduled proceedings in this action, and the extension sought will not prejudice any party. No prior extension has been sought.

The parties agree to submission of this motion without a hearing.

1

WHEREFORE, based on the foregoing, Defendants respectfully request the Court to extend by 14 days, to and including May 24, 2018, their time to answer or otherwise respond to the Complaint.

Respectfully submitted,

_____
Lisa A. Robertson, VSB #32486
Office of the Charlottesville City Attorney
605 East Main Street, P.O. Box 911
Charlottesville, Virginia 22902
*Tel.* 434-970-3131
*E-mail:* robertsonl@charlottesville.org

May 3, 2018

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of May, 2018, I served a copy of the foregoing Motion to Extend Time to Answer or Otherwise Respond to the Complaint upon the following via ECF and e-mail:

Elmer Woodard
5661 US HWY 29
Blairs, VA 24527
434-878-3422
Email: isuecrooks@comcast.net

_____ /s/ *L. Robertson*

2