CLERKS OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
June 15, 2018
JULIA C. DUDLEY, CLERK
BY: /s/ J. JONES
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| JASON KESSLER,<br><br>        *Plaintiff,*<br><br>v.<br><br>CITY OF CHARLOTTESVILLE, *ET AL.*,<br><br>        *Defendants.* | CASE NO. 3:18-cv-00015<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

This Court previously entered an order setting a briefing schedule, with motions for preliminary injunctive relief being due on or before June 22, 2018. (Dkt. 10). Plaintiff now asks the Court to move this schedule back a week because he will not receive a deposition transcript until the day the motion is due. (Dkt. 19). The motion is **DENIED** and the previously established briefing schedule remains in effect. Plaintiff will have access to the substance of this witness's testimony after the deposition and a week to incorporate that substance into his motion. Plaintiff may file his motion on that basis and supplement his motion with the exact language of the witness in his reply brief or through oral argument.

It is so **ORDERED**. The Clerk of the Court is directed to send a certified copy of this order to all counsel of record.

Entered this 15th day of June, 2018.

NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE