SURJ and Antifa interaction timeline

A.SURJ Harassment at Stewart Rally
February 11th 2017
Corey Stewart Rally in Lee Park Charlottesville
A group of well known local Members of a group called SURJ(organized a group of agitators) harass people in Lee park by making noise, chanting, yelling, blocking cameras, surrounding and Sarah Tansey steals Jason Kessler's phone. Joe Draego takes phone back. Key people present- Joe and Pam Starsia, Sarah Tansey
Police on scene refuse to take a report or press with charges for stolen property, Felony charges for theft later were agreed upon with police(after reviewing footage) at the magistrate then reduced to a misdemeanor for withholding property(for unknown reason). Assault charges were pressed on Joe Draego for taking the property back. Tansey got $50 fine for withholding property and Draego was convicted of assault.
See videos in section 1 from Rob Schilling.


B. Charlottesville 1.0 Alt Right Rally
May 12th 2017
Various groups of the Alt Right gathered in Jackson Park to hear speeches and protest against the removal of their history. Jason Kessler was asked to document these events. Again SURJ members including Joe Starsia,Sarah Tansey, Jeanne Marie Peterson(aka Star Lucinda) Mimi Arbeit and Donna Gesapo(aka Lorena Barros) gathered to film, verbally harass and taunt people gathered peacefully. See videos in section 2 as evidence from various sources. The Alt Right would also hold a Torch March the same weekend that attracted the same reaction.
B.(1) community Candle lit vigil the day after the torch march. Many community members led by SURJ held a vigil at Lee park as a response to the torch march. During this rally a right leaning independent news reporter was being harassed during his live streaming of the event. Jason Kessler and one other showed up to ensure the safety of this individual and they were screaming at, spit on and pushed out of the park. Jason was surrounded, his phone knocked down and then arrested for using a bullhorn at the gathering. Several others were using a bullhorn and there were two other arrests made that evening of leftist agitators. Supporting evidence can be found in section 2a.


C.Nazi Flyers
May 23rd 2017
Fliers entitled 'Know your local Nazis' were passed around a regularly scheduled SURJ meeting in Charlottesville. Someone took pictures and posted on social media the post was share many times with captions like 'kill your local Nazi' 'punch your local Nazi'. These fliers were also photocopied and posted around town including pictures of them on the Lee statue information marker by Veronica Fitzhugh. Mimi Arbeit, known SURJ member would make a post the following day (5/28) with details on how to deal with Nazis, including 1. Know your Nazis.

Someone highlighted on the paper had a suspicious vehicle driven by the partner of SURJ Member Sarah Tansey driving by their house(The Caron's) slowly and pointing at it. There was a police report filed in this incident. David Caron would be let go from his supplemental employment from pressure of the public on the owners of Jefferson Theater on June 2nd.
See photo evidence in Section 3.

D.June 1st 2017 Harassment at Milller's restaurant
A group of people with no particular affiliation was meeting for dinner at Miller's restaurant on the evening of Thursday June 1st. Things were calm and seemingly quiet, approximately 12 people including a mother and her baby were in attendance and were seated on the patio in the middle of the downtown pedestrian mall. One person started to noticed some strange people staring and passing by. Then the group noted SURJ collaborators Jeff Fogel (attorney to many members) and Nancy Carpenter(supporter) sitting in the smaller outdoor patio of the restaurant, and then more and more people started to gather around their small table. The group had bothered no one while dining and were simply trying to enjoy a meal and discussion when one known SURJ member Jacob Bonham(aka Aurora Powell) started to circle the group and film them, narrating the encounter. Jason Kessler kindly asked for privacy as the female present was nursing her child at the table, the request was not granted. The SURJ group soon gathered enough numbers that they felt it time to start by singing then chanting and then harassing everyone in or group. Police were called with no intervention to be had. Customers were bothered and yelling back at protesters. Some interaction was had later on during which Jeff Fogel assaulted one of the dinner attendees. He was charged and later found not guilty, even though it's all on camera including admission to police. Jason and SURJ all banned from Miller's that night. SURJ the. Started to attack Miller's in the aftermath and soon went after any and every business we were seen at.

Supporting evidence in section 4. Will also include other examples of their Alerts and calls to action to harass businesses serving us.

E. Proud Boys meetup- downtown Charlottesville
SURJ distributed fliers warning about the Nazis coming for Jason Kessler's PB meetup to all area business downtown. They encouraged people to come out and stand against them.
Evidence in Section 5

Section 1
Videos from Rob Schilling
https://www.youtube.com/watch?v=gyziOY9MiSw

https://www.youtube.com/watch?v=k7SXkfDg_44

https://www.youtube.com/watch?v=GLssyLAfVoY

https://www.youtube.com/watch?v=fpuk0W1erSk

https://www.youtube.com/watch?v=nC93U3QveQQ

Section 2
Videos from various sources Alt Right rally 5/23
https://www.youtube.com/watch?v=ZCaXZwFvUhs

https://www.youtube.com/watch?v=ikdC9IUDUFE

https://www.youtube.com/watch?v=yYT4dSWtaTc

(A)



Videos from this night are also available upon request.

Section 3
Screen caps dealing w/ Nazi fliers

 **Shelley Ann** added 8 new photos.      👤+
Tuesday at 9:06 PM · 🌐

A guide to the local Nazis. Hate has no home here

👍❤️ 19                          15 Comments   69 Shares

👍 Like          💬 Comment          ↗ Share



👍 1                                   2 Comments

👍 Like          💬 Comment          ↗ Share



**Kenny Gee**
11 hrs · 🌐

#KillYourLocalNazi







**Shelley Ann** added **8 new photos**. May 23 at 9:06pm · 🌐

A guide to the local Nazis. Hate has no home here

👍😠 3                                           2 Comments

👍 Like          💬 Comment          ➡️ Share



**Tori Lamson**
5 hrs · 🌐

all these fucking pieces of shit in virginia 😒😒😒
every day is a great day to expose/punch a nazi



**Shelley Ann** added **8 new photos**. May 23 at 9:06pm · 🌐

A guide to the local Nazis. Hate has no home here



👍😡 16                                          1 Comment

👍 Like                          ➡ Share

  **16**

Done

 **Maxine Niehaus**
Make them fear for their lives.
5 hours ago · Like · ♥ 1 · More



**Veronica Haunani Dundang Fitzhugh**
Yesterday at 10:33 PM · 🌐





**Pam Shisler Starsia**
**Beth Caron**. Your husband is playing bodyguard to a local Nazi--literally, Kessler claims that the alt-right uses Nazi imagery as a form of "endearment." He has written that rape of women is "natural". He has made videos where he claims that there are "biological differences in intelligence" between races. He believes that "white genocide" is happening. He just *yesterday* but up a video on YouTube engaging--at length--in the horrific Nazi practice of "naming the Jew" as the source of whatever evils befall white people. Kessler has been trying so hard to get in with Richard Spencer that there is video of him loaning Spencer his megaphone at a fascist rally in DC, where Spencer was singing the praises of Bashar Al Assad. Kessler. Is. A. Nazi. Kessler is dangerous.

Dave shows up everywhere to protect Kessler. Kessler is dangerous, and your husband is therefore dangerous for protecting him, helping him attempt to grow his dangerous movement, and making it easier for him to propagate his dangerous rhetoric. Please, please, please do everything in your power to convince him to disassociate himself from this dangerous person and this dangerous, violent movement.

16 minutes ago · Like · Reply · 🖒 1



<　　　🔍 John Neavear



**John Neavear** shared **ASH Antifa Seven Hills**'s **photo**. ⌄

1 hr · 🌐



**ASH Antifa Seven Hills**

1 hr · 🌐



much important.

# KNOW YOUR LOCAL NAZIS



**JASON KESSLER**

*LOCAL NAZI WHO:*

UNSUCCESSFULLY ATTEMPTED TO OUST MEL BELLAMY FROM CITY COUNCIL

WAS FOUND GUILTY OF ASSAULT IN CHARGES BROUGHT AGAINST HIM WHEN HE PUNCHED A MAN ON THE DOWNTOWN MALL

PHYSICALLY ASSAULTED A WOMAN OF COLOR AFTER THE TAKE BACK LEE PARK VIGIL

SHOWS UP AND LIVESTREAMS AT MOST LOCAL ACTIONS WHERE EITHER NEO-NAZIS ARE GATHERING OR LOCAL CITIZENS ARE FIGHTING FOR RACIAL JUSTICE—PUTS PEOPLES' FACES ON HIS SOCIAL MEDIA TO BE TARGETED BY HIS FOLLOWERS

HELPED ORGANIZE THE WHITE NATIONALIST RALLY AT LEE PARK

ADDRESS: 1013 8 ALTA VISTA AVE.
OCCUPATION: UNKNOWN

AFFILIATION: FOUNDER OF LOCAL WHITE NATIONALIST ORGANIZATION UNITY AND SECURITY FOR AMERICA



**DAVID CARON**

*LOCAL NAZI WHO:*

IS A CLOSE ASSOCIATE OF JASON KESSLER'S

SEEMS TO BE ACTING AS KESSLER'S BODYGUARD

APPEARS AT KESSLER'S COURT CASES AND TO BAIL HIM OUT OF JAIL

ADDRESS: 308 MA CARLTON AVE.
EMPLOYMENT: WORKS FOR THE SOUTHERN CAFE AND THE JEFFER-SON THEATRE AS A BOUNCER. OWNS ADVANTAGE OFFICE SYSTEMS

AFFILIATION: MEMBER OF LOCAL WHITE NATIONALIST ORGANIZATION UNITY AND SECURITY FOR AMERICA



**ISAAC SMITH**

*LOCAL NAZI WHO:*

JUMPS AT KESSLER'S CALL

IS OFTEN SEEN VIDEOTAPING ON BEHALF OF JASON KESSLER

IS KNOWN TO CALL THE POLICE ON KESSLER'S BEHALF

ADDRESS: 1015 STEEPLECHASE RUN
EMPLOYMENT: UNKNOWN

AFFILIATION: MEMBER OF LOCAL WHITE NATIONALIST ORGANIZATION UNITY AND SECURITY FOR AMERICA



**JOSEPH DRAEGO**



**DERRICK DAVIS**
**ANDREA BATTAGLIA**



**JORDAN LAWHON**



Section 4
SURJ Alerts via Facebook and twitter of 'white supremacist/nazi' gathering call for action screen caps

Video taken by Aurora Powell (Facebook live stream) file available at request.

Jason Kessler's live feed available at request

Jeff Fogels admission of assault on video available by request.

Screen caps of conversation around the community after the protest at Miller's




 **Stephen Barling** Scary, right? But he's not s...

 **Stephen Barling**

Last night, Jason Kessler was on the Downtown Mall and a bunch of people yelled "Nazis Go Home" at him for about an hour while he smiled and live-streamed the whole affair to FB. I don't want to yell "Nazis Go Home." You might as well yell "Na-nanny-boo-boo." That's funny to him. I want him to worry we're at his home. Burning it. I want him to have to seriously consider what he's standing for and whether he's willing to lose everything he holds dear to do so.

1 hour ago · Like · Reply

**View 1 previous reply**

 **Beth Golden** You're not the first to realize th...

 **Erik Wilke** But the yelling did have a tangible...

 **Niqi Griffin** Well maybe if he had a job and...

Case 3:18-cv-00015-NKM-JCH Document 23-1 Filed 06/22/18 Page 13 of 23 Pageid#: 105




Donna Gesapo of SURJ AKA Lorena Barros threatening one of the dinner attendees wives.



Section 5

Video available of this evening upon requests.

# The Proud Boys

The Proud Boys are having a regional meeting in Charlottesville *today*.

The Southern Poverty Law Center calls them a **"military arm of the alt-right."**

They are an **Islamophobic** organization responsible for **violence** in Berkeley on April 15.

Their initiation process requires *fighting with activists*.

Below are some of their members who are expected to attend.

They may be wearing the Proud Boys uniform, a black polo with yellow stripes.





The Captain's back!





Edward Clark







FOR MORE INFORMATION

## Southern Poverty Law Center

"New Alt-Right 'Fight Club' Ready for Street Violence"

https://www.splcenter.org/hatewatch/2017/04/25/new-alt-right-%E2%80%9Cfight-club%E2%80%9D-ready-street-violence

## The New York Times

"Fringe Groups Revel As Protests Turn Violent"

https://mobile.nytimes.com/2017/06/02/us/politics/white-nationalists-alt-right-protest-portland.html?referer=referrer&_r=0

## Pacific Standard

"A scholar of the KKK explains how the
KKK used the same trolling tactics as the alt-right"

https://psmag.com/social/meme-the-backlist-klan-were-memelords



Q Search

**Scotty Wilson** with **Thai Hines** and **3 others**.

55 mins • Commonwealth, Virginia • 🌐

Yo are we gathering the troops, to take out these Neo Nazi idiots tonight or what? They're starting to get way to comfy in our town!



 9                                    9 Comments

 



**Jim Sciubba**

Shoot them in their heads. Run them over with your cars. Beat them to unrecognizable pulps with bats. Whatever. Make them all think twice before deciding that Cville is their new home. Seems to be rapidly becoming a comfortable place for them. NO place should be comfortable for losers of this ilk.

4 hours ago · Like · 👍❤6 · Reply · More

1 reply



**Aaron J Fabio**

B.E., I don't know you, but I'm on your side. Keep anything about what happened, even your feelings, off of social media. It will be used against you.

4 hours ago · Like · 👍1 · Reply · More



**Donna Cain Carty**

Anybody who sees the Proud Boys, please ask them from me what fighting techniques they know. When they list a bunch of NON-WESTERN fighting techniques, ask them why, if all things western are better. I'm betting they'll be flummoxed.

4 hours ago · Like · 😆👍4 · Reply · More



**Roy Woodman**

someone got baited and took it what ever happened to self control and personal responsability with you jamie if you dont want to hear the message dont show up oh weatherman says theres a tempest in a tea cup commin up so be prepared



**Thai Hines**

If they come near me I've got some Judo, Jiu
Jitsu, Muay Thai, Kickboxing, And some
Taekwondo Skills to showed them if they want
me to use all 5 techniques on their heads and
split them wide open. Jamie Dyer who's got the
Bail Money for me and please you know not to
get me hyped up with some fools coming to my
town and trying to spread hate and racism
around because I'll fill UVA Hospital with spit
skulls tonight.........

3 hours ago · Edited · Like · 📷 1 · More

**Jamie Dyer**

I'd help ya out with bail. You gotta buy
your own liquor though.

4 hours ago · Like · 📷 3 · More

**Thai Hines**

Sounds like a fair deal to me Brother and
that works on my end. Seriously Jamie
Dyer things on the Mall tonight ain't
gonna be pretty and someone is going to
get seriously hurt tonight........

4 hours ago · Like · 📷 1 · More

**Jamie Dyer**

That's exactly what they want. I don't
understand why anyone would give them
what they want.

4 hours ago · Like · 📷 2 · More

**Molly Meghan Miller**

I'm heading down regardless. I understand why



**Thai Hines**
Half of Charlottesville was here to fuck some people up I can confirm that. There's a KKK Rally on July 8th so come home and help us kick ass if you ain't busy......
3 hours ago · Like · 🔵 2 · More

**Donna Cain Carty**
I was down there for quite a bit of it They took a bunch of pictures of me. Wonder what will come of it.
3 hours ago · Like · 🔵 1 · More

**Thai Hines**
YO DONNA I DID SEE YOU DOWN THERE AND SEE YOU IN ONE PICTURE WITH A BIG CROWD RIGHT IN THE FRONT !!! GO DONNA !!!!
3 hours ago · Like · 🔵 1 · More

**Thai Hines**
DONNA AIN'T SCARED THAT'S FOR DAMN SURE !!! SHE'S GANGSTER !!!!
3 hours ago · Like · More

**Donna Cain Carty**
Thank you. No need to be scared if you use the right techniques. They eventually just throw an insult like "You're old." (As if I didn't know?) and walk away. They back down, not me, and when they figure out I won't and I won't respond to insults or throw them back, then they don't know what to do.
3 hours ago · Like · 🔵 2 · More

**Thai Hines**
Donna I don't know you but I did see you stand up for yourself and against them and I applaud you for that. Don't worry I was standing about 75 feet from you and if they touched you don't worry I had your back

 

**Hannah Zarski**
I bet those silly little chants will push em right on out then huh?
2 minutes ago · Like · Reply


**Ricky Arvanites**
No,guns and knives will,though.
1 minute ago · Like · Reply


**Lawrence Gaughan**
Yeah. Nazi go Home will drive out hate? What if they are already home?
1 minute ago · Like · Reply


**Hannah Zarski**
Wow
Just now · Like · Reply


**Ricky Arvanites**
Then burn down their home.
Just now · Like · Reply


**Lawrence Gaughan**
You gonba use knives or guns?
Just now · Like · Reply


**Hannah Zarski**
So who is in charge of labeling these so called Nazis?
Just now · Like · Reply