# EXHIBIT C

| From: | Cohen, Dan S. |
|---|---|
| To: | Longstreth, John; Odom, Linda C. |
| Cc: | Eldridge, Amy J.; Burgart, Sarah F. |
| Subject: | FW: Jason Kessler shared "Evidence for Trial" with you |
| Date: | Thursday, June 21, 2018 1:21:05 PM |

James Kolenich has just sent me the Dropbox link.



**Dan S. Cohen**
Associate
Admitted only in Virginia
**Not Admitted in D.C. / Supervised by Linda Odom, member of D.C. Bar**
K&L Gates LLP
1601 K Street NW
Washington, D.C. 20006
Phone: 202-778-9020
Fax: 202-778-9100
dan.cohen@klgates.com
www.klgates.com

**From:** Jason Kessler (via Dropbox) [mailto:no-reply@dropbox.com]
**Sent:** Thursday, June 21, 2018 1:14 PM
**To:** Cohen, Dan S.
**Subject:** Jason Kessler shared "Evidence for Trial" with you



Hi there,

Jason Kessler (jek8d@virginia.edu) invited you to view the folder "**Evidence for Trial**" on Dropbox.



Go to folder

Enjoy!
The Dropbox team

*Jason and others will be able to see when you view files in this folder. Other files shared with you through Dropbox may also show this info.* Learn more *in our help center.*

© 2018 Dropbox