# EXHIBIT G

| From: | James Kolenich |
|---|---|
| To: | Cohen, Dan S. |
| Cc: | Longstreth, John; Odom, Linda C.; Eldridge, Amy J. |
| Subject: | Re: Facebook Message Log Redactions |
| Date: | Tuesday, June 26, 2018 2:33:37 PM |

Names of persons who have a First Amendment right to participate in political activity anonymously, and to the best of Kessler's knowledge are not otherwise known to be involved in UTR2 planning, have been redacted together with any images that would identify them. Any redacted text consisted almost entirely of such names.

Jim

On Tue, Jun 26, 2018 at 2:25 PM, Cohen, Dan S. <Dan.Cohen@klgates.com> wrote:

> Mr. Kolenich:
>
> Could you tell us what information was redacted from the Facebook Message logs and on what basis were these redactions made?
>
> Regards,
>
> Dan Cohen
>
> 
>
> **Dan S. Cohen**
>
> Associate
>
> Admitted only in Virginia
>
> **Not Admitted in D.C. / Supervised by Linda Odom, member of D.C. Bar**
> K&L Gates LLP
> 1601 K Street NW
> Washington, D.C. 20006
> Phone: 202-778-9020
> Fax: 202-778-9100
> dan.cohen@klgates.com
> www.klgates.com

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only.  If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Dan.Cohen@klgates.com.

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please reply to me with this message.

--
**James E. Kolenich**
**Kolenich Law Office**
**9435 Waterstone Blvd. #140**
**Cincinnati, OH 45249**
**513-444-2150**
**513-297-6065(fax)**
**513-324-0905 (cell)**