# EXHIBIT I



**Jason Kessler** @TheMadDimension
a month · edited

The threat that white people are facing to their rights & survival is great.

I understand that the cost to resisting our oppressors is also great but I tell you this:

if none of us are willing to go to jail or even to die for this struggle we are lost. Period. End of story.

If we have 200 men to stand publicly for our rights we could begin to turn the tide of history.

▲ 93    💬 Comment 7    ↻ Repost 38    ❚❚ Quote

**Lars** @simplton888
If we hesitate too long we will be in a position just like South Africa. Murdered with NO recourse.

▲ 7  Reply · Repost · Quote · a month

**Marcus Boechat** @boechat1
I'm with you let us collect another 198 men.

▲ 4  Reply · Repost · Quote · a month

**Jason Kessler** @TheMadDimension
DM your email

▲ 1  Reply · Repost · Quote · a month