# EXHIBIT J

| | |
|---|---|
| From: | Dropbox |
| To: | Cohen, Dan S. |
| Subject: | Jason made changes in your shared folders |
| Date: | Saturday, June 23, 2018 8:21:17 AM |



HERE'S WHAT HAPPENED IN YOUR SHARED FOLDERS LAST WEEK

### Evidence for Trial

**Protestors arrested at July 8th KKK event.pdf**
Added to Permit Lawsuit by Jason   Saturday 6/23/2018

**Preliminary Injunction 2018 Rally.pdf**
Added to Documents by Jason   Saturday 6/23/2018

**51 images**
Added by Jason   Friday 6/22/2018



**Chief Al Thomas Lies.pdf**
Added to Content Ba…ion by Jason   Friday 6/22/2018

**Chief Thomas Lies About Route.pdf**
Added to Content Ba…ion by Jason   Friday 6/22/2018

24 other events ...



**Good things happen when your stuff lives here**

Files in shared folders are automatically updated whenever anyone makes a change. Learn more.

Don't want these weekly digests? Unsubscribe.
© 2018 Dropbox, PO Box 77767, San Francisco, CA 94107

Dropbox

# Events

Event Time

Evidence for Trial

6/24/2018

JK
Jason Kessler moved the file Signer and Bellamy Not Welc… Here.pdf  6/22/2018 6:14 PM
in Evidence for Trial

JK
Jason Kessler deleted the file Nina Antony Defamation Article.pdf  6/22/2018 6:14 PM
in Evidence for Trial

JK
Jason Kessler moved the file Mayor Signer We shall stop t… hate.pdf  6/22/2018 6:13 PM
in Evidence for Trial

JK
Jason Kessler moved the file Bellamy Stop the Nazis from… Back.pdf  6/22/2018 6:13 PM
in Evidence for Trial

JK
Jason Kessler moved the file Councilor Fenwick Message of Hate.pdf  6/22/2018 6:13 PM
in Evidence for Trial

JK
Jason Kessler moved the file Bias incidents by Charlottesv…ent.docx  6/22/2018 6:13 PM
in Evidence for Trial

JK
Jason Kessler added the file Bellamy Stop the Nazis from… Back.pdf  6/22/2018 6:11 PM
in Evidence for Trial

JK
Jason Kessler added the file Signer and Bellamy Not Welc… Here.pdf  6/22/2018 6:09 PM
in Evidence for Trial

JK
Jason Kessler edited the file Councilor Fenwick Message of Hate.pdf  6/22/2018 6:05 PM
in Evidence for Trial

JK
Jason Kessler added the file Councilor Fenwick Message of Hate.pdf  6/22/2018 6:04 PM
in Evidence for Trial

JK
Jason Kessler added the file Mayor Signer We shall stop t… hate.pdf  6/22/2018 6:02 PM
in Evidence for Trial

JK
Jason Kessler added the file Nina Antony Defamation Article.pdf  6/22/2018 6:00 PM
in Evidence for Trial

JK
Jason Kessler added the file KesslerComplaint20170810.pdf  6/22/2018 5:57 PM
in Evidence for Trial

JK
Jason Kessler added the file Nina Antony Defamation Article.pdf  6/22/2018 5:55 PM

Privacy

**Case 3:18-cv-00015-NKM-JCH    Document 25-11    Filed 06/29/18    Page 4 of 5    Pageid#: 480**

https://www.dropbox.com/events?ns=1570480613[6/24/2018 4:02:32 PM]

in Evidence for Trial


Jason Kessler added the file Bias incidents by Charlottesv…ent.docx 6/22/2018 5:54 PM
in Evidence for Trial


Jason Kessler deleted the file Facebook messages.pdf 6/22/2018 11:49 AM
in Evidence for Trial


Jason Kessler added the file Elizabeth Ann was live..mp4 6/22/2018 7:43 AM
in Evidence for Trial

DC
6/21/2018 1:24 PM
You joined the shared folder Evidence for Trial


Jason Kessler renamed the file Facebook messages.pdf 6/20/2018 7:36 PM
in Evidence for Trial


Jason Kessler added the file ___.pdf 6/20/2018 7:30 PM
in Evidence for Trial


Jason Kessler renamed the folder Wes Bellamy Tweets 6/20/2018 3:49 PM
in Evidence for Trial


Jason Kessler added Beanpole white women.png and 15 more files 6/20/2018 3:48 PM
in Evidence for Trial


Jason Kessler added the folder wes bellamy folder 6/20/2018 3:48 PM
in Evidence for Trial


Jason Kessler added Antifa threats against Unite t…ht 2.docx and 27 more files 6/20/2018 11:35 AM
in Evidence for Trial


Jason Kessler added the folder Antifa Threats of Violence 6/20/2018 11:35 AM
in Evidence for Trial


Jason Kessler added the file Tom Tom Permit September 2016.pdf 6/20/2018 11:34 AM
in Evidence for Trial


Jason Kessler added the file Festival of Cultures 2017.pdf 6/20/2018 11:33 AM
in Evidence for Trial


Jason Kessler added the file Charlottesville Pride 2016.pdf 6/20/2018 11:33 AM
in Evidence for Trial


Jason Kessler added Anti white bracelets 1.JPG and 16 more files 6/20/2018 11:32 AM
in Evidence for Trial


Jason Kessler added the folder Content Based Discrimination 6/20/2018 11:32 AM
in Evidence for Trial


Jason Kessler added the file Maurice Jones Notes from M…essler.pdf 6/20/2018 11:30 AM
in Evidence for Trial


Jason Kessler added the file DHS-Bulletin-Aug-9_ Threat as…ntifa.pdf 6/18/2018 7:54 PM
in Evidence for Trial


Jason Kessler added the file Sgt Newberry+Jack Peirce 9-1…0931.mp3 6/18/2018 7:53 PM
in Evidence for Trial


Jason Kessler added the file AP 500 Estimate.pdf 6/18/2018 7:53 PM
in Evidence for Trial