UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | | |
|---|---|---|
| JASON KESSLER | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:18cv00015-NKM-JCH |
| | ) | |
| CITY OF CHARLOTTESVILLE | ) | |
| MAURICE JONES | ) | |
| Charlottesville City Manager | ) | |
| In his individual and official capacities | ) | |
| | ) | |
| Defendants. | ) | |

_____

**DECLARATION OF LINDA ODOM IN SUPPORT OF DEFENDANTS' OPPOSITION
TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

I, Linda Odom, declare under penalty of perjury as follows:

1.       I am an attorney with the law firm K&L Gates LLP, counsel to Defendants in this

action the City of Charlottesville and Maurice Jones, and I am admitted to the bar of this Court.  I

make this declaration to provide the items from discovery in this case that are cited in

Defendants' Opposition to Plaintiff's Motion for a Preliminary Injunction.

2.       Attached to this Declaration are true and correct copies of the following

documents:

a.       Exhibit A consists of pages from the deposition transcript of Maurice Jones,

conducted on June 15, 2018.

b.       Exhibit B consists of pages from the deposition transcript of Brian Lambert,

conducted on June 25, 2018.

c.       Exhibit C consists of pages from the deposition transcript of Jason Kessler and

exhibits from that deposition. The deposition was conducted on June 27, 2018.

d.      Exhibit D consists of pages from the deposition transcript of Marcus Boechat. The deposition was conducted on June 29, 2018.

e.      Exhibit E is a screenshot of a conversation between Jason Kessler and Tom Kawczynski that took place on Gab.ai.  The document was provided by Mr. Kessler in discovery on June 29, 2018.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746, this 6th of July, 2018, that the foregoing is true and correct.


/s/      Linda Odom

# EXHIBIT A

1  VIRGINIA:  IN THE CIRCUIT COURT FOR THE CITY OF
                    CHARLOTTESVILLE
2

3

4  JASON KESSLER,

5                    Plaintiff,

6  v.

7

8  CITY OF CHARLOTTESVILLE,

9                    Defendant.

10

11

12

13

14

15
                         DEPOSITION OF
16
                         MAURICE JONES
17
                          Taken on
18
                       June 15, 2018
19

20

21

22

23

24

25

LANE'S COURT REPORTERS, INC.
401 8TH STREET NE
CHARLOTTESVILLE, VA 22902

1  reason---well, let me not put words in your mouth, why did

2  you deny Mr. Kessler the petition?

3              A  Oh, I denied Mr. Kessler's petition because of

4  concerns over public safety for that day.

5              Q  So it is the City's position that Mr. Kessler

6  is at fault for the violence last year?

7              A  No, I think he created a situation that con-

8  tributed to that violence, and especially in the fact that

9  he did not cooperate with us in terms of security plans for

10  that day.

11             Q  What security plans did the City wish to deploy

12  to that Mr. Kessler impeded?

13             A  There were discussions, repeated discussions

14  between our officers and representatives who were working

15  with Mr. Kessler on security where they had an agreement

16  about how speakers were going to come into the park that

17  day.  And they were prepared to address that, and then

18  plans changed without our notice.

19             Q  Okay.  What was the City's understanding of how

20  the speakers were supposed to come into the park?

21             A  If memory serves, they were supposed to come in

22  towards the back end of the park, and not along Market

23  Street.

24             Q  Had the City issued instructions to Mr. Kessler

25  stating that?

1      Q  Thank you.

2      A  Mr. Kessler, as I said before, had encouraged

3  violence to occur in our community, despite his public pro-

4  test otherwise.  And he had not cooperated with our police

5  department on the security plan.

6      Q  Wasn't his first permit for the first Unite the

7  Right also denied?

8      A  Ultimately.

9      Q  Didn't he have to go to court and get a federal

10  judge to order the City to allow him to have this Unite the

11  Right rally?

12      A  He did go to court to have it in downtown Char-

13  lottesville.  We'd granted him a permit to have the rally

14  in McIntire Park.

15      Q  How close is McIntire Park to---what are you

16  calling that park now?

17      A  Emancipation Park.

18      Q  How close is McIntire Park to Emancipation

19  Park?

20      A  Less than five or six minutes away.

21      Q  By car?

22      A  By car.

23      Q  Mr. Kessler's stated reason for his permit was

24  to defend the Robert Lee statute, isn't that right?

25      A  That's correct.

1    Q Well, why did you deny him a permit for Robert-

2 --for what used to be Lee Park?

3    A We had serious concerns about safety in that

4 park.

5    Q But no violence had occurred at that time?

6    A No, but we were concerned based on the intelli-

7 gence that we were gathering that, one, the numbers were

8 going to be a lot larger than Mr. Kessler had applied for

9 and even attested to in the days leading up to August 11th,

10 and we were concerned about the level of violence that was

11 going to take place there.  So that's why we attempted to

12 have it moved to McIntire Park.

13    Q Now we just had a little bit of a discussion,

14 so long, in fact, that's it's concerning your lawyer about

15 Mr. Kessler's, the violence that occurred at Unite the

16 Right.

17    A Uh-huh (indicating yes).

18    Q Now you're saying before any violence occurred,

19 you're still denying Mr. Kessler because of intelligence

20 and potential violence?

21    MR. LONGSTRETH:  I'll object to the form of the

22 question to the extent it attempts to characterize his tes-

23 timony.

24    Q You denied Mr. Kessler's first permit.  Did you

25 sign that one, as well?

1  that the counter protestors were the ones starting the vio-

2  lence?

3       MR. LONGSTRETH:  I'll object.  I'll object on

4  foundation.

5       Q  Assume what I'm telling you is true.  A Char-

6  lottesville police officer took the stand at Commonwealth v.

7  Ramos, and even when given an opportunity to change his

8  testimony by the Commonwealth's Attorney, he said that it

9  was the counter protestors who initiated violence, threw

10  rocks, bottles and various other things.  But before that

11  it had been no violence, a lot of shouting, if you count

12  that, but are you aware of that?

13       A  I was not aware of that testimony.

14       Q  If what I've told you is true, does that alter

15  your opinion about who was responsible for violence that

16  day?

17       A  No.

18       Q  Why not?

19       A  Because, as I've said before, we had evidence

20  before us that Mr. Kessler had incited violence on that day,

21  had broken from the security, that is what informed---

22  broken from the security plan that he and his supporters

23  had, that's what informed my decision.

24       Q  Did none of your intelligence advise you that

25  counter protestors were known to commit violent acts at po-

1          Q   All right, you denied a permit request, and

2   your denial is dated December 11th, 2017?

3          A   That's correct.

4          Q   And you have testified that the comprehensive

5   list of reasons why you are denying Mr. Kessler is con-

6   tained in this document, is that right?

7          A   Yes.

8          Q   Let's examine the document then?

9          A   Sure.

10         Q   Number one, the proposed demonstration or spe-

11  cial event will present the danger to public safety and

12  cannot be accommodated within the area applied for or with-

13  in a reasonable allocation of city funds and/or police re-

14  sources.  The application proposes a demonstration or spe-

15  cial event to take place on the anniversary of the violence

16  on August 11th and August 12th, 2017, this application, or

17  the application likely underestimates the number of partic-

18  ipants.  Let's stop there.  Do you have intelligence about

19  this year indicating enhanced participants?

20         A   Do we have it now?

21         Q   Yes.

22         A   No, because there's not a permit.  We don't

23  have any indication of how many people would be there right

24  now.  This was based on the previous, the previous applica-

25  tion where Mr. Kessler had said that only four hundred

1     Q   All right.  Something inflammatory?

2     A   Sure, that's what the language usually is.

3     Q   Racially inflammatory?  Do you have an answer

4   to racially inflammatory or no?

5     A   No, I couldn't give you an exact answer to

6   that.  I just, I don't recall off the top of my head.

7     Q   All right.  But generally, can we agree that

8   certain segments of the Charlottesville community are of-

9   fended by Mr. Kessler's opposition to---well, Mr. Kessler's

10   political opinions regarding diversity, in other words,

11   race?

12     A   Yes, there are people in the community who

13   have objections to his opinions.

14     Q   People within the City government share that

15   opinion?

16     A   I would imagine that there are people in the

17   City government who do.

18     Q   How about the City council?

19     A   You'd have to talk to them, but I would imag-

20   ine that some of them do oppose his opinions.

21     Q   Has the council given you any guidance as to

22   how to handle Mr. Kessler's occasional request for politi-

23   cal permits?

24     A   No, not since last year.

25

1          Q   They gave you guidance before the first Unite

2    the Right rally?

3          A   They did.

4          Q   But since then, nothing?

5          A   Aside from wanting to know where I stood on

6    the issue, and at what point we were going to provide a re-

7    sponse to Mr. Kessler, no.

8          Q   Okay.  Move onto number two.

9          MR. LONGSTRETH:  Actually, I'm just going to say

10   we've going, I think, almost an hour here.  I just want to,

11   I'm just wondering if this is a good time for a break.  I

12   don't know if there (unintelligible) time, can we do that?

13         Q   Sure.

14         MR. LONGSTRETH:  What do you want to say, ten

15   minutes?

16         Q   Yeah.

17

18         (OFF THE RECORD)

19

20         Q   Okay.  Mr. Jones

21         A   Yes, sir.

22         Q   Looking at the permit denial, item two.  The

23   application proposes activities contrary to the limitations,

24   conditions specified within these regulations.  To wit:

25   The City regulations do not allow use of Emancipation Park

1  before 1:00 p.m. on any Sunday. When---when an applicant

2  makes a mistake like that, does the City always deny the

3  permit, or don't you give them a chance to fix it?

4        A  There have been occasions in which they---

5  we've---we've done that, I believe, but you'd have to talk

6  to Ms. Christian about that.

7        Q  Okay. Wouldn't it be reasonable to just al-

8  low---I mean---let's---let's pretend that number two is the

9  only objection right now? If it was the only objection,

10  wouldn't it be reasonable to, I guess, amend his---his per-

11  mit and say you can't be there before 1:00 p.m. on Sunday?

12        A  He---he could have done that. He certainly

13  could have amended the---the application. I don't believe

14  he did, though.

15        Q  Okay. But, I mean, the City doesn't call and

16  say we're going to give you the permit, but you can't be

17  there before 1:00?

18        A  There---there certainly can be dis---some dis-

19  cussions that take place there.

20        Q  All right. So number two really isn't espe-

21  cially substantial, in your mind?

22        A  But it was one of the reasons it was denied.

23        Q  You would admit this is a technical reason,

24  though?

25        A  Yes, it is a technical reason.

1          Q  All right.  So, I mean, it's easy enough to

2  amend the petition, or to just say grant the permit, but

3  not before one o'clock?

4          A  Sure.

5          Q  Okay.  Moving on.

6          MR. KESSLER:  Jim, I sent him an email saying

7  that I would like to resubmit the application.

8          Q  But he said you didn't actually resubmit.

9          MR. KESSLER:  Yeah, what he said.

10         Q  Three, there is no---there is no person or en-

11 tity authorized to sign the application on behalf of a

12 group applying for a permit, and there is no person or le-

13 gal entity willing to accept responsibility for the group's

14 adherence to the limitations set forth within the City's

15 special events regulations.  To wit:  The application is

16 filed and executed by a single individual, but the individ-

17 ual who signed the application has included no information

18 documenting how he will exercise responsibility for behav-

19 ior of the participants, so forth and so on.

20         A  Uh-huh.

21         Q  Is that drawing from City regulations?

22         A  Yes.

23         Q  Why does---the City actually has a regulation

24 that requires an individual to state how he will supervise

25 the attendees of the event?

1          A  I couldn't tell you off the top of my head.

2          Q  When did you start gathering intelligence last

3  year?

4          A  They were---the police were gathering intelli-

5  gence in, I would imagine, I think it was the April/May, in

6  that---that time frame, through the rally.

7          Q  Isn't it true that in 2017 there were several,

8  what you might call alt-right political rallies in Char-

9  lottesville?

10         A  There were different rallies in Char-

11 lottesville that summer, that's correct.

12         Q  Wasn't there an actual Ku Klux Klan rally in

13 Charlottesville?

14         A  There was.

15         Q  Was it permitted?

16         A  It was.

17         Q  You gave the Ku Klux Klan a permit?

18         A  We did.

19         Q  Do they not engage in violent rhetoric?

20         A  We did not anticipate that there was going to

21 be violence on that day, in the way that we saw on August

22 12th.

23         Q  Well the Klan---

24         A  The number---

25         Q  ---was---

1          Q  ---is what your testimony is?  Okay.  Whether

2    that's 10:00 or 12:00, or some other time.

3          A  Somewhere in there.

4          Q  We're not---we're not stuck with that.  All

5    right.  All right.  And you were in the command center when

6    the unlawful assembly was called?

7          A  Yes.

8          Q  But you don't know any more about specifically

9    who or why it was called?

10         A  No, I think I---I said that Chief Thomas had--

11   -had called--

12         Q  Okay.

13         A  ---unlawful assembly.

14         Q  All right.  And the why was the melee at the

15   end?

16         A  Yes, exactly.

17         MR. LONGSTRETH:  We're going over things again.

18   We've gone over before, I---I---I understand you've said

19   you're not going to take all day, but a lot of this is

20   asked and answered.

21         Q  All right.  There were---where was the general

22   entrance to this event supposed to be?

23         A  Near the front of the park.

24         Q  Would that be Market Street?

25         A  Yes.

1          A   Sure.

2          Q   What did you understand by that, it's a admon-

3   ition?

4          A   No, it was a personal opinion.

5          Q   All right.  That wasn't some sort of instruc-

6   tion---

7          A   No.

8          Q   ---or attempted instruction?

9          A   No.

10         Q   What kind of authority does council have here

11  in Charlottesville?

12         A   City council, as a majority, has authority

13  over policy issues.  That's generally what they do.

14         Q   Other than not renewing your contract, or ter-

15  minating your services, can they order you to do this or

16  that thing?

17         A   No.

18         Q   You have discretion?

19         A   If you're talking about in this situation, I

20  have discretion to make the decision over the permit.

21         Q   Okay.  You're the---you're where the buck

22  stops?

23         A   That's correct.

24

25

1      Q   Okay.  So, at the time you were concerned that

2  these same actual individual groups were going to appear in

3  Charlottesville again?

4      A   Maybe some of those groups, or maybe others.

5      Q   Other groups that hadn't been here in August

6  2017?

7      A   Certainly a possibility.

8      Q   But their message would be the same?

9      A   Their message wasn't what concerned me, it was

10  the violence that concerned me, and the public safety is-

11  sues associated with that violence.

12      Q   Are you not concerned at all about the counter

13  protester violence?

14      A   I would be concerned about any violence in our

15  community.

16      Q   Would you agree that Mr. Kessler and his po-

17  litical message tend to attract counter protester violence?

18      A   I wouldn't say violence, but certainly counter

19  protesters.

20      Q   Are you aware of a rally by one of the groups,

21  National Socialist Movement, who was here in Char-

22  lottesville in August 2017, that recently appeared in

23  Newnan, Georgia?

24      A   I've heard of it, yeah.  I don't know details

25  about it.

1          MR. LONGSTRETH:  In other words, objection.  In

2    other words, objection.  In other words, objection, argu-

3    mentative.

4          Q  I've got to get myself (inaudible)---

5          MR. LONGSTRETH:  And foundation.

6          Q  ---at some point so I can (inaudible).  Okay,

7    withdrawn---

8          MR. LONGSTRETH:  Yeah.

9          Q  ---that last question is withdrawn.

10          MR. LONGSTRETH:  Yeah, I mean, you're free to put

11    in whatever evidence you want with your PI.

12          Q  Does the expected hostility to Mr. Kessler's

13    message play any part in your decision to grant or deny Mr.

14    Kessler a permit?

15          A  No.

16          Q  During the August 2017 rally, did the City

17    have any knowledge that counter demonstrators were pointing

18    guns at vehicles?

19          A  That's the first I've heard of pointing guns

20    at vehicles.  But, I know that there---there was violence

21    on that day, but I had not heard specifically that there's

22    guns---that there were guns pointed at vehicles, can you be

23    more specific?

24          Q  There's a professor named Dixon from outside

25    of Charlottesville, I'm not sure what college he's from.

1    A  I don't know---I'm sorry.

2    Q  The intelligence that was gathered---

3    A  Yes.

4    Q  ---did any of it come from Charlottesville Po-

5  lice itself?

6    A  Yes.  Yes.

7    Q  And any other area police departments?

8    A  Not that I know of, but there could have been.

9  I'm just not sure.

10   Q  All right.  Did the City reject any of the ad-

11 vice it got from its own police department?

12   A  You mean the City government rejected advice

13 from the police, you have to be more specific.

14   Q  I'm sorry, City council.  Did City councilors

15 reject any advice they got from the Charlottesville Police

16 Department regarding the August 2017 planning?

17   A  That's pretty vague.

18   Q  Did the police advise the City to allow the

19 August 2017 rally to occur in Emancipation Park rather than

20 a different location?

21   A  Yeah, I---I wouldn't say that they advised

22 against it.  The Chief of Police and I expressed concerns

23 about changing the venue that late in the process, because

24 we had focused exclusively on downtown.  But, the City

25

1  council didn't make that decision to move to McIntire Park,

2  I made that decision.

3       Q  Why is moving to McIntire Park helpful?

4       A  So, one, with downtown, it's a much more con-

5  fined area than McIntire Park would have been.  We had two

6  softball fields that we were going to utilize with the---

7  with kind of a natural barrier in between.  You had fencing,

8  plus an area in between where we could have put police of-

9  ficers.  They had worked out parking to try to segregate

10 people in a way that we couldn't in terms of downtown with

11 parking garages.  People were going to be able to park in a

12 garage or park on the street.  And this was an easier way

13 to try to segregate people.

14      Q  How far is McIntire Park from Emancipation

15 Park?

16      A  (Unintelligible).

17      MR. LONGSTRETH:  Objection, asked and answered.

18      Q  (Unintelligible) you answered earlier?

19      A  I did.

20      Q  All right.

21      MR. LONGSTRETH:  I mean---I'm sorry, he can an-

22 swer.

23      Q  (Inaudible).

24      MR. LONGSTRETH:  I'm not directing him not to an-

25 swer---

1 tive steps, and be a part of the process of---of improving

2 race relations in our community.

3          Q  Just to be clear, no particular race is ex-

4 cluded from exercising their civil rights in Char-

5 lottesville, are they?

6          A  No, sir.

7          Q  They are openly encouraged to do so, in fact,

8 are they not?

9          A  We encourage First Amendment activities within

10 our community, absolutely.

11          Q  Are persons permitted to defend themselves in

12 said City of Charlottesville?

13          A  I guess in terms of the---in terms of the law,

14 yes, they are.

15          MR. LONGSTRETH:  I---yeah---I guess I'll object

16 to the question, it's calling for a legal conclusion.

17          A  Right.

18          MR. LONGSTRETH:  But, you know, I think that's

19 inherent in his answer.

20          Q  There's no laws in Charlottesville restricting

21 whatever Virginia's rules are regarding self-defense, are

22 there?

23          MR. LONGSTRETH:  Objection, to the extent it

24 calls for a legal conclusion.

25          A  Yeah.  I'm not an attorney.

1          Q   Okay.  To your knowledge, the City has not ev-

2     er attempted to preclude somebody from defending themselves

3     within the legal rules of the Commonwealth of Virginia?

4          MR. LONGSTRETH:  Objection, foundation.

5          Q   Can he answer?

6          A   Not---not to my knowledge.

7          Q   The City certainly is not attempting to do

8     that through its litigation in state court against Mr.

9     Kessler and others, is it?

10         A   No.

11         Q   Or through its permit denial to Mr. Kessler?

12         A   No.

13         Q   Did any City councilors request that you deny

14    Mr. Kessler a permit prior to the August 2017 rally?

15         A   I'm trying---just trying to remember, I don't,

16    I mean, to use that specific language to deny the permit.

17    I think there were---there were councilors who were con-

18    cerned about it.  And we had discussions over the---the---

19    the content, and they were concerned about that.  But my

20    response was we protect the First Amendment, and I've spo-

21    ken to council about that both privately and publicly on

22    numerous occasions.

23         Q   Would your answer be the same as to the re-

24    quest for a permit for August 2018?

25

1          A   I did not have any specific discussions with

2    the council about the---in which they said you have to deny

3    the permit.

4          Q   So there's been no political pressure, whatso-

5    ever, regarding Mr. Kessler and his permit?

6          A   Oh, that's not---that---yeah, that's not the

7    same thing.  You're asking---there's been ton of political

8    pressure in our community concerning these---these permits.

9    There were certainly in advance of last year, and there's

10   certainly after Mr. Kessler submitted the---the permit ap-

11   plication as well.  But that had no bearing on me approving

12   the permits last year, and denying the permit this year,

13   it's all based on public safety and what we thought we

14   could handle.

15         Q   All right.  I think this will be the last

16   question.  Why did you not suggest to Mr. Kessler that he

17   hold his rally at McIntire Park this year?

18         A   He didn't ask to hold it at McIntire Park this

19   year.

20         MR. KESSLER:  I didn't ask last year.

21         Q   All right.  Mr. Jones, thanks for coming.

22         A   Thank you, sir.

23         MR. LONGSTRETH:  Appreciate it.  Safe travels

24   home.

25         Q   Thank you.

1          And further this deponent saith not.

2

3

4                              _Maurice Jones_

5                              Maurice Jones

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

LANE'S COURT REPORTERS, INC.
401 8TH STREET NE
CHARLOTTESVILLE, VA 22902

# EXHIBIT B

1          IN THE UNITED STATES DISTRICT COURT

2          FOR THE WESTERN DISTRICT OF VIRGINIA

3               Charlottesville Division

4   ******************************************************

5   JASON KESSLER,

6             Plaintiff,

7      -vs-                        Case No.
                                   3:18CV00015
8
    CITY OF CHARLOTTESVILLE
9
    and
10
    MAURICE JONES,
11  Charlottesville City Manager,
    In his individual and official
12  capacities,

13            Defendants.

14  ******************************************************

15
            DEPOSITION OF BRIAN ROLAND LAMBERT
16
               9:30 a.m. to 1:40 p.m.
17
                 June 25, 2018
18
            Charlottesville, Virginia
19

20

21

22

23

24  Job No.: 37200

25       REPORTED BY:  Kimberly A. Adderley, RPR, RMR

1          Q.     Has there ever been?

2          A.     Not that I'm aware of.  I never heard

3     of the Proud Boys prior to a year ago.

4          Q.     Have you ever heard of the Proud Boys

5     beating someone in?

6          A.     Yes.

7          Q.     What does that mean?

8          A.     Basically it's an initiation kind of

9     thing where they -- you have to name off, I think,

10     five breakfast cereals while they hit you, and

11     then once you name the five breakfast cereals,

12     they stop hitting you.  It's silly.  It's a joke.

13          Q.     To your knowledge is Jason Kessler a

14     Proud Boy?

15          A.     He got initiated.

16          Q.     Do you know about when that was?

17          A.     It was about a year ago.

18          Q.     Was it before or after August 12?

19          A.     Before.

20          Q.     Is he still a Proud Boy?

21          A.     They disavowed him almost immediately

22     after that.

23          Q.     Do you know why exactly they disavowed

24     him?

25          A.     Because he's an asshole.

```
 1            Q.    And "we" meaning Unity and Security for

 2     America?

 3            A.    Yes.

 4            Q.    And how many of you were there?

 5            A.    Half a dozen maybe.

 6            Q.    Okay.  And do you remember who exactly

 7     was there?

 8            A.    No.

 9            Q.    But it was you and Jason and four

10     others?

11            A.    Yes.  Possibly more.

12            Q.    And were you outside because you were

13     not able to get tickets?

14            A.     No.  Basically any event that I

15     attended with Jason, I was there to provide

16     security.

17            Q.    Okay.  All right.  So, let's do some

18     other events that Jason had and, again, I don't

19     want to put words in your mouth, but it's a fairly

20     well-known phenomenon now about bloggers and

21     others trying to get on social media.  What I'm

22     asking is do you think it would be fair to say

23     that that's a partial motivation of Mr. Kessler's,

24     to do things that can get him on social media?

25            A.    Yes.
```

1      Q.      And do you have an example of that?

2      A.      He's all over the place.

3      Q.      Do you think he ever stages things to

4   get on social media?

5      A.      Yes.

6      Q.      Have you ever heard about him

7   announcing in advance where he is going to be,

8   hoping that some of his opposition will show up?

9      A.      Yes.

10     Q.      Can you give some examples of that?

11     A.      We had planned a dinner downtown, this

12   was about a year ago now, we went to Miller's on

13   the Downtown Mall, it's an outdoor seating area,

14   there was about a dozen of us, Kessler included,

15   and within 20 or 30 minutes of being there, we

16   find ourselves surrounded by his, quote/unquote,

17   opposition screaming at us, yelling obscenities,

18   and it went on for hours.

19     Q.      And how did they know you were there?

20     A.      It started with one person with a

21   camera and literally turned into a flash mob.

22     Q.      And the person that had the camera is

23   one of the opposition?

24     A.      A SURJ member, yes.  First there was 1

25   and then there were 5 and then there were 10 and

1    and this press conference reflected in the

2    pictures, did you provide him security at any

3    other time?

4        A.    Probably one of the last dealings I had

5    with him, because, I mean, it's gotten to the

6    point where I don't want anything to do with him.

7    I don't agree with a lot of things that he says,

8    but I -- my attitude has been that even if I don't

9    agree with it, I will still defend his right to

10   say it.  But, his other actions and callousness

11   have led me to just completely break off all ties

12   with him.

13       Q.    What was he callous about?

14       A.    Everything.

15       Q.    Was he callous about Heather Heyer's

16   death?

17       A.    Yeah.

18       Q.    Was he callous about the harm to

19   people, the physical harm to people that attended

20   his event?

21       A.    He had no regard for that.

22       Q.    Pardon me?

23       A.    He has no regard for that.

24       Q.    So, no regret that that happened?

25       A.    No.

(434) 293-3300
www.cavalier-reporting.com

Reported by Kimberly A Adderley
Cavalier Reporting & Videography

(800) 972-1993
info@cavalier-reporting.com

```
 1    well how it was going to turn out.

 2         Q.    That who knew?

 3         A.    The City.  The City created -- the City

 4    created this whole thing.  They shut down that

 5    rally and they forced those people into a hostile

 6    crowd.  If they would have just left it alone and

 7    let them stay in their park, do their little

 8    thing, have their little rally, they would have

 9    come and gone.  But they created this.

10         Q.    By shutting down the rally?

11         A.    By shutting down the rally and forcing

12    people out of the park into Antifa and Black Lives

13    Matter waiting on the street, yes.

14         Q.    And were you there when that happened?

15         A.    No.  I was up the street.  I was on my

16    way there.

17         Q.    What else made you feel like there was

18    a good chance that violence was going to happen?

19    Can you be more specific about what you saw on

20    Facebook?

21         A.    What happened at Berkeley.  Other

22    protests and rallies across the country.  You

23    know, just the current climate.  It made it pretty

24    obvious to me that there was going to be trouble.

25         Q.    Did you see anything to suggest that
```

```
 1    Mr. Kessler knew that Charlottesville would be
 2    like a Berkeley?
 3         A.    He talked about it a lot.
 4         Q.    Talked about Berkeley and the violence
 5    there a lot?
 6         A.    Yeah.  In his videos.
 7         Q.    Did you ever witness on Facebook or in
 8    any other way Mr. Kessler trying to minimize any
 9    chance of violence?
10         A.    I think at one point he said something
11    about not being armed.
12         Q.    Was that on Facebook?
13         A.    Yes.
14         Q.    Did you ever see him talk about
15    bringing signs and shields and helmets?
16         A.    No.  I do remember him -- vaguely I
17    remember something about not bringing swastikas or
18    anything, you know, that could be construed as
19    hate speech.
20         Q.    So, you don't think Jason is the one
21    that invited the Nazis that you saw in McIntire
22    Park?
23         A.    I think that just was a result of the
24    snowball effect, you know.  I can't say that he
25    invited them directly.  Even when I went to
```

*(434) 293-3300*
*www.cavalier-reporting.com*

*Reported by Kimberly A Adderley*
*Cavalier Reporting & Videography*

*(800) 972-1993*
*info@cavalier-reporting.com*

1    that that was going to happen.

2         Q.    So, by that time you weren't attending

3    the Unity and Security for America meetings?

4         A.    No.  I want to say at that point I

5    don't think we were even having meetings anymore.

6    There was the get together that we had at Miller's

7    and I think that was sometime in June.  It may

8    have been May when that happened.  And then there

9    was another get together downtown with the Proud

10   Boys, prior to which I had never heard of the

11   Proud Boys in any capacity, only then did I go on

12   YouTube and watched a few videos.  One of the

13   members is actually one of my Cub Scouts when I

14   was a Scout leader years ago.  And I hadn't seen

15   him since he was, you know, a Cub Scout, so...

16        Q.    What was the event about, the Proud

17   Boys downtown?

18        A.    He had invited them to town to create a

19   spectacle, which he succeeded in doing.  That's

20   when they did their little initiation thing in the

21   alley, which again, I didn't participate, I just

22   observed.

23        Q.    You were invited?

24        A.    Hmm?

25        Q.    You were invited to attend?

(434) 293-3300
www.cavalier-reporting.com

Reported by Kimberly A Adderley
Cavalier Reporting & Videography

(800) 972-1993
info@cavalier-reporting.com

1          A.     Yeah.

2          Q.     Did he invite a number of people to

3    attend?

4          A.     Well, somehow he reached out to the

5    Proud Boys.  I'm not sure who he talked to or

6    when.  But, like I said, it was supposed to be a

7    night where we were going to go downtown and hang

8    out and have a few beers, and it turned into a

9    fiasco.

10         Q.     What made it --

11         A.     SURJ showed up.  We went to Cinema

12   Taco, we ordered a beer, and we were told to

13   leave.  So, we left.  And this is Jason now, I

14   told Jason let's go somewhere else, let's get off

15   the Mall.  Let's go to the Lazy Parrot or Big

16   Jim's Barbecue, somewhere not downtown.  And he's

17   like oh, no, no, no, no, I'm going to take them to

18   Miller's.  Man, don't take them to Miller's.  So,

19   he takes them to Miller's, they refuse them

20   service.  So, then we went down to the movie

21   theater and we went in, ordered a beer, walked

22   back outside, sat down.

23                The protesters showed up, started

24   calling the movie theater, at which point they

25   came out and we were asked to leave again.  They

1    gave us our money and we left.  You know, they

2    refunded our money and we left.

3            And at that point SURJ had sent out

4    their little flash mob and there was probably 50

5    to 100 of them.  And Jason is out there with his

6    camera videoing the whole thing.  He takes a

7    perverse pleasure in that thing.  You know, at

8    that point I think the Proud Boys were just like

9    what have we gotten ourselves into?  So, by the

10   end of the night, they pretty much disavowed

11   Jason.  That was a manufactured spectacle on his

12   part.

13        Q.    And where did the Proud Boys come in

14   from?

15        A.    I'm not sure.

16        Q.    Are they from Virginia?

17        A.    Yeah.

18        Q.    But not from Charlottesville?

19        A.    No.  Well, I mean, I think a few of

20   them may have been from Charlottesville.  They

21   handle from Charlottesville, but I don't think

22   they live here.

23        Q.    So, this was an event that was a Proud

24   Boys event, but Mr. Kessler invited people that

25   weren't Proud Boys to come?

(434) 293-3300
www.cavalier-reporting.com

*Reported by Kimberly A Adderley*
*Cavalier Reporting & Videography*

(800) 972-1993
info@cavalier-reporting.com

# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF VIRGINIA

Charlottesville Division

*******************************************************

JASON KESSLER,

          Plaintiff,

     -vs-                              Case No.
                                       3:18CV00015

CITY OF CHARLOTTESVILLE

and

MAURICE JONES,
Charlottesville City Manager,
In his individual and official
capacities,

          Defendants.

*******************************************************

DEPOSITION OF JASON KESSLER

9:30 a.m. to 5:55 p.m.

June 27, 2018

Charlottesville, Virginia

Job No.: 37201

     REPORTED BY:  Kimberly A. Adderley, RPR, RMR

Page 13

1          A.     You mean under oath or are you talking

2     about just normal life?

3          Q.     Well, I didn't limit the question.

4          A.     Well, one of the side effects of Ambien

5     is that you have memory loss and you say and do

6     things that you don't remember or that you

7     otherwise wouldn't have done.

8          Q.     Okay.  And has that affected you in the

9     past?

10         A.     Yes.

11         Q.     On how many occasions?

12         A.     Numerous occasions.

13         Q.     Can you recall any of them?

14         A.     Well, yeah.  I mean, sometimes I will

15    wake up and food is strewn about or there's a mess

16    in my room or in the kitchen, my family members

17    will tell me that I was getting up and walking

18    around, and I have no memory of it.  On at least a

19    few occasions I posted things on social media that

20    seemed they were out of character and I didn't

21    remember posting them.

22         Q.     Okay.  How often does this occur?

23         A.     What do you mean "this"?

24         Q.     Well, what you just described,

25    disorientation and inability to remember what you

Page 27

1          A.    I believe that what they should have
2    done was taken the person to a hospital so they
3    could receive treatment where they were equipped
4    to handle it.
5          Q.    Okay.  But they were not doing that?
6          A.    No.
7          Q.    And why was that?
8          A.    I don't know.
9          Q.    Okay.  So, anyway, a combination of
10   that and being busy at school?
11         A.    Yes.
12         Q.    What was the next -- well, I'm sorry,
13   did you have any other employment during this --
14   well, let's just say up to the time that you
15   graduated from UVA, did you have any other
16   employment?
17         A.    I don't recall.
18         Q.    Okay.  Don't recall any other
19   employment?
20         A.    Right.
21         Q.    Either full or part time?
22         A.    I don't recall.
23         Q.    Okay.  So, after you graduated from
24   UVA, what was your first job after that?
25         A.    I really don't recall what the first

Page 28

1    one was.  I never held any of the jobs for very

2    long.

3         Q.    Okay.  Why was that?

4         A.    Just it wasn't a good fit for me.  I

5    never found anything that was any more than just

6    scraping by menial labor.  I didn't think that it

7    was what I was supposed to be doing.

8         Q.    Okay.  Did you apply to places and were

9    turned down?

10        A.    Yes.

11        Q.    Do you have any idea why?

12        A.    I think part of it is the liberal

13   policies of some of these government institutions

14   that I was applying to, affirmative action

15   policies.

16        Q.    I see.  And did anybody ever tell you

17   that's why you had been passed over for any of

18   these jobs?

19        A.    No.  I could tell from the implication.

20        Q.    Okay.  What in particular?

21        A.    Well, I applied for a job at the mental

22   health support organization Region 10 and I was by

23   far the most qualified candidate.  I had college

24   education and experience in the field.  But, they

25   gave the position to a woman who had never worked

Page 29

1    in the field in her life and didn't have a college

2    education.

3         Q.    Okay.

4         A.    So, I felt like the implication was

5    considering that there were very few white males

6    at that organization, that I had been passed over

7    due to protected characteristics.

8         Q.    So, you said protected characteristics?

9         A.    That's right.

10         Q.    And what do you mean by that exactly?

11         A.    Race, gender.

12         Q.    Okay.  Any others -- I'm sorry, did you

13    file a complaint?

14         A.    I called the employer, but he was

15    dismissive.

16         Q.    Okay.  Did he suggest that he had hired

17    the woman for reasons other than race and gender?

18         A.    I don't recall.

19         Q.    Okay.  Any other circumstances where

20    you think your employment was negatively affected

21    by your race or gender, or your ability to obtain

22    employment, I'm sorry?

23         A.    I would say that I faced reverse

24    discrimination in the workplace in other

25    locations.

1      Q.    Okay.  And did the film get made?

2      A.    Yes.

3      Q.    What were your duties?

4      A.    I was location scout.

5      Q.    Okay.  And again, how long was that,

6   were you employed that way?

7      A.    A few months.

8      Q.    Okay.  And who was the person who made

9   the film?

10      A.    Jim Sadwith.

11      Q.    Okay.  What did -- can you spell that?

12      A.    J-I-M.

13      Q.    Sorry about that, the last name.

14      A.    S-A-D-W-I-T-H.

15      Q.    Okay.  And what in general did the

16   movie say about his life?

17      A.    It was about his experience as a youth

18   when he went looking for his favorite author,

19   JD Salinger.

20      Q.    Okay.  Do you know if the movie got

21   released?

22      A.    It did.

23      Q.    Okay.  Where, and how did it do?

24      A.    I know it was on some independent film

25   circuits, I think it played at the Virginia Film

Page 34

1    Festival.

2         Q.    This was Coming through the Rye was the

3    name of the movie?

4         A.    That's right.

5         Q.    So, this gets us now to about 2015.

6    Did you have another job after that?

7         A.    I don't recall.

8         Q.    Okay.  So, you don't recall any

9    employment after your work as a location scout on

10   the Coming through the Rye movie?

11        A.    Right.

12        Q.    I'm just going to --

13             MR. LONGSTRETH:  I would like to

14       mark -- what's our next exhibit?

15             THE STENOGRAPHER:  Exhibit 13.

16             MR. LONGSTRETH:  Okay.

17

18             (Defendants' Exhibit 13 marked for

19         identification)

20

21             MR. LONGSTRETH:  Mr. Kolenich, we are

22         starting with 13.  We had the deposition of

23         Mr. Lambert on Monday, which I guess you and

24         Mr. Woodard determined not to attend.  We

25         marked 1 to 12, and so just to keep things in

1          order, we are doing 13.

2                    MR. KOLENICH:  Okay.  Thank you.

3                    MR. LONGSTRETH:  And I'm going to hand

4          it to Mr. Kessler.  And it's the employment

5          application for his job with the City.  And

6          I'm just doing it to go over a couple of

7          things that he might not have recalled about

8          his employment history.

9    BY MR. LONGSTRETH:

10         Q.    You can take some time to look at it if

11    you would like.

12                   MR. LONGSTRETH:  And it's been -- we

13         asked the City for it, the City asked that we

14         redact the names of his personal and

15         professional references.  So, when you get

16         the transcript and the documents, you will

17         see that that's been done.

18                   MR. KOLENICH:  Okay.

19                   MR. LONGSTRETH:  Hopefully accurately

20         and completely.

21    BY MR. LONGSTRETH:

22         Q.    Mr. Kessler, does this appear to be the

23    application you made to the Carver Center?

24         A.    Yes.

25         Q.    And I think we have gone over the

1      through the Bitcoin?  I think you said it was over

2      and above the $2,500.

3          A.     Not very much personally.  I don't

4      recall.

5          Q.     Okay.

6          A.     Under $1,000.

7          Q.     And the people who contribute to you

8      are people who have seen you on -- people who have

9      seen your solicitation on the website?

10         A.     Perhaps, or they ask me and I've told

11     them about it.

12         Q.     Okay.  You said you were a journalist.

13     Have your articles been published anywhere?

14         A.     Yes.

15         Q.     Okay.  Where?

16         A.     Daily Caller, VDare, GotNews.

17         Q.     I'm sorry, VDare, V, D-A-R-E?

18         A.     Yes.

19         Q.     Okay.  What is VDare?

20         A.     It's a news outlet focusing mostly on

21     immigration issues.

22         Q.     Okay.  Who runs it?

23         A.     Peter Brimelow.

24         Q.     Okay.  How do you spell that?

25         A.     B-R-I-M-E-L-O-W.

Page 49

1       Q.      And what's that?

2       A.      It's a online news outlet.

3       Q.      And where are they located?

4       A.      I'm not sure.

5       Q.      Okay.  So, it's online?

6       A.      Yes.

7       Q.      When was the last time you had an

8    article published by them?

9       A.      It's been a long time.

10      Q.      A year?

11      A.      Maybe.

12      Q.      Okay.  When we were mentioning sources

13   of income, just to go back to the Daily Caller,

14   were you paid by Daily Caller?

15      A.      Yes.

16      Q.      And how much?

17      A.      Maybe like $120, $240, something like

18   that.

19      Q.      Per article?

20      A.      Total.

21      Q.      Okay.  Total.  How many articles did

22   you do for them?

23      A.      I think it was three.

24      Q.      Three, okay.  What was the subject

25   matter of those?

1        Q.    So, your position is you weren't

2    directly involved in that, you were acting as a

3    journalist?

4        A.    That's correct.

5        Q.    Okay.  But, in any event, that the last

6    article that you did for the Daily Caller?

7        A.    I believe so.

8        Q.    And then VDare, did you receive any

9    payment for that?

10       A.    Yes.

11       Q.    How much?

12       A.    Maybe $600.

13       Q.    Okay.  And that's for the one article

14   on the immigration issue or how many articles was

15   that?

16       A.    I don't recall how many articles.

17       Q.    Okay.

18       A.    I mean, most of my articles have been

19   written -- well, I just don't recall.

20       Q.    Okay.  How many -- anyway, you said

21   it's been a few months since the last one that you

22   did for them?

23       A.    Yes.

24       Q.    Would you say it's more than 10, 3 to

25   5, can you give me any ballpark on how many it's

1          Q.    Okay.  Can you just describe generally,
2     was it fiction or nonfiction?
3          A.    Fiction.
4          Q.    Okay.  Can you describe generally what
5     it was about?
6          A.    It was a nuart crime thriller.
7          Q.    And is that -- when you mentioned your
8     creative writing that has been published, is that
9     when you mentioned the small online publisher?
10         A.    Yes.
11         Q.    Any other sources of income you can
12    think of?
13         A.    Not off the top of my head.  I get
14    donations sporadically from my grandmother.
15         Q.    Okay.  I'm not talking about gifts,
16    so...
17               Have you ever been married?
18         A.    No.
19         Q.    And do you have any children?
20         A.    No.
21         Q.    Okay.
22               MR. LONGSTRETH:  I've got a document
23               that I would like to have marked as
24               Defendants' Exhibit 14.
25

Page 54

1          (Defendants' Exhibit 14 marked for
2      identification)

3

4   BY MR. LONGSTRETH:
5          Q.   You can take a look at it, I'm just
6      going it ask you if you recognize it.
7          A.   Yes.
8          Q.   Was that -- well, just describe what it
9      is.
10         A.   It's a tweet.
11         Q.   Okay.  From?
12         A.   Richard Spencer.
13         Q.   Okay.  And is this where he is
14     responding to your tweet about Heather Heyer?
15         A.   Yes.
16         Q.   Okay.  And he says he will no longer
17     associate with you.  Has he no longer associated
18     with you?
19         A.   Pretty much.
20         Q.   Well, is pretty much -- what is the
21     difference between pretty much and no?
22         A.   I think that I exchanged like two texts
23     with him.  Other than that, I haven't really had
24     any contact with him.
25         Q.   Okay.  And this was right after the

1     August 12th rally that this --

2          A.     Yes.

3          Q.     -- occurred?  I guess it's dated

4     August 18th --

5          A.     Uh-huh.

6          Q.     -- 2017.  That's about your

7     recollection of this back and forth?

8          A.     Right.

9          Q.     And I believe this was the -- oh, I'm

10    sorry, you said you exchanged two texts with him.

11    When and on what subject?

12         A.     I mentioned the upcoming rally to him

13    and he said he would take it under advisement.

14         Q.     Okay.  And when you say upcoming, you

15    are talking about what you call -- and let's back

16    up a second.

17               Let me finish the question.  When you

18    say the upcoming rally, you are talking about what

19    you have referred to as Unite the Right 2 or UTR

20    2?

21         A.     Right.

22         Q.     And we will adopt the convention --

23         A.     The D.C. rally, not the Charlottesville

24    rally.

25         Q.     Okay.  We better have a different name

1      Q.    If I told you May 8th, would that sound
2   right to you?
3      A.    It could.
4      Q.    But, in any event, soon after, within a
5   week or two after you filed that permit, you
6   called Richard Spencer?
7      A.    It was a long time afterward, probably
8   a month.
9      Q.    A month after, okay.  So, how long ago
10   from now, as we sit here today?
11      A.    What do you mean?
12      Q.    Well, how long ago was it?  We are
13   talking about after the permit.
14      A.    I don't know, it was several weeks ago.
15      Q.    So, several weeks ago, okay.  And why
16   did you call him after he said he would no longer
17   associate with you?
18      A.    I don't know.  I just felt like it was
19   a common courtesy.
20      Q.    Okay.  Because, I mean?
21      A.    Because he lives near there.
22      Q.    Okay.  Where does he live?
23      A.    Northern Virginia.
24      Q.    Okay.  And had you had any contact with
25   Mr. Spencer between the time of his response to

1    your tweet and this call you made to him several

2    weeks ago about UTR 2 D.C.?

3         A.    Not that I can recall.

4         Q.    Okay.  So, then he texted -- so, you

5    called him and then what did he text you?

6         A.    He just said, he basically just asked

7    me what I was calling about.

8         Q.    Okay.  And you texted him back?

9         A.    Yeah.

10        Q.    Okay.  And what do you say?

11        A.    I said we are doing a rally on

12   August 12th.

13        Q.    Okay.  And what was his response, if

14   any?

15        A.    He said I will take it under

16   advisement.

17        Q.    Okay.  And is that the last contact you

18   have had with Mr. Spencer?

19        A.    Yes.

20        Q.    Were those texts on your phone?

21        A.    Yes.

22        Q.    Okay.  Is that the phone that's in

23   front of you?

24        A.    Yes.

25        Q.    And is that the phone with the phone

1      Q.    Okay.  Did you transfer over any
2   information from the 5 to the 8?
3      A.    Yes.
4      Q.    What information?
5      A.    All of it.  Everything that was on the
6   other phone is on the new phone.
7      Q.    Okay.  So, even any texts or e-mails
8   that were on that phone?
9      A.    Yes.
10     Q.    Okay.  You got a document request from
11   us, do you recall that?
12     A.    Yes.
13     Q.    Okay.  Did you look at your phone to
14   find out if you had any texts that might be
15   responsive to that document request?
16     A.    The texts are in the -- yeah, we turned
17   over the texts.
18     Q.    You did turn over the texts?
19     A.    Yes.
20     Q.    And where are those?
21     A.    Those are in the Drop Box folder.
22     Q.    Okay.  Do you recall any particular
23   texts in there that you turned over?
24     A.    There are -- I put everything in there.
25   There might be stuff that is more recent that's

1    not, but we can provide that.

2         Q.    Okay.

3         A.    We are doing the best we can.

4         Q.    I understand.  Do you know are the

5    Spencer texts in there?

6         A.    I'm not sure.  I will go back and look

7    after this and if they are not, I will send them

8    over to you guys.

9         Q.    Okay, thanks.

10               If you look at page three of what is

11   now Defense Exhibit 14.

12        A.    I don't see a page.

13        Q.    I'm sorry, it's not marked as page 3,

14   but it's the third page, but it has in the middle

15   of it what appear to be reproductions of two

16   tweets from you.  Do you see that?

17               It's the next page.

18        A.    Okay, yeah.

19        Q.    And are those in fact tweets that you

20   sent?

21        A.    Yes.

22        Q.    Okay.  And this is where you repudiate

23   the tweet, we talked about that earlier --

24        A.    Yes.

25        Q.    -- because you were on Ambien?

Page 63

1      A.    Yes.

2      Q.    And then you also mentioned Xanax?

3      A.    Yes.

4      Q.    Okay.  So, is Xanax another medication

5  that you were taking at the time?

6      A.    At the time, yes.

7      Q.    And was that for anxiety?

8      A.    Yes.

9      Q.    Depression also or just anxiety?

10      A.    Anxiety and insomnia.

11      Q.    And you had also been drinking?

12      A.    Yes.

13      Q.    So, are you currently taking Xanax?

14      A.    No.

15      Q.    When was the last time you had took

16  Xanax?

17      A.    Maybe a couple months ago.

18      Q.    Okay.  And how often do you take Ambien

19  Xanax and drink?

20      A.    Not very often.

21      Q.    Okay.  But on this occasion you did?

22      A.    Yes.

23      Q.    I've got -- let's see.

24            You filed a complaint in March,

25  March 6th, I will represent to you that's the

1           MR. LONGSTRETH:  Are we up to 15?

2

3           (Defendants' Exhibit 15 marked for

4      identification)

5

6   BY MR. LONGSTRETH:

7      Q.    You recognize this document?

8      A.    Yes.

9      Q.    And what is it?

10     A.    It's a post that I made on Gab.

11     Q.    Okay.  When you say a post that you

12  made on Gab, this is Gab AI?

13     A.    Social media platform.

14     Q.    Social media platform Gab AI?

15     A.    Yes.

16     Q.    And that's you, Jason Kessler

17  @TheMadDimensions?

18     A.    Yes.

19     Q.    And you see you have a response from

20  Marcus Boechat, "I'm with you let us collect

21  another 198 men."

22     A.    Okay.

23     Q.    Do you see that?

24     A.    Yes.

25     Q.    Does that refresh your recollection as

Page 112

1          had any discussions on the documents on

2          password protected sites?"

3               THE WITNESS:  Discussion on the

4          documents on password protected sites?  What

5          do you mean, discussions about the

6          production?

7   BY MR. LONGSTRETH:

8          Q.    Have you had -- well, I will strike

9    that and ask it again.

10               Have you had any discussions about UTR

11   2, have you had any discussions about UTR 2 on

12   password protected sites?

13         A.    My Facebook is password protected.

14         Q.    Okay.  So, you gave us that.  Any

15   others?

16         A.    Well, these publicly available things

17   through Gab and Twitter.  I have to log in to

18   access those social media sites.

19         Q.    Okay.  So, would those be publicly

20   available to somebody who didn't have a password?

21         A.    Yes.

22         Q.    How?

23         A.    You would go to the URL for my account,

24   which would be in the case of Gab, for instance,

25   www.Gab.ai/TheMadDimension.  For Twitter that

Page 115

```
 1       A.    Yes.

 2       Q.    Were we provided any of those?

 3       A.    I don't have any.

 4       Q.    Okay.  Can you have a private chat on

 5   Signal -- I'm sorry, what's Signal?

 6       A.    Signal is another messenger service.

 7       Q.    Can you have a private chat on Signal?

 8       A.    You can.

 9       Q.    Were we provided any documents from

10   that?

11       A.    I don't have any responsive documents.

12       Q.    How do you know that?

13       A.    Because it's another privacy messenger

14   that wipes itself after a certain period of time.

15       Q.    So, basically any documents you are

16   creating concerning the UTR 2 on Signal, you

17   create those documents and then they are wiped out

18   a week later.

19       A.    They are not saved.

20       Q.    They are not saved?

21       A.    I don't wipe them.  It just is an

22   application that does not save those things.

23       Q.    Okay.  So, are you doing anything to

24   preserve those before they are not saved by Signal

25   or VK or any of these other services?
```

Page 116

1      A.    No.

2      Q.    When you go on to these private chats,

3  is the purpose of that so you can have discussions

4  about the rally and keep it private?

5      A.    Yes.

6      Q.    And then after a week, those

7  discussions will disappear; is that correct?

8      A.    However long the period of time is,

9  yes.

10      Q.    Okay.  But your understanding, at least

11  on some, you have used a period of about a week?

12      A.    Uh-huh.

13      Q.    But, it's -- I'm sorry, the answer was

14  yes?

15      A.    I think so.

16      Q.    Anyway, it's whatever that particular

17  media provider provides.

18      A.    Yes.

19      Q.    What's the Discord server?

20      A.    It's another chat room.

21      Q.    Okay.  And are you the moderator of

22  certain forums on the Discord server?

23      A.    Yes.

24      Q.    Which ones?

25      A.    I have one that's called New Byzantium.

Page 126

1       Q.     Eight times over what time period?

2       A.     Maybe like 20 years.

3       Q.     Okay.  Do you recall what the arrests

4    were for?

5       A.     Yeah.

6       Q.     What?

7       A.     Shoplifting, perjury, I think

8    disorderly conduct, some internet thing, I don't

9    recall.

10      Q.     Some internet thing?

11      A.     Yeah.  Online harassment or something.

12      Q.     Okay.  Who were you alleged to have

13   harassed?

14      A.     Edward Gorcenski or Emily Gorcenski,

15   I'm not sure what is the legal name.

16      Q.     When was that?

17      A.     I think it was March 2018.

18      Q.     So, within the last two or three

19   months.

20      A.     No.  It was longer than that.  Maybe it

21   was the end of 2017.  I don't recall.

22      Q.     Maybe six months ago, okay.  Any other

23   arrests that you can recall?

24      A.     Assault, misdemeanor assault.

25      Q.     Okay.  On who?

1          A.    Jay Taylor.

2          Q.    Jay Taylor, okay.  And that was an

3    incident in January 2017?

4          A.    Yes.

5          Q.    What was the disposition of that?

6          A.    I pled guilty.

7          Q.    Okay.  And what was your sentence?

8          A.    I think it was 40 hours of community

9    service.

10          Q.    Did you get a term that was suspended?

11          A.    Yes.

12          Q.    And what was that?

13          A.    I don't recall.

14          Q.    Okay.  But some term of imprisonment

15    all of which was suspended, is your recollection?

16          A.    Yes.

17          Q.    And what were the circumstances of the

18    assault and battery on Mr. Taylor?

19          A.    I was collecting signatures on the

20    Downtown Mall for a petition, we had an

21    altercation and I ended up punching him.

22          Q.    Okay.  And was Mr. Taylor charged?

23          A.    Yes.

24          Q.    He was.  He was charged based on your

25    affidavit; is that correct?

Page 128

```
 1        A.    Yes.

 2        Q.    And that's what led to the perjury

 3   charge against you; is that right?

 4        A.    Yes.

 5        Q.    Because there was video of the incident

 6   and there was a determination made that the video

 7   was inconsistent with your sworn affidavit to the

 8   magistrate; is that correct?

 9        A.    That was according to the

10   Charlottesville Commonwealth Attorney at least.

11        Q.    Okay.  And the case was tried?

12        A.    Right.

13        Q.    Okay.  And did the jury reach a

14   verdict?

15        A.    No.  The case was weak enough that I

16   was acquitted before it went to the jury.

17        Q.    Okay.  And on what basis were you

18   acquitted?

19        A.    The prosecutor had not laid a

20   foundation.

21        Q.    For venue?

22        A.    That's correct.

23        Q.    Okay.  Was any determination made as to

24   whether you had lied or not lied in your

25   affidavit?
```

Page 129

1          A.     I was acquitted.

2          Q.     Well, I'm asking on the specific

3    question, was the factual issue ever presented to

4    the jury as to whether you had lied or not lied in

5    your affidavit?

6          A.     It was presented to the jury.

7          Q.     Right.  Did the jury make a

8    determination?

9          A.     No.  I was acquitted before the jury

10   made their decision.

11         Q.     Because the prosecutor had not

12   established venue; is that correct?

13         A.     That's correct.

14         Q.     Now, May 2017, you got a disorderly

15   related to a bullhorn incident in the park; is

16   that correct?

17         A.     Yes.

18         Q.     What were you arrested for?

19         A.     Disorderly conduct.

20         Q.     Okay.  And what did the police officer

21   say you had done to deserve that arrest?

22         A.     Well, what it said on the arrest

23   report, or whatever, was using the bullhorn and

24   not leaving the park.

25         Q.     Okay.  And there was something about

1    reason you don't remember the second part of the

2    news report?

3         A.    I recall the parts that I spoke about.

4         Q.    Okay.  She also described you as a very

5    troubled person.  Would you agree you are a very

6    troubled person?

7         A.    No.

8         Q.    Okay.  Why not?

9         A.    I'm just a normal person.

10        Q.    Okay.  She said we do not think you

11   fully understand the damage you've caused in this

12   community.  Do you agree with that?

13        A.    No.

14        Q.    Why not?

15        A.    I don't think she understands the

16   damage that her government caused to me, the

17   emotional toll, the violation of my rights.

18        Q.    Okay.

19        A.    The physical violence that's been done

20   to me with no justice.

21        Q.    I understand.  So, is there any conduct

22   that you have engaged in that you think might have

23   caused damage to the community?

24        A.    No.

25        Q.    None at all?

Page 139

1      A.    No.

2      Q.    You're perfectly fine with everything
3   you have done?

4      A.    Yes.

5      Q.    No regrets?

6      A.    Correct.

7      Q.    No remorse?

8      A.    Correct.

9      Q.    Nothing that's happened is your fault?

10      A.    No.

11      Q.    Okay.  I'm sorry, do you believe that
12   anything that has happened in the City is your
13   fault?

14      A.    No.

15      Q.    Okay.  Is there any other evidence that
16   Miss Antony might have that might be relevant to
17   your case?

18      A.    I don't know.

19      Q.    Okay.  But, at least as far as you are
20   aware, she was listed for the reason you just
21   gave?

22      A.    Right.

23      Q.    Okay.  Do you believe in that incident
24   that your message caused other people to come and
25   surround you and act violently?

1        Q.    And that was when you did work for the
2    Daily Caller?
3        A.    Right.
4        Q.    When did you meet Richard Spencer?
5        A.    That was I think -- I don't recall.  It
6    was in 2017 after the Syrian missile strikes.
7        Q.    And so you were in D.C. for a protest
8    and met him?
9        A.    Yes.
10       Q.    And did you discuss his planned event
11   in May then?
12       A.    Not with him.  His employee Eli Mosley
13   had mentioned it.
14       Q.    Okay.  Was that the first time you had
15   met Eli Mosley?
16       A.    Yes.
17       Q.    And what did you understand Mosley's
18   relation to Spencer to be?
19       A.    I don't know, supporter, employee, it
20   wasn't quite clear.
21       Q.    Okay.  But you met both of them at this
22   April event?
23       A.    Yes.
24       Q.    And so, Mosley mentioned there was
25   going to be something at UVA the next month?

1    far as I know.

2         Q.    Correct.  And did Mosley act -- was

3    Mosley providing security in some way for Spencer?

4         A.    I don't know.

5         Q.    Okay.  Did he ever provide security in

6    some capacity for you?

7         A.    No.

8         Q.    No.  Was he involved at all in security

9    for the Unite the Right rally?

10        A.    Yes.

11        Q.    I'm sorry, we are talking about Unite

12   the Right 1.

13        A.    Yes.  He was responsible for almost

14   everything that happened on the ground.  I was

15   mostly focused on the court cases and promoting

16   the event and talking to -- let's see, you know,

17   finding the speakers, booking the speakers, he

18   handled all that other stuff.

19        Q.    Okay.  Have you had any discussions

20   with -- is Elliott Kline his real name?

21        A.    I believe so.

22        Q.    Why don't we call him Elliott Kline for

23   now, since that's his real name, and we will leave

24   the aliases to him.  Have you had any discussions

25   with Elliott Kline since UTR 1?

Page 151

1        A.    Yes.

2        Q.    Okay.  What is the most recent one?

3        A.    I don't recall what the most recent one

4    is.

5        Q.    Okay.  Has he in any way severed ties

6    with you or disassociated himself from you?

7        A.    Right.  Yeah, we don't correspond.

8        Q.    Okay.  Is that for the same reason that

9    Spencer did, because he's Spencers guy, or was

10    there a separate reason?

11        A.    Separate reasons.

12        Q.    What's that?

13        A.    Well, he tried to take the event over

14    from me the first time.  He tried to undermine my

15    authority, and that on-the-ground stuff that

16    happened was not authorized by me and I did not

17    want to happen.

18        Q.    What are you talking about?

19        A.    Well, first of all, I wasn't given a

20    megaphone on August 11th.  I called the police and

21    let them know that there was going to be that

22    march, and my understanding was that they were

23    going to create separation between the

24    demonstrators and the counterdemonstrators.  And

25    when I saw the demonstrators were there and there

Page 152

1     was no police in the way, I was concerned about

2     there being clashes.  But Eli was the only one who

3     had a megaphone and he didn't say anything to stop

4     the people from walking, and so I was upset about

5     that.  I would --

6          Q.    When you say May 11th, what event on

7     May 11th?

8          A.    Not May 11th, August 11th.

9          Q.    I'm sorry, August 11th.  Which event on

10    August 11th?

11         A.    That was the torch march at the

12    Rotunda.

13         Q.    Okay.

14         A.    And also, I mean, I wasn't made aware

15    of any on-the-ground activity that was going on on

16    August 12th.  This guy did not tell me that there

17    were armed counterdemonstrators outside the event.

18    He didn't warn anybody not to go to the park for

19    that reason.  He didn't tell me that this guy Jack

20    Pierce had called off the escort for Richard

21    Spencer.

22         Q.    Okay.  So, have you had any discussions

23    with -- so, I take it then you have had a falling

24    out with him because you said you thought he tried

25    to take over the rally.

Page 153

1      A.    Yeah.

2      Q.    Okay.  And were you able to -- and you

3  weren't able to keep him from taking over the

4  rally, I guess, is your testimony.

5      A.    I didn't know it was happening.

6      Q.    Okay.  And since the rally have you had

7  any discussions with Mr. Mosley?

8      A.    Yes.

9      Q.    What was -- when?

10     A.    I think I've spoken to him on the phone

11  a few times.

12     Q.    Okay.

13     A.    But I don't recall exactly when.  I

14  haven't spoken to him in some months.

15     Q.    Okay.  Have you spoken to him at all

16  about UTR 2?

17     A.    To who?

18     Q.    Have you spoken to him at all about UTR

19  2?

20     A.    Not that I can recall.

21     Q.    Do you know if he is planning to come?

22     A.    He's not.

23     Q.    How do you know that?

24     A.    Just people have told me that.  I don't

25  think he is politically active anymore.

Page 178

1                So, I guess you are aware that a

2    preliminary injunction motion was filed last

3    Friday.

4         A.    Yes.

5         Q.    And that's what we're litigating her

6    now and why we are on kind of a faster schedule

7    than sometimes would be in litigation.

8                And you applied for a permit?

9         A.    Yes.

10        Q.    And that application was very similar

11   to the application that you had filed in 2017?

12        A.    Yes.

13        Q.    Okay.  You said you were going to have

14   400 attendees?

15        A.    That's what I put on the application.

16        Q.    Right.  And that's what you put on the

17   application last year.

18        A.    Yes.

19        Q.    How did you come up with the number

20   400?

21        A.    I just pulled it out of a hat.  I

22   didn't have any idea how many there would be.

23        Q.    Okay.  Either this year or last year?

24        A.    I can -- I don't know the exact number

25   this year either.  I can say it will be less than

1    last year.

2         Q.    Why is that?

3         A.    Because a lot of people are against the

4    idea of doing a demonstration in Charlottesville

5    because they feel like they will be attacked while

6    the police stand down and then they will be

7    arrested if they defend themselves.

8         Q.    When you say a lot of people, how many

9    would you say?

10        A.    I can't say the number.  But like

11   that's the overwhelming feedback is 90 percent of

12   the people say I'm not going back.

13        Q.    And how do they say that?

14        A.    They send messages on social media.

15        Q.    Okay.  And again, to the extent those

16   messages exist, we would like to have them.

17             Some of those may be a message on

18   social media where they disappear after a week,

19   though; is that correct?

20        A.    I think most of them are like if I go

21   onto somebody else's page and they are talking

22   about it and I see a bunch of comments.  It's not

23   necessarily stuff that is on my page or my social

24   media account.

25        Q.    Okay.  Have you tried to see if that

Page 181

1          A.     No.  It has to do with their safety and
2     whether they feel like the criminal justice system
3     is fair in Charlottesville, whether it will
4     protect them against violence.
5          Q.     And I think you had testified to this
6     before, your sense that the criminal justice
7     system was biased in favor of the
8     counterprotesters and against people on your side.
9          A.     Yeah, absolutely.
10          Q.     Okay.  How do you describe people on
11     your side?  I mean, I'm trying to think of a -- we
12     will talk about the counterprotesters are the
13     people not on your side.  And what do you call the
14     people on your side?  I just want to use your
15     convention so we know what we are talking about.
16          A.     Demonstrators.
17          Q.     So, you are the demonstrators and they
18     are the counterprotesters?
19          A.     Yes.
20          Q.     Okay.  So, we will try to do that.  We
21     will just have an understanding the demonstrator
22     will be your side and the counterprotesters will
23     be the other side.
24                 So, you put the same number in, 400,
25     this year for your permit; correct?

Page 186

1    information was provided to Mr. Heaphy for his
2    report?
3         A.    I don't think that it was.
4         Q.    Okay.  When did you get it?
5         A.    I don't recall.  I think after the
6    Heaphy report was released.
7         Q.    Okay.  Why did you ask for it at that
8    point?
9         A.    I don't remember exactly the
10   circumstances of when and how I asked for it.
11        Q.    Okay.  I'm going to have marked as an
12   exhibit, Defendants' 18, and this is your permit
13   application which I've just taken as an exhibit
14   from your complaint.
15
16             (Defendants' Exhibit 18 marked for
17        identification)
18
19        Q.    Can you confirm this is the permit
20   application submitted on November 27th?
21        A.    Yes.
22        Q.    Okay.  You will see you don't have an
23   address listed; is that correct?
24        A.    Correct.
25        Q.    Why is that?

Page 188

1          A.    Yes.

2          Q.    And that's the phone you brought with

3    you today?

4          A.    Yes.

5          Q.    And that's your only phone?

6          A.    Yes.

7          Q.    And if you look at the second page of

8    the application, you've got the time written out,

9    you originally had one time written and crossed it

10   out and wrote 7:00 a.m.

11         A.    Uh-huh.

12         Q.    Do you remember what you originally

13   had?

14         A.    No.

15         Q.    Okay.  And then Sunday, do you recall

16   what is crossed out there?

17         A.    No.

18         Q.    It looks like a date maybe.  But, in

19   any event, you put in Sunday's date, and then

20   again you have 7:00 a.m.  So, you are asking

21   Saturday 7:00 a.m. to 11:00 p.m. and Sunday

22   7:00 a.m. to 11:00 p.m.  So, that's, what, 16

23   hours each day?

24         A.    I haven't added it up in my head.

25         Q.    Well, 7:00 to 7:00 is 12, and then

Page 189

1    8:00, 9:00, 10:00, 11:00, so...

2            Okay.  Did you have 32 hours of

3    programming planned for your event?

4        A.    No.

5        Q.    But you asked for 32 hours?

6        A.    To be on the safe side, yes.

7        Q.    Okay.  If you look down at your other

8    City services requested, it says, "Police that

9    show up and keep opposing sides separate."  Do you

10   see that?

11       A.    Yes.

12       Q.    So, you wanted the police there for 32

13   hours to keep opposing sides separate?

14       A.    No.  We are not going to need to do the

15   event for 32 hours.

16       Q.    Well, but you put in for 32 hours.

17       A.    That's the time that I want the park

18   reserved.

19       Q.    Okay.  Did you indicate anyplace here

20   that you didn't need the park for 32 hours on the

21   application?

22       A.    No.

23       Q.    And we talked about opposing sides, so

24   by opposing sides we mean demonstrators or

25   counterdemonstrators or --

Page 193

1       A.      Yeah.

2       Q.      Why is that?

3       A.      Because I think that it's -- I think

4    Charlottesville's decision last year to have

5    counterdemonstrators in these parks at the same

6    time that they were going to have a demonstration

7    only a block away at Lee Park was incredibly

8    dangerous.  I think that they intended to use

9    those parks as staging grounds for violent attacks

10   against my rally.

11      Q.      And what is your basis for saying that?

12      A.      Well, just the association between

13   Charlottesville government officials and the

14   counterprotest groups, including Redneck Revolt

15   who were intimidating people with AR 15s, were

16   pointing them at vehicles.

17      Q.      Okay.  The fact that Charlottesville

18   City Councilors like Wes Bellamy and Kristin

19   Szakos were marching with Clergy Collective

20   members who in fact organized that march and later

21   were bashing people across the face with sticks.

22   They were -- I mean, they were organizing with

23   these Clergy people in parking lots, these Antifa

24   groups who were later photographed bashing people

25   over the face as they laid on the ground.

1    and none of them were there to exercise their own

2    First Amendment rights?

3          A.    I think it was a mixture of the two.

4          Q.    Okay.  But, in your view the City

5    didn't have an obligation to give the

6    counterprotesters a spot to counterprotest?

7          A.    They absolutely did.

8          Q.    They did?

9          A.    Yes.

10         Q.    And within sight and sound of you?

11         A.    Yes.

12         Q.    But not in those parks.

13         A.    The protesters don't have a right to be

14   confronting permitted demonstrators with weapons.

15   And I think that that's what they allowed those

16   people to do.

17         Q.    Right.

18         A.    And I think that they should have

19   protected their rights but kept them safely behind

20   barricades.  And that's what I indicated to

21   Mr. Jones five days before the event.

22         Q.    Okay.  At the time the

23   counterprotesters submitted their permits, did

24   they state their intention to -- did they state

25   their expectation of violence?

 1    or not.

 2         Q.    And why was that?

 3         A.    Well, there seemed to be political

 4    pressure from Charlottesville City Council that

 5    was preventing the police from doing their jobs.

 6    There seemed to be a lack of commitment, there

 7    seemed to be a lot of confusion, and it didn't

 8    seem like they were taking the counterprotester

 9    violence seriously because those are their

10    supporters and the ones that are voting them into

11    office.

12         Q.    So, you felt you had to take security

13    into your own hands to some extent.

14         A.    Well, I mean, all these guys did was

15    just stand around me to make sure no one was going

16    to run at me and punch me.

17         Q.    Okay.

18         A.    They're no different than having

19    friends.

20         Q.    So, what you are saying is these five

21    security people, these were just for you?

22         A.    Yes.

23         Q.    Okay.  Did you have -- what about the

24    other speakers?

25         A.    They handled their own thing.

Page 204

1      Q.    They handled their own security?

2      A.    Yes.

3      Q.    So, you weren't responsible for that?

4      A.    Right.

5      Q.    You were responsible for everything

6    else, but not for security?

7      A.    I didn't handle that aspect.

8      Q.    Okay.  Was there anything else you

9    didn't handle besides security?

10     A.    The on-the-ground logistic stuff was by

11   in large not something that I handled.

12

13           (Outside interruption)

14

15     Q.    What do you mean by on-the-ground

16   logistics?

17     A.    There were other people like Jack

18   Pierce who were communicating with the

19   Charlottesville Police Department on behalf of

20   other speakers like Richard Spencer.

21     Q.    Okay.  But you yourself took no

22   responsibility for that?

23     A.    No.  And I also wasn't in communication

24   with some of these other groups leading up to the

25   event, like League of the South, National

1      Socialist Movement.  I mean, I had spoken to them

2      at a certain point, but I didn't have any

3      coordination with them for a while prior to the

4      event.

5           Q.    Okay.  And why was that?

6           A.    I just wasn't -- I was so busy trying

7      to fight the legal case and Elliott Kline was

8      handling logistical stuff, and he hadn't even been

9      speaking to them in some time.  So, there just was

10     several degrees of separation between me and them.

11          Q.    Okay.  So, you were handling the legal

12     and some of the other aspects of it?

13          A.    Yeah.

14          Q.    So, the security you delegated to

15     Elliott Kline?

16          A.    Yeah.  Elliott was supposed to take

17     charge on that.

18          Q.    Okay.  That was your understanding

19     anyway.

20          A.    That was my understanding.

21          Q.    That he was in charge of the security

22     for it.

23                And then what was Jack Pierce's role in

24     relationship to Elliott Kline?

25          A.    I think he and Elliott were both

1      employees of Richard Spencer.

2          Q.    Okay.  So, you basically delegated the

3      security to Spencer's team as your --

4          A.    I didn't know at the time that they

5      were --

6          Q.    That they were Spencer's --

7          A.    -- employees of Spencer.

8          Q.    But, you delegated it then to people

9      who turned out to be on Spencer's team, I guess is

10     probably the best way to put it.

11         A.    Yes.

12         Q.    But you were busy on other things and

13     couldn't focus on this.

14         A.    Yes.

15         Q.    Okay.  The first footnote says that,

16     "The Court may and should take judicial notice of

17     the evidence and orders located in the UTR 1

18     permit litigation."

19              Do you see that?  I'm sorry, it's not

20     in front of you.  Do you understand -- well, I'm

21     just going to read this from your paper.  It says,

22     "The Court may and should take judicial notice of

23     the evidence and orders located in the UTR 1

24     permit litigation."

25              Do you understand what that means?

Page 214

1       A.      That's what I mentioned, but it wasn't

2    me.  They had received advice from other law

3    enforcement agencies which they chose to ignore.

4       Q.      And that evidence was, in your

5    understanding, that people you are identifying as

6    counterprotesters or on the counterprotester side

7    had engaged in violence in these prior rallies?

8       A.      My understanding from the Heaphy report

9    is that these other localities had warned the

10   Charlottesville government that the potential for

11   violence came from these counterdemonstrators

12   using violence as a heckler's veto to shut down

13   speech.

14      Q.      So, based on the past experience in

15   Pikeville and Berkeley and Portland, you thought

16   the Charlottesville Police Department ought to

17   take that past experience into account in

18   determining what to do for this rally; is that

19   correct?

20      A.      Oh, absolutely.  I mean, they were told

21   by multiple law enforcement agencies; state,

22   local, and federal what they needed to do.  I told

23   them exactly what they needed to do in keeping

24   with the advice of other law enforcement agencies,

25   and they did the opposite of that.

1        A.        Will prosecute them.

2        Q.        Is that in the article?

3        A.        Probably is.

4        Q.        Probably is, but you don't know for

5    sure?

6        A.        I don't recall.

7        Q.        You would just like it to be in the

8    article because it's consistent with your view of

9    the case; isn't that right?

10        A.        I can't recall.

11        Q.        So, you are just making up something

12    that is in that article because you think it will

13    help your case; right?

14        A.        No.

15        Q.        You don't know if it's in that article

16    or not, do you?

17        A.        I just know what I've heard from all of

18    these individuals and organizations.

19        Q.        Right.

20        A.        Is that they are not coming back, so

21    that's probably coloring my recollection of it.

22        Q.        Yeah, okay.

23                 Have you ever heard anybody say they

24    are not coming back to this rally because they

25    don't have any confidence in your leadership of

Page 225

1    it?

2         A.    There are some people who say that.

3         Q.    Some people do say that.  But that

4    wasn't what you volunteered when I asked you why,

5    is it?

6               And why don't they have confidence in

7    your leadership?

8         A.    They think that the Charlottesville

9    Government is laying traps for people, that they

10   come here and get attacked and then they are

11   arrested for defending themselves, and they feel

12   like I'm bringing them back into a trap.

13        Q.    Uh-huh.  So, they don't have any

14   confidence in your ability to avoid that

15   situation; is that correct?

16        A.    They think that my judgment in trusting

17   the Charlottesville Government to protect public

18   safety and adjudicate legal matters fairly is

19   flawed.

20        Q.    Okay.  But, you have testified a lot in

21   this case that you don't have confidence in the

22   ability of the Charlottesville Police Department

23   or in the fairness of the system.  Isn't that what

24   you testified to earlier?

25        A.    Yes.

1          Q.     So, are you now saying that -- so, why
2     are you now saying that that's your judgment?  I
3     don't see how those two things square up.
4          A.     Because I think that people can't even
5     use self-defense.  I think that we have a right to
6     speech and if we go to do our demonstration and
7     the supporters of the Charlottesville Government
8     beat us senseless, then that's going to be on
9     them.
10          Q.     Okay.  You mentioned the second reason
11     in the permit denial, that you had asked for
12     something outside the hours.  And you had
13     mentioned this e-mail that you sent purporting to
14     resubmit your application to comport with Lee
15     Park's -- and by Lee Park you mean Emancipation
16     Park; is that correct?
17          A.     I refer to it as Lee Park.
18          Q.     Yeah.
19          A.     But it's also called Emancipation Park.
20          Q.     Okay.  To comport with Lee Park's
21     standard hours of operation.  Do you recall
22     sending that e-mail?
23          A.     Yes.
24          Q.     Did you in fact submit an application
25     stating new hours?

```
 1          A.    I sent that e-mail.

 2          Q.    You sent that e-mail.  So, is the

 3     answer to my question no, you did not submit an

 4     application with new hours?

 5          A.    I didn't.

 6          Q.    You did not.

 7                And, in fact, you say -- it says in the

 8     motion here, "It's technically true that

 9     Mr. Kessler did not file an amended application."

10     Does technically true mean true?

11

12                (Outside interruption)

13

14          A.    I did not physically put in another

15     application, but I did indicate in the e-mail that

16     I was effectively resubmitting the application

17     with the amended hours.

18          Q.    Okay.  And what hours were stated in

19     that e-mail?

20          A.    After 1:00 p.m. when the park opens on

21     Sunday.

22          Q.    Did it say that in the e-mail?

23          A.    Yes.

24          Q.    Did it say after 1:00 p.m.?

25          A.    Yes.
```

1    year.  Do you have anything in your complaint of

2    any statements made after August 12th, 2017?

3         A.    Yeah.  I think most of those statements

4    were after August 12th, 2017.

5         Q.    Do you have anything in your

6    complaint -- well, no, no, no.  Let's take a look.

7              Okay.  I'm going to read from paragraph

8    24 of your complaint.  "On June 21, 2017, Former

9    Mayor Signer called it sick message, racist, and

10   bigotous."  That's June 21st, 2017.

11             You got something from Bellamy on

12   August 2, 2017.

13             Do you recall anything else in your

14   complaint where you are alleging viewpoint

15   discrimination, evidence of viewpoint

16   discrimination from the City after August 12th,

17   2017?

18        A.    Yes.  We attached several news articles

19   with statements from Wes Bellamy after -- while

20   Tim Heaphy was giving his report where he said how

21   do we stop the Nazis from coming back.  We

22   attached a report from Councilor Szakos sometime

23   after the August demonstration, saying that the

24   content of my message borders on hate speech.

25        Q.    Okay.

Page 245

1          A.     Not that I'm aware of.

2          Q.     Were you initiated into it?

3          A.     I was initiated into a Proud Boys

4     group, not a Charlottesville chapter.

5          Q.     Okay.  What affiliation did the group

6     that you were initiated into have?

7          A.     They were people from all over the

8     place, most likely Virginia, Maryland, eastern

9     seaboard.

10          Q.     And what did the initiation involve?

11          A.     They would punch me until I could name

12     10 breakfast cereals.

13          Q.     Ten?

14          A.     I think it was 10.  I don't recall the

15     number.

16          Q.     Okay.  Did you succeed?

17          A.     Yes.

18          Q.     Good.  And how long were you with the

19     group?

20          A.     Not very long.

21          Q.     Couple months?

22          A.     Just a matter of months.

23          Q.     And why did you leave the group?

24          A.     I didn't leave the group, it was just

25     the political controversy surrounding me caused

Page 246

1     the leader of the group to disavow me.

2         Q.    Okay.  Who is that?

3         A.    Gavin McInnes.

4         Q.    And do you recall what he said when he

5     disavowed you?

6         A.    No.

7         Q.    Okay.  But you said this was a

8     conservative values western heritage group?

9         A.    Yes.

10        Q.    So, did they disagree with your

11    political views?

12        A.    I don't know.

13        Q.    Did Mr. McInnes say anything when he

14    said he was disavowing himself from you?

15        A.    I think he was just concerned about the

16    media coverage surrounding Unite the Right.

17        Q.    So, when was it that he disavowed you?

18        A.    I guess it was after the event.

19        Q.    Well, you guess.  Do you know?

20        A.    I don't recall when the first time was.

21    I remember that he put out some statements against

22    me after August 12th.

23        Q.    Okay.  Do you recall what was in those

24    statements?

25        A.    No.

     1          Q.    Do you know if he's a Milwaukee Braves
     2    fan?
     3          A.    No, I don't know.
     4          Q.    Okay.  He says, "Now what are we going
     5    to do about this outrage?"
     6                What was your response to him?
     7          A.    I don't know.
     8          Q.    And this was on Gab AI?
     9          A.    Yes.
    10          Q.    Was this provided to us in discovery?
    11          A.    No.
    12          Q.    Okay.
    13                MR. LONGSTRETH:  I would like to mark
    14          this as Defendants' 26, I guess it's going to
    15          be.
    16
    17                (Defendants' Exhibit 26 marked for
    18          identification)
    19
    20    BY MR. LONGSTRETH:
    21          Q.    Do you recognize this?
    22          A.    Yes.
    23          Q.    What is it?
    24          A.    Discord logs.
    25          Q.    And MadDimension is you?

1          A.     Yes.

2          Q.     And what is hashtag beltway bigots?

3          A.     I don't know, some joke group.

4          Q.     Is that a group you are part of?

5          A.     No.

6          Q.     Why does the hashtag appear next to

7    your name there, or your handle?

8          A.     I think I commented in that group.

9          Q.     Okay.  And somebody is asking about

10   sitting in on an Antifa meeting.  Do you see that?

11         A.     Oh, yeah.

12         Q.     Right on top.

13         A.     Right.

14         Q.     And then you respond, "This is the kind

15   of intel operation which could really" -- what's

16   BTFO mean?

17         A.     Blow the fuck out.

18         Q.     Oh.  "If we record them saying anything

19   we can use against them."

20         A.     Yes.

21         Q.     So, what are you trying to record them

22   saying that you can use against them?

23         A.     Record them talking about violence.

24         Q.     Okay.  And then what were you going to

25   do with that?

Page 271

1     of what is in it.

2          Q.    Okay.

3                MR. LONGSTRETH:  Can I have this marked

4          as exhibit next.

5

6                (Defendants' Exhibit 27 marked for

7          identification)

8

9     BY MR. LONGSTRETH:

10         Q.    Okay.  Do you know what this is?

11         A.    Discord.

12         Q.    And MadDimension again is you?

13         A.    Yes.

14         Q.    Okay.  This starts with, "The second

15    rule of far-right fight club," which we talked

16    about before.

17         A.    Uh-huh.

18         Q.    I guess we have that in it's native

19    habitat.  Okay.

20         A.    This is not in context.  The context

21    showed the article that it was associated with.

22    So, I was just repeating the title of that

23    article.

24         Q.    I understand.  Okay.  And then the

25    next -- and the rest of the MadDimension comments

Page 278

1      that, you didn't go to a rally or a revival or

2      have a spiritual leader or adviser or anything?

3           A.    No.

4           Q.    Okay.   Then there's reference to the

5      Facebook event page, and that was for the UTR 1

6      rally; is that correct?

7           A.    Yes.

8           Q.    It says, "Lots of normie Confederates

9      and alt-light."

10          A.    Uh-huh.

11          Q.    What does that mean?

12          A.    Just there are other groups on the

13     right-wing political spectrum.

14          Q.    Okay.   And you are encouraging people

15     to use anonymous accounts, and your statement is

16     that because they might be concerned about doxing?

17          A.    Yes.

18          Q.    In other words, getting some kind of

19     blowback for their views?

20          A.    Yes.

21                MR. LONGSTRETH:   Here is 30.

22

23                (Defendants' Exhibit 30 marked for

24           identification)

25

1    BY MR. LONGSTRETH:

2        Q.    Okay.  Again, just asking you, and I

3    apologize, there's often a point in any deposition

4    where we get into sort of the document part of it.

5    So, I see you trying to stay awake.  We will try

6    to get through it as soon as we can.

7              Can you tell me what this is?

8        A.    Discord.

9        Q.    Okay.  And again, MadDimension, these

10   MadDimension posts are all yours?

11       A.    Yes.

12       Q.    Okay.  I'm curious, a lot of times when

13   you have these forums, you will post something and

14   then there will be responses.

15       A.    Uh-huh.

16       Q.    Here we just have -- and this is what I

17   was kind of talking about before.  Here we just

18   have your posts but we don't have anybody

19   responding or commenting back.  Is there some

20   reason we only have your posts and not any

21   responses?

22       A.    That's the only way that I have that

23   it's preserved.

24       Q.    Okay.  So, what you are saying is --

25   what you are saying is you can't go back to the

Page 284

1    see that?

2        A.    Yes.

3        Q.    What does that mean?

4        A.    It was a suggestion that we try and, I

5    don't know, provide them with a distraction so

6    that they wouldn't confront us.

7

8              (Defendants' Exhibit 32 marked for

9         identification)

10

11       Q.    Do you know what this is?

12       A.    It looks like a Facebook post.

13       Q.    Okay.  And do you know who Jason

14   Kessler bodyslam is?

15       A.    That's me.

16       Q.    That's you, okay.  Bodyslam, okay.  It

17   says -- and who is Kaine?

18       A.    Tim Kaine.

19       Q.    Okay.  And then is this Hannah Zarski

20   the woman you mentioned earlier?

21       A.    Yes.

22       Q.    Okay.  You see this says, "Posted this

23   amongst some 3 percent groups."  Do you see that?

24       A.    Yes.

25       Q.    Who are the 3 percent?  What are the

1        3 percent groups?

2        A.      That's militia.

3        Q.      Okay.

4

5                (Defendants' Exhibit 33 marked for

6        identification)

7

8        Q.      Okay.  Again, this is a collection of

9    Discord messages from you?

10       A.      Yes.

11       Q.      Okay.

12               MR. LONGSTRETH:  We have got Dx 34.

13

14               (Defendants' Exhibit 34 marked for

15       identification)

16

17   BY MR. LONGSTRETH:

18       Q.      I would just like to ask you if you

19   have seen this before.

20       A.      I have.

21       Q.      What is it?

22       A.      It's a Facebook post.

23       Q.      And do you know who Ludovici Alibi is?

24       A.      He's a guy named Louis Bellino.

25       Q.      How do you spell it?

1      A.    B-E-L-L-I-N-O.

2      Q.    Okay.  How do you know him?

3      A.    Since he made this post, I have become

4   concerned and have looked into him.

5      Q.    Okay.  What did you discover?

6      A.    That his name is Louis Bellino.

7      Q.    Did you find anything else out about

8   him?

9      A.    He lives in Friendship, New York.

10      Q.    And what else?

11      A.    Nothing else yet.  Doing a background

12   check on him.

13      Q.    Okay.  And what is the Atomwaffen

14   Division?

15      A.    It's a neo-Nazi group.

16      Q.    Okay.  Where are they based?

17      A.    I don't know.

18      Q.    Do you know if he is involved with

19   them?

20      A.    I don't know.

21      Q.    You don't know?

22      A.    No.

23      Q.    Okay.  And where was this posted?

24      A.    On his Facebook page.

25      Q.    On his Facebook page?

Page 287

1      A.    Yes.

2      Q.    And how did it come to your attention?

3      A.    A left-wing group had publicized this

4  and then it was reported in the paper.

5      Q.    Okay.  So then it came to your

6  attention that way?

7      A.    Yes.

8      Q.    Have you spoken with Mr. Bellino?

9      A.    After I found out about this post, I

10  told him that I was not happy about it and, yeah,

11  expressed disagreement with this post.

12      Q.    Okay.  It was in a telephone

13  conversation, e-mail exchange?

14      A.    Facebook.

15      Q.    Facebook, okay.  And was that Facebook

16  exchange provided to us in discovery?

17      A.    No.  It's only happened within the last

18  couple days.

19      Q.    Okay.  So, you will supplement under

20  the obligation to supplement your discovery

21  responses under the rules; correct?

22      A.    Okay.

23      Q.    Yeah.  Or at least we will request

24  that.  You can check with your lawyer, the rule is

25  26C.

1                And what made you concerned about the

2      Atomwaffen, I guess it is waffen twice.  What made

3      you concerned about the Atomwaffen Waffen

4      Division?

5           A.    Well, they have nothing to do with my

6      event and this guy was falsely characterizing it

7      as if he has some association with my event.

8           Q.    Okay.  And did you talk to him about

9      whether he is planning on coming to the event?

10          A.    He's not allowed to come.

11          Q.    Okay.  What do you mean by he's not

12     allowed to come?

13          A.    I've told him that I don't want him

14     there.

15          Q.    Okay.  Can you prevent him from coming

16     if he wants to come?

17          A.    I can't.  I can't restrict the movement

18     of any citizen.  He would be a

19     counterdemonstrator.

20          Q.    Your point of view is you would take no

21     responsibility for him, he would not be one of

22     your people, is what you are saying.

23          A.    No.  He is not one of my people.  I do

24     not agree with him.

25          Q.    Okay.  And what do you disagree with in

Page 289

1    particular?

2         A.    The association with this group.

3         Q.    The Atomwaffen group?

4         A.    Yes.

5         Q.    And what's wrong with that group?

6         A.    They are violent.

7         Q.    Okay.  How about Rise Above Movement,

8    do you know them?

9         A.    No.

10        Q.    Have you gotten any information that

11   Rise Above Movement has been suggested as someone

12   who might be involved in the protest?

13        A.    It was a comment in this Facebook

14   thread.

15        Q.    Comment in this Facebook thread.  Did

16   you follow up with the Rise Above Movement people?

17        A.    No.

18        Q.    Do you know who they are?

19        A.    Not really.

20        Q.    What do you mean not really?

21        A.    They are in California, but I don't

22   really know anything else about them.

23        Q.    Do you know Henry Baxley?

24        A.    No.

25        Q.    Do you know Irene Ficklestein?

Page 290

1       A.      No.

2       Q.      Do you know if those are real names?

3       A.      No.

4       Q.      Okay.

5               MR. LONGSTRETH:  I'll mark it so we

6       know what we are talking about.

7

8               (Defendants' Exhibit 35 marked for

9       identification)

10

11  BY MR. LONGSTRETH:

12      Q.      You can look through that if you want

13   if it gives you any more information about it.

14              MR. LONGSTRETH:  Okay.  Now I've got Dx

15      36.  Just mark this for identification.

16

17              (Defendants' Exhibit 36 marked for

18      identification)

19

20  BY MR. LONGSTRETH:

21      Q.      It's just some background information

22   on Rise Above Movement.  I just want to turn your

23   attention to the last page of the exhibit, it

24   says, "Charlottesville, Virginia, August 2017:

25   R.A.M. members attended the 'Unite the Right'

1      rally and contributed to the violence against

2      counterprotesters."  Do you see that?

3           A.    I see where it says that.

4           Q.    Do you have any knowledge concerning

5      that?

6           A.    No.

7           Q.    If you look at the first page, it says

8      "R.A.M. operates like a street-fighting club.

9      Members actively train to do physical battle with

10     their ideological foes, and have been involved in

11     violent clashes during political rallies and

12     demonstrations."  Do you see that?

13          A.    Yes.

14          Q.    And, I mean, I think we talked about

15     this before, but there have been, I think you

16     mentioned Portland, you mentioned Berkeley, there

17     have been various locations where there have been

18     these battles between ideological foes.  Are you

19     aware of that?

20          A.    Yes.

21          Q.    If you just look at page two, the

22     second page of it, they are not marked, but it's

23     the second page, it says, "The main task of The

24     Rise Above Movement is to revive the spirit of a

25     warrior and see the rebirth of values of Western

Page 296

1   BY MR. LONGSTRETH:

2        Q.    Is this another document from the

3   Discord server with comments from you?

4        A.    Yes.

5        Q.    And these are your comments?

6        A.    Yes.

7        Q.    Okay.

8             MR. LONGSTRETH:  Thirty-nine.

9

10            (Defendants' Exhibit 39 marked for

11            identification)

12

13  BY MR. LONGSTRETH:

14       Q.    Is this another -- are these more

15  comments from the Discord server that are your

16  comments, Mr. Kessler?

17       A.    Yes.

18       Q.    Where it says, "Avoid open carry.

19  Concealed carry is fine," why did you state that?

20       A.    Because I didn't want them to scare

21  people by open carrying.

22       Q.    Okay.

23            MR. LONGSTRETH:  Then here is 40.

24

25            (Defendants' Exhibit 40 marked for

1            identification)

2

3    BY MR. LONGSTRETH:

4            Q.    Okay.  Is this, again, Discord server

5    comments that are yours?

6            A.    Yes.

7            Q.    These are all yours?

8            A.    Yes.

9            Q.    Okay.  For the UTR 2, the rally that

10    you are seeking the permit for in August 2018, do

11    you plan to have your own security again?

12            A.    I plan to have my friends watching my

13    back.

14            Q.    Okay.  Which friends?

15            A.    My friend Dave.

16            Q.    Okay.  Is he somebody local here?

17            A.    He's a Virginian.

18            Q.    Virginian.  Was he at the last rally?

19            A.    Yes.

20            Q.    Was he one of the five people who

21    was -- you mentioned who was surrounding you at

22    the last rally?

23            A.    No.

24            Q.    So, anybody else that you have talked

25    to about providing some kind of security for your

Page 305

1        Q.    Okay.  If you are unsuccessful in this
2    litigation and the City is not forced to grant you
3    a permit, what are your plans?
4        A.    I'm going to go to Washington, D.C. and
5    do a demonstration there.
6        Q.    Okay.  And what is your current status,
7    you have a permit application that you filed with
8    the Park Service?
9        A.    Yes.
10        Q.    And that got some press last week and
11    you sent some of that around.  What is your
12    current status with the Park Service?
13        A.    It was granted.
14        Q.    It was granted?
15        A.    Yes.
16        Q.    So, the permit has been granted?
17        A.    Yes.
18        Q.    Okay.  There's been some news reports
19    differentiating between an initial approval of the
20    permit and the actual grant of a permit.  Is your
21    understanding that there's a distinction between
22    the two?
23        A.    I think those media reports
24    misunderstand the process.  The permit has been
25    granted.  The issuing just has to do with

 1          A.    Not that I'm aware of.

 2          Q.    Do you plan on having some kind of

 3     rally here in Charlottesville on August 11th and

 4     12th even if you do not get a permit?

 5          A.    No.

 6          Q.    Okay.

 7                MR. LONGSTRETH:  I have another

 8          document I would like to mark as...

 9

10                (Defendants' Exhibit 41 marked for

11          identification)

12

13     BY MR. LONGSTRETH:

14          Q.    Okay.  Do you recognize this document?

15          A.    Yes.

16          Q.    And what is it?

17          A.    It's a document written by Elliott

18     Kline.

19          Q.    Okay.  And did you receive a copy of it

20     at or about the time it was written?

21          A.    Yes.

22          Q.    And does it -- 8/1/2017 is the date.

23     Is that about the time you recall getting it?

24          A.    Yes.

25          Q.    About 10, 12 days out before the

1      other attendees.  Another version will be released

2      to them.

3              Do you know who else got this 2.0

4      version?

5          A.   No.

6          Q.   You don't know.  Do you know if this

7      document, Dx 41, was shared with law enforcement?

8          A.   No, I don't know.

9          Q.   You don't know.

10             MR. LONGSTRETH:  And I've got another

11      here that is 42.

12

13             (Defendants' Exhibit 42 marked for

14      identification)

15

16   BY MR. LONGSTRETH:

17         Q.   And again, do you recognize this

18      document?

19         A.   Yes.

20         Q.   And was this the document that was sent

21      to attendees or was it also sent to some smaller

22      group of leaders?

23         A.   I don't know.

24         Q.   Do you know what the "extremely vetted

25      circles" are that he is referring to here in the

Page 343

1    like Mr. Rotter to you?

2            A.    Yes.

3            Q.    It is, okay.  And then down in the left

4    hand corner, is that him again?

5            A.    It looks like it.

6            Q.    Okay.

7                  MR. LONGSTRETH:  I'm just going to mark

8            this 50.

9

10                 (Defendants' Exhibit 50 marked for

11           identification)

12

13   BY MR. LONGSTRETH:

14           Q.    Are these -- do you recognize these as

15   your responses to the interrogatories and document

16   request?

17           A.    Yes.

18           Q.    And that's your verification on the

19   back page?

20           A.    Yes.

21           Q.    Okay.  We have asked you -- we asked at

22   first if you had communications with various

23   people, we mentioned Marcus Boechat, you said you

24   didn't recall any communication with any of the

25   individuals, with the exception of Brian Lambert.

 1          A.    No.

 2          Q.    Okay.  The Loyal White Knights of the

 3    Ku Klux Klan, Chris and Amanda Barker.

 4          A.    I don't think they are coming.

 5          Q.    Don't think so.  Have you talked to

 6    them?

 7          A.    No.

 8          Q.    East Coast Knights of the Ku Klux Klan.

 9          A.    I have no knowledge.

10          Q.    Okay.

11                MR. LONGSTRETH:  I have another exhibit

12          that I would like to mark as 52.

13

14                (Defendants' Exhibit 52 marked for

15          identification)

16

17    BY MR. LONGSTRETH:

18          Q.    Have you seen this article before?

19          A.    A long time ago.

20          Q.    A long time ago, okay.  And are you the

21    local blogger that's mentioned in the article?

22          A.    I guess he is referring to me.

23          Q.    Okay.  And the allegation is that you

24    were using somebody else's name in the Bellamy

25    petition.

Page 367

1      A.    Uh-huh.

2      Q.    Is that the case?

3      A.    I don't recall doing that.

4      Q.    You don't recall doing it?

5      A.    I don't recall.

6      Q.    Okay.  So, you are saying it's

7  something you might have done, but you were saying

8  earlier there's some things that you do and don't

9  recall doing?

10     A.    I don't recall.

11     Q.    You just don't recall.  So, you are not

12 saying you didn't do it, you are just saying you

13 don't recall doing it?

14     A.    I don't recall.

15     Q.    Okay.  There's a -- if you look at the

16 comment pages 5 of 7, there's comments that is

17 something from the Daily Progress.

18     A.    Uh-huh.

19     Q.    It says, "Over the phone Wednesday,

20 Kessler said there had been some people

21 questioning the validity of his petition and

22 whether the growing number of signatures was

23 legitimate.  He said he was 'shy' about putting

24 his name out there, but later chose to attach his

25 real name to the petition so that he could

Page 368

1    'promote it more publicly.'"

2            Do you see that?

3    A.    Yes.

4    Q.    Do you recall having that conversation

5    with somebody from the Daily Progress?

6    A.    It's been a long time, I don't recall.

7    Q.    You don't recall.  "Angela Morabito,

8    senior campaign organizer for StandUnited, said in

9    an e-mail that Kessler initially had decided to

10   use a different identity on the website."

11   A.    Uh-huh.

12   Q.    Okay.  Do you know who Angela Morabito

13   is?

14   A.    The article says senior campaign

15   organizer for StandUnited.

16   Q.    And who is StandUnited -- well, I mean,

17   that's what it says.  Do you know her

18   independently of this article to be that person or

19   some other person?

20   A.    I think I spoke with her about the

21   petition.

22   Q.    Okay.  What is StandUnited?

23   A.    It's a petition website.

24   Q.    Okay.  Do they -- are they on one side

25   or the other politically or are they just an open

1          ACKNOWLEDGMENT OF DEPONENT

2          I, _Jason Kessler_, do hereby certify

3          that I have read the foregoing pages _1_ to _227_

4          and that the same is a correct transcription of

5          the answers given by me to the questions therein

6          propounded, except for the corrections or changes

7          in form or substance, if any, noted in the

8          attached Errata Sheet.

9          _6/20/18_        _Jason Kessler_

10         DATE              SIGNATURE

11

12         Subscribed and sworn to before me this

13         _20_ day of _June_,

14         200_ 2018

15         My commission expires: _Nov 30, 2021_

16

17         _____

18         Notary Public

19

20

21

22

23

24

# EXHIBIT 13

Exhibit 13 is a redacted copy of Jason Kessler's application for the position of

recreation aide at the City of Charlottesville's Carver Center dated  February 2,

2014.

NEOGOV `OHC`                                                      Dan Carpenter

Post        Approvals        Admin

                                                                  Candidate Application
        Back to Referred List                    Hired : == Select ==          ▼ Go►

        Application 4 of 4              «Previous Applicant| Next Applicant»        Print View

        ### 131100007 - Recreation Aide: Carver Center

        **Contact Information -- Person ID: 18332723**

        | Name: | Jason Kessler | Address: | 1013 B Altavista Ave |
        | | | | Charlottesville, Virginia 22902 |

        Home Phone:                      Alternate Phone:
        Email:          jekvertigo@gmail.com   Notification Preference:    Email
        Former Last Name:                Month and Day of Birth:

        **Personal Information**

        Driver's License:                          Yes, Virginia , T61211558 , Class A CDL
        Can you, after employment, submit proof of your legal right   Yes
        to work in the United States?
        What is your highest level of education?   Bachelor's Degree

        **Preferences**

        Preferred Salary:                                          $10.50 per hour;
        Are you willing to relocate?                               No

                                                                   Regular ,
                                                                   Temporary ,
        Types of positions you will accept:                        Seasonal
        Types of work you will accept:                             Full Time , Part Time
                                                                   Day , Evening ,
        Types of shifts you will accept:                           Night , Weekends

        **Objective**
        I want to work in the Carver Recreation Center. I use this gym all the time and know the people
        there. I've also used Smith Aquatic and I will work there too but would prefer to be tranferred if a
        position opens up at Carver.

        **Education**

        **College**                            Did you graduate: Yes
        *University of Virginia*               College Major/Minor: Psychology
        9/2007 - 5/2009                        Degree Received: Bachelor's
        Charlottesville, Virginia

        **College**                            Did you graduate: Yes
        *Piedmont Virginia Community College*  College Major/Minor:
        9/2005 - 5/2007                        Degree Received: Associate's
        Charlottesville, Virginia

        **Work Experience**

        **Team Lead**                          Hours worked per week: 45
        4/2012 - 9/2012                        Monthly Salary: $0.00
                                               May we contact this employer? No
        Relay Foods
        Charlottesville, Virginia

        **Duties**
        -Supervised a motivated crew for local start-up
        -Created and updated job performance and sales metrics using Microsoft Excel and Word
        -Shopped and sorted groceries for delivery to homes of online customers
        -Edited and maintained a database of shopped and unavailable items

        **Associate**                          Hours worked per week: 30
        9/2000 - 8/2010                        Monthly Salary: $0.00
                                               May we contact this employer? No
        Cooper and Secrest Associates
        Charlottesville, Virginia

        **Duties**
        Making phone calls on the telephone and conducting political surveys.

        **Reason for Leaving**
        They went out of business.


DEFENDANT'S EXHIBIT 13 6-27-18

**Peer Support Specialist**
3/2005 - 12/2006

On Our Own of Charlottesville
Charlottesville, Virginia

Hours worked per week: 30
Monthly Salary: $0.00
May we contact this employer? No

**Duties**
-Conducted intake for new clients, determining what services and referrals would most benefit new clients.
-Listen to the issues important to mental health consumers.
-Supervised center during the daytime.
-Facilitated weekly group meetings and soup kitchens.

**Certificates and Licenses**

**Skills**

Office Skills

Typing:
Data Entry:

**Additional Information**

**References**

[redacted]

**Resume**

**Text Resume**
Jason Kessler
1013 B. Altavista Ave©Charlottesville, Va©(434) 996-5567
Jek8d@virginia.edu_____
Education
Graduated May 2009 B.A. in Psychology from the University of Virginia
Graduated May 2007 Associate of Arts from Piedmont Virginia Community College
2002-2005 Film/Photography Major at Virginia Commonwealth University
_____
Experience
Team Lead, RelayFoods.com Charlottesville, Va Apr 2012-Sept 2012
-Supervised and motivated employees
-Shopped and sorted groceries for delivery to homes of online customers
-Edited and maintained a database of inventory
Peer Support Specialist, On Our Own , Charlottesville, Va March 2005-December 2006
-Conducted intake for new clients, determining what services and referrals would most benefit new clients.
-Listen to the issues important to mental health consumers.
-Supervised center during the daytime.
-Facilitated weekly group meetings and soup kitchens.
Associate, Cooper & Secrest Associates Charlottesville, Va Sept 2002-Apr 2012
-Data entry of sensitive political opinion data
-Provided courteous service while screening important information from participants.
References
[redacted]

**Attachments**

**Agency-Wide Questions**
1. Q: Are you 18 or older?
   A: Yes

2. Q: Have you ever been convicted of a felony?
   A: No

3. Q: If yes, briefly describe the offense, and also provide documentation of the conviction, which includes the state
   where the offense occurred. Also provide a copy of your state criminal history record. Note: a conviction does not

automatically mean that you cannot be employed. The nature of the offense and when it occurred will be considered. A record check will be run to verify your information.
A:

**4.** Q: Please indicate if any of the following family members are currently working for the City of Charlottesville.
A: None

**5.** Q: Please provide name(s) of family member(s)
A:

**6.** Q: Have you ever been refused employment with the City of Charlottesville due to the results of a pre-employment drug screening?
A: No

## Supplemental Questions

**1.** Q: Do you have a high school diploma or GED equivalency?
A: Yes

**2.** Q: Please briefly describe any experience you have in customer service. If none, please enter "N/A".
A: I have worked customer service over several years at 7/11 and also at On Our Own, a community mental health resource center.

**3.** Q: Do you have at least three months' work experience supervising participants in a recreation or similar environment?
A: Yes

**4.** Q: Please briefly describe your experience related to the operations of a recreation center, community center, or equivalent facility. If none, please enter "N/A".
A: I worked for a year at the front desk of a mental health community center called On Our Own where I conducted intake for new members, kept the facility clean, and informed clients about all the services available to them.

**5.** Q: I certify that the information above is true and correct, and I certify that it can be verified with reference to the information in my basic application. I understand that my application may be rejected if the responses to supplemental questions do not match my basic application.
A: Yes

«Previous Applicant | Next Applicant»        Hired : == Select == ▼ Go►

# EXHIBIT 14

Exhibit 14 is a screenshot of a message posted on Twitter by Richard Spencer on August 18, 2017 and a message posted by Jason Kessler about Heather Heyer to which Mr. Spencer was responding.  It also includes an article in "The Cavalier Daily" that reproduces messages  Jason Kessler posed on Twitter blaming medication for his tweet about Ms. Heyer.



Home          Moments

"I will no longer ass

Top    Latest    People    Photos

Search filters  Hide

From anyone                    ☑
Anywhere                       ☑
All languages                  ☑
Quality filter on              ☑

Advanced search

Who to follow · Refresh · View all

Noble Datum @Noble_Da...
    Follow
    Promoted

Ryan [Giving Away ETH f...
    Follow

Meltem Demirors @Melt_...
    Follow

Find people you know
Import your contacts from Gmail

Connect other address books

**Richard ✛ Spencer**
@RichardBSpencer        Follow

I will no longer associate w/ Jason Kessler; no
one should. Heyer's death was deeply
saddening. "Payback" is a morally
reprehensible idea.

**Jason Kessler**
@TheMadDimension

Heather Heyer was a fat, disgusting
Communist. Communists have killed 94
million. Looks like it was payback time.

dailystormer.lol/heather-heyer-...

8/18/17, 11:25 PM

2 Retweets  13 Likes

1:19 AM · 19 Aug 2017

402 Tweets  1,322 Likes


DEFENDANT'S
EXHIBIT
14
6-27-18



Jason Kessler attempted to hold a press conference Aug. 13, but it lasted only a few minutes before the scene turned into chaos and Kessler was punched in the face by a counter protester.

**Anna Higgins (http://www.cavalierdaily.com/staff/anna-higgins) | Cavalier Daily**

In the early hours of Saturday morning, "Unite the Right" organizer and pro-white activist Jason Kessler described the death of 32-year-old Heather Heyer in last weekend's fatal car attack in downtown Charlottesville as "payback time."

Kessler described Heyer as a "fat, disgusting Communist" and linked to a crude article about Heyer's death on the neo-Nazi website The Daily Stormer.



**Jason Kessler**
@TheMadDimension

[ Follow ]

Heather Heyer was a fat, disgusting Communist. Communists have killed 94 million. Looks like it was payback time.

dailystormer.lol/heather-heyer-  ...

12:25 AM - 19 Aug 2017

38 Retweets  99 Likes



283    38    99

Heyer was killed and 19 others were injured Aug. 12 when a Dodge Challenger plowed through a crowd of people off the Downtown Mall who were protesting the white nationalist **"Unite the Right" rally (http://www.cavalierdaily.com/article/2017/08/unite-the-right-rally-protests-in-downtown-charlottesville-turns-deadly)**. Police have since arrested James Alex Fields Jr., a 20-year-old Ohio man who has been charged with second-degree murder and several other felony charges.



# THE CAVALIER DAILY (/)

(http://www.facebook.com/CavalierDaily )   (https://twitter.com/cavalierdaily )   (https://instagram.com/cavalierdaily/ )
(http://www.youtube.com/user/CavalierDaily )

News (/section/news) | Sports (/section/sports) | Opinion (/section/opinion) | Life (/section/life) |
A&E (/section/arts-and-entertainment) | Focus (/section/focus) | H&S (/section/health-and-science) | Humor (/section/humor) |
Photo (/multimedia/) | Magazine (http://www.abcdmag.com/) | About (/page/about) | Translation | (/search/?a=1) |

NEWS

# After crude tweet about Heather Heyer, Jason Kessler deletes Twitter account

'Unite the Right' organizer appears to blame medication, alcohol for describing car attack victim's death as 'payback time'

By Tim Dodson (http://www.cavalierdaily.com/staff/tim-dodson) | 08/21/2017





(HTTP://WWW.FACEBOOK.COM/SHARER.PHP?
U=HTTP://WWW.CAVALIERDAILY.COM/ARTICLE/2017/08/KESSLER-DELETES-
TWITTER-AFTER-HEYER-TWEET) | (HTTP://TWITTER.COM/SHARE?
TEXT=AFTER CRUDE TWEET ABOUT HEATHER HEYER, JASON KESSLER DELETES
TWITTER ACCOUNT ) | (HTTPS://PLUS.GOOGLE.COM/SHARE?
URL=HTTP://WWW.CAVALIERDAILY.COM/ARTICLE/2017/08/KESSLER-DELETES-
TWITTER-AFTER-HEYER-TWEET) | (MAILTO:?SUBJECT=AFTER CRUDE TWEET
ABOUT HEATHER HEYER, JASON KESSLER DELETES TWITTER ACCOUNT
&BODY=HI%20THERE,%0D%0ACHECK%20OUT%20THIS%20ARTICLE%20ON%
20THE%20CAVALIER%20DAILY%20-%
20HTTP://WWW.CAVALIERDAILY.COM/ARTICLE/2017/08/KESSLER-DELETES-
TWITTER-AFTER-HEYER-TWEET)

Tim Dodson

Hours after tweeting about Heyer, Kessler deleted the tweet and then claimed in a subsequent tweet that he was hacked -- which he also then deleted. The series of tweets cultimated in Kessler deleting his Twitter account at around noon Saturday. Shortly before his account went offline, he tweeted that he had been drinking the previous night and was also taking Ambien and Xanax, which are a sedative and an anti-anxiety medication, respectively.



"I repudiate the heinous tweet that was sent from my account last night," he tweeted, and then appeared to confess to the original tweet about Heyer a minute later when he wrote, "I sometimes wake up having done strange things I don't remember."

Kessler's tweet came just days after the Charlottesville community came together to mourn Heyer at a memorial service at the Paramount Theater, where her mother, Susan Bro, **delivered a speech (http://)** calling on people to make Heyer's death count by speaking out against injustice.

Community members also created a memorial to Heyer at the site of the crash near the intersection of Fourth Street and Water Street and hundreds of people **attended a vigil (http://www.cavalierdaily.com/article/2017/08/hundreds-gather-to-honor-car-attack-victim-heather-heyer)** at the memorial the day after Heyer's death.



Tim Dodson



Kessler's tweet quickly earned him the scorn of white supremacist leaders involved with the "Unite the Right" rally, such as University alumnus Richard Spencer, who tweeted he would "no longer associate" with Kessler. One of the rally's co-organizers, Eli Mosley, tweeted that he thought Kessler was "unstable."

The tweets also come at a time where Kessler has faced questions over his background as a liberal activist prior to becoming involved with far-right politics. The Daily Progress **published an article (http://www.dailyprogress.com/news/local/kessler-described-as-one-time-wannabe-liberal-activist/article_c072c0a0-83b8-11e7-ae17-6fb7a9eda079.html)** Aug. 17 that included a quote from a former girlfriend of Kessler's claiming he broke up with her because she "was not liberal enough," as well as another source describing his involvement with the Occupy Wall Street movement.

Kessler is also one of many defendants named in **a $3 million lawsuit filed in Charlottesville (http://www.cavalierdaily.com/article/2017/08/sisters-injured-in-car-attack-file-3-million-suit-against-fields-kessler-white-nationalists)**Circuit Court last week by two sisters who were in a car hit by the Dodge Challenger. The suit against Kessler, Fields and other white nationalists includes allegations of civil conspiracy, "committing, conspiring and aiding and abetting acts of terrorism," incitement to riot and disorderly conduct.

The suit also specifically alleges Kessler was negligent "by failing to take appropriate measures to assure that there would not be an escalation of violence" at the Aug. 12 rally.

Kessler **told Fox News (http://www.foxnews.com/us/2017/08/17/jason-kessler-charlottesville-rally-organizer-says-hes-in-hiding.html)** last week that he is currently in hiding and has received numerous death threats. He referenced these threats in his tweets Saturday, saying he is "under a crushing amount of stress."

Kessler did not return an email from The Cavalier Daily seeking

comment on the tweets.



Kessler's Twitter account was deleted around noon on Saturday.

## RELATED STORIES



(http://www.cavalierdaily.com/article/2018/06/devon-hall-drafted-to-nba-in-second-round-by-the-oklahoma-city-thunder)

**Devon Hall drafted to NBA in second round by the Oklahoma City Thunder (http://www.cavalierdaily.com/article/2018/06/devon-hall-drafted-to-nba-in-second-round-by-the-oklahoma-city-thunder)**

By Ben Tobin (http://www.cavalierdaily.com/staff/ben-tobin) | 06/21/2018



(http://www.cavalierdaily.com/article/2018/06/martese-johnson-abc-settle-lawsuit-for-250k)

**Martese Johnson, ABC settle lawsuit for $250K (http://www.cavalierdaily.com/article/2018/06/martese-johnson-abc-settle-lawsuit-for-250k)**

By Jake Gold (http://www.cavalierdaily.com/staff/jake-gold) | 06/20/2018

ABOUT (/PAGE/ABOUT)   EVENTS (/PAGE/EVENTS)   CONTACT (/PAGE/CONTACT)   JOIN (/PAGE/JOIN)   ADVERTISE (/PAGE/ADVERTISE)

PERMISSIONS (/PAGE/PERMISSIONS)   DONATE (/PAGE/DONATE)   FACULTY SALARIES

(HTTP://WWW.CAVALIERDAILY.COM/PAGE/FACULTY-SALARIES-2015-2016)   TIPS (/PAGE/TIPS)   COMMENT POLICY (/PAGE/COMMENT-

POLICY)

Copyright 2018 The Cavalier Daily. All rights reserved.

Powered by            (http://getsnworks.com) Solutions by The State News.

(http(/http(/http(/http(/http(/page/e

(/)

# EXHIBIT 18

Exhibit 18 is a copy of the permit application that Plaintiff submitted on November

27, 2017 to host the event that is the subject of this litigation.

Pd C/c 11-27-17

**SPECIAL EVENT APPLICATION REQUEST**
*$25.00 Non-Refundable Application Fee Required.*
*Please attach any additional info to this form.*

Return to:
Charlottesville Parks & Recreation
P.O. Box 911
Charlottesville, VA 22902



### INDEMNITY RELEASE

In making this request, the applicant understands that the sponsor will hold harmless and indemnify the City, its officers, employees, and agents against injury, loss or damage occurring as a result of this special event. Sponsors of special events held on public property will be required to provide Special Event Liability Insurance in an amount not less than $1 million dollars, naming the City of Charlottesville, its officers, officials, employees and agents as an additional insured party to the contract. For additional information regarding this requirement please contact the Charlottesville Parks & Recreation Department at 970-3260.

Sponsor(s) Name: Jason Kessler

Address: _____

_____

Sponsor Telephone: _____

Event Contact Name: ( ) _____

Contact Address: Email: the.maddimension@gmail.com
Email 2: jason@unityandsecurity.org

Contact Telephone: Office ( ) _____

Home ( ) _____

Cell ( ) use # on file

*[signature]* Jason Kessler
APPLICANT SIGNATURE

11/27/17
DATE

Date Application Received By P&R

DATE APPLICATION SUBMITTED: November 27, 2017

EVENT PURPOSE / BRIEF DESCRIPTION:

Rally against government civil rights abuse and failure to follow security plans for political dissidents — We are opposing any changes to Lee (Emancipation) Park and memorializing the sacrifices made by political dissidents in Lee Park August 12th, 2017

DEFENDANT'S EXHIBIT
18
6-27-18 (Tca)

*Exhibit B*

IDENTIFY EVENT CATEGORY: ___ CARNIVAL __✓ DEMONSTRATION ___ FAIR ___ FESTIVAL
___ FUNDRAISER ___ HISTORICAL CELEBRATION ___ MARATHON
___ RACE/WALK ___ PARADE ___ OTHER (Describe Other) _____

EVENT VENUE & LOCATION REQUESTED: _Lee (Emancipation) Park_

LIST RACE/WALK STREET ROUTES, IF APPLICABLE (A clear & legible map showing walk/run routes also requested
–Please attach map to application): 

STREET CLOSING REQUESTED, IF SO INCLUDE LOCATIONS AND CLOSING /OPENING TIME(S): ___ YES _✓ NO
LOCATION(S): _____

CLOSING DATE(S) _____ CLOSING/OPENING TIME(S): FROM ____ am/pm UNTIL: ____ am/pm

2 day festival  Day I: Saturday 8/11/18   7am

EVENT START DATE/TIME: __Saturday 8/11/18 7am__ EVENT END DATE/TIME: __Saturday 8/11/18 11pm__
(WEEKDAY) (DATE) (TIME)                      (WEEKDAY) (DATE) (TIME)
Day 2: Sunday 8/12/18 7am                    Day 2 Sunday 8/12/18 11pm

EVENT SET-UP DATE/TIME (INCLUDE WEEKDAY): Day 1: Saturday  8/11/18  6 am
(WEEKDAY)              (DATE)        (TIME)
Day 2: Sunday      8/12/18      6 am

EVENT BREAKDOWN DATE/TIME (INCLUDE WEEKDAY): _____
(WEEKDAY)    (DATE)    (TIME)

EVENT RAIN DATE REQUESTED: ___ YES _✓ NO  DATE REQUESTED: _____
(WEEKDAY)      (DATE)

ESTIMATED # PARTICIPANTS: _400_  WILL AMPLIFIED MUSIC BE USED: YES ___ NO _✓

IDENTIFY TYPE MUSICAL ENTERTAINMENT REQUESTED: ___ BAND ___ DISC-JOCKEY ___ OTHER

CITY UTILITIES NEEDED? YES _✓ NO___  IDENTIFY TYPE UTILITIES NEEDED, IF APPLICABLE: _____
__Electricity and water__

CITY EQUIPMENT REQUESTED, IS SO PLEASE IDENTIFY TYPE EQUIPMENT: ___YES _✓NO
IF YES, IDENTIFY TYPE EQUIPMENT REQUESTED: _____

OTHER CITY SERVICES REQUESTED _✓ YES ___ NO
(Please identify the area of services needed including staff assistance if applicable): 
_police that show up and keep opposing sides separate;_ ~~leave demo~~
_leave demonstrators a clear path into event without threat_
_of violence_

2

*Exhibit C*

# EXHIBIT 26

Exhibit 26 is a screenshot of certain messages that Plaintiff posted on the "Charlottesville 2.0" server on the Discord platform on July 16-17, 2017, and a document entitled "Shields and Shield Tactics Primer" that was attached to a message Plaintiff posted on July 16, 2017 at 5:37 p.m.

Jul 16, 2017 03:29:55 PM

@everyone Do y'all have a few people you could s
end to sit in on this Antifa meeting? Recording it w
ould be awesome since they will no doubt talk abo
ut violence.<br>< br> https://www.facebook.com/e
vents/1318520748245350/

**MadDimension**   #beltway_bigots   [server:
Charlottesville 2.0]  view
Jul 16, 2017 03:40:44 PM

<@284182937245843456> Don't forget. This is th
e kind of intel operation which could really BTFO th
em if we record them saying anything we can use
against them

**MadDimension**   #announcements   [server:
Charlottesville 2.0]  view
Jul 16, 2017 04:25:15 PM

@everyone If you have a smartphone make sure y
ou document everything at the rally. Antifa has enli
sted the help of the ACLU and National Lawyers G
uild to document for them. We want every act of cri
minality by Antifa captured on video. Since we do
n't have the same institutional allies we need to do
this stuff ourselves.

**MadDimension**   #announcements   [server:
Charlottesville 2.0]  view
Jul 16, 2017 04:25:22 PM

**MadDimension**   #antifa_watch   [server:
Charlottesville 2.0]  view
Jul 16, 2017 04:26:59 PM

<@305749228859424769> Yes

**MadDimension**   #demonstration_tactics   [server:
Charlottesville 2.0]  view
Jul 16, 2017 05:37:22 PM

@everyone This is a general call for people to help
with general event security. For the rally in Lee Par
k, we will be forming a large shield wall around the
speakers. The DRW right now are forming the bulk
of the wall. The more people we get however, the l
arger and more effective we can become. If anybo
dy has any interest in being part of a highly organiz
ed defense against the Antifa that are sure to com



**DEFENDANT'S
EXHIBIT**

26
6-27-18/Rx

tabbies

e, please message <@252517965319110656>, or post in <#321395356216590347>. The attached d ocument has all of the information needed to beco me familiar with what we will be doing.



**MadDimension**  **#demonstration_tactics**  [server: Charlottesville 2.0] view
Jul 16, 2017 05:37:31 PM

**MadDimension**  **#general_1**  [server: Charlottesville 2.0] view
Jul 16, 2017 06:36:14 PM

Document them whenever they're behaving attroci ously or in proximity to our people

**MadDimension**  **#news**  [server: Charlottesville 2.0] view
Jul 17, 2017 12:05:51 AM

@everyone Nat Geo has contacted me about cove ring the event and requested an interview. Does a nyone have experience with the political slant of thi s channel?

**MadDimension**  **#news**  [server: Charlottesville 2.0] view
Jul 17, 2017 12:07:22 AM

Getting media coverage is better than being under a media blackout; the "paper curtain" as GLW calle d the Jewish media

**MadDimension**  **#news**  [server: Charlottesville 2.0] view
Jul 17, 2017 12:07:46 AM

Also, neither Donald Trump or Richard Spencer wo uld be where they are today without doing media in terviews

**MadDimension**  **#news**  [server: Charlottesville 2.0] view
Jul 17, 2017 12:09:21 AM

I like the idea of publishing interview in full

# Shields and Shield
# Tactics Primer

For the demonstration in Charlottesville in August, the Detroit Right Wings will all be utilizing shields as a defense against Antifa that will inevitably show up to harass us. Other groups have used shields in the past, but unless used in an organized manner, they are very ineffective. As a group, we will be employing shield wall tactics that have been tested by riot control police, and SCA and HBA fighters alike. The objective of this primer is to get everyone that is interested in joining the DRW on the same page, so that we may present a squared away force to counter whatever our enemies may throw at us during the demonstration.

In the coming month, we will be distributing an instructional video of our training to supplement this primer, but you are advised to begin instructing your various group members on the basics presented here.

Obviously to function in a shield wall, you will need a shield. We are going to be using tower shields. Smaller round shields should **NOT** be placed in the front line of a shield wall. While they are more maneuverable than tower shields, they do not provide the same level of protection. In a shield wall, your shield will almost never be moving, it will mainly be a static object protecting you from projectiles. Since it won't be moving much, proper sizing is important. The DRW will be building our own shields. It is not recommended that you purchase a riot shield off the internet. They are flimsy and won't provide the same amount of protection as something you build yourself.

Shield Construction:

We're using ½" birch plywood. While it doesn't seem like it would stop much, keep in mind that the wooden shields that the Romans used were only 8mm thick, and Viking shields were only 7mm thick, getting thinner the further away from the center it was. I recommend purchasing a sheet of 2'x4' plywood from Home Depot, as it will fit most people with some minor adjustments.

Shoulder
Width



Shoulder to knee

2' x 4' x 1/2" birch plywood (as an example)



Forearm strap

Hand Straps

Straps are placed to personal preference. They can be higher up, lower, or even placed at angles. Experiment with what works best for you.

3" strips of plywood along side for reinforcement

Straps should be made out of a durable fabric, rope, or leather.

When making the handstraps, you can go with one, but two allows for a stronger grip, giving more control over the shield.

Straps should be fastened with bolts and washers.



Nut
Washer
Strap
Shield
Bolt

It's important to keep in mind that shields are built to each person. No one shield is going to fit everybody. It's also important that the shield covers the areas shown above and are the proper size. You won't bitch about them being too heavy once you see how effective they are.

Another thing you can do to reinforce the shield is to get a heavy duty fabric, and glue it taught onto the front once the rest is complete. It won't make it invincible, but it will extend the life of your shield and make it slightly more durable.

Once your shield is made, you will need to get used to holding it, and get used to the weight. You should be able to hold the shield in front of you so that the bottom is not resting on your knee. Get used to a proper stance:

Hold your shield in front of you, about 10"-12" away from your chest. It should be square with your body, so that it covers everything from your knee to your shoulders. You should not rest your chin on or behind the shield. Your right hand should be out, with whatever is in your hand (flag pole, stick, bludgeon, etc.) placed parallel with the top edge of your shield so that you can block anything should it come towards your face. Most of your movement for blocking will come from your elbow and your wrist, so work on your forearm strength.

Your feet should be shoulder width apart, with one foot front, and one foot to the back. The easiest way to get proper footing is to stand shoulder width apart, take one step forward with your **LEFT** foot, and squat slightly. Most of your weight should be on your rear foot unless you are bracing. We'll talk about that later, but for now make sure your weight is on your rear foot. This will ensure that you can move your forward foot out of the way if something is swung at it without losing balance and falling over.

Your spot in a shield wall:

Little about your stance is changed once you are placed in a wall. However, everyone's placement is key to the integrity of the wall. There should be at least two lines of people: the front line is made up of tower shields forming the wall, the second line will be those with polearms (8ft flagpoles). Those in the front line exist only to form a wall. They are purely a defensive component. If the front line is the defensive component of a shield wall, the second line is the offensive component. They make up the teeth of a shield wall. That's why they have the longer weapons.

Those in the front line should be pressed shoulder to shoulder, keeping it tight and making sure there are no gaps between them and those next to them. Shields should overlap, so that your shield is overlapping in front of the person to your right's, and the person to your left's is overlapping in front of yours.



Generally, you want larger people either placed in the center of the front line, or in the second line, as most of the strength for bracing comes from the second line.

Those in the second line should stand directly behind those in the front, with their polearms placed in between the person in front of them and the person to their right.



The second line is meant to deter anyone who tries to get close to the wall. When advancing, they push people away from the wall as the group advances.

Ideally, there would be 4 or 5 lines of people with shields, so that the front line can be consistently refreshed and people can get breaks when needed.

There is going to be a lot more information coming out along with a video that group leaders will be sent going over everything in more detail. Again, this is just a basic primer. This is meant to teach you fundamentals so you can begin going over them with your group. By the time the video is released, you will at least know what you are doing. By the time we get to Charlottesville we will hopefully have enough time to practice as a

solid group. We can discuss this in the discord as well between now and the demonstration.

# EXHIBIT 27

Exhibit 27 is a screenshot of certain messages that Plaintiff posted on the

"Charlottesville 2.0" server on the Discord platform on June 11-15, 2017.

MadDimension  #safety_planning  [server:
Charlottesville 2.0]  view
Jun 11, 2017 09:50:22 PM

THE SECOND RULE OF FAR-RIGHT FIGHT CLU
B IS BE WHITE AND PROUD

MadDimension  #general_1  [server: Charlottesville
2.0]  view
Jun 12, 2017 01:01:40 AM

<@310154978549563403> Looks like Corey has a
good shot of winning

MadDimension  #general_1  [server: Charlottesville
2.0]  view
Jun 12, 2017 01:02:19 AM

If he gets in I'm going to do whatever I have to do t
o take down Perriello.

MadDimension  #general_1  [server: Charlottesville
2.0]  view
Jun 13, 2017 01:44:33 AM

Worthless to deal with their leadership. Totally cuc
ked. I have Virginia Oathkeepers who will defy thei
r leadership to attend our rally. That's the best we
can expect from them.

MadDimension  #general_1  [server: Charlottesville
2.0]  view
Jun 14, 2017 01:38:41 AM

https://www.facebook.com/events/1525748627456
595/?context=create&previousaction=create&sid_c
reate=3774038225&action_history=[%7B%22surfa
ce%22%3A%22group%22%2C%22mechanism%2
2%3A%22groups_composer%22%2C%22extra_d
ata%22%3A[]%7D]%2C%7B%22surface%22%3
A%22create_dialog%22%2C%22mechanism%2
2%3A%22group_create_dialog%22%2C%22extra
_data%22%3A[]%7D]&has_source=1

MadDimension  #general_1  [server: Charlottesville
2.0]  view
Jun 14, 2017 01:39:27 AM

Here is where we bring Proud Boys into this thing.
It doesn't matter if you're Alt-Right or PB, if you're i
n Virginia, try to show up to this event because w
e're going to be baiting Antifa



DEFENDANT'S
EXHIBIT
27
6-27-18

**MadDimension** #general_1 [server: Charlottesville 2.0] view
Jun 14, 2017 01:45:57 AM

Sorry the link is for a closed group, evidently

**MadDimension** #general_1 [server: Charlottesville 2.0] view
Jun 14, 2017 01:47:04 AM

@everyone If you want to help bait Antifa into attac king the Proud Boys come to 207 Pineridge Ln Ch arlottesville, Va 22902 at 6pm this Saturday, June 17th

**MadDimension** #general_1 [server: Charlottesville 2.0] view
Jun 14, 2017 01:54:59 AM

We're going to take the Proud Boys out to a bar an d invite the Antifa who did this<br> < br> https://w ww.youtube.com/watch?v=x7ue4lSgyHs&t=1490s

**MadDimension** #general_1 [server: Charlottesville 2.0] view
Jun 14, 2017 07:44:50 PM

@everyone If you live in the Virginia area you migh t want to consider bringing your MAGA hats to Cha rlottesville on Saturday for the Proud Boys meetup. Word is that Antifa is going to harass the "Neo-Naz i Proud Boys organization" and this will probably h elp drum up interest in Alt-light circles for the Augu st event.<br> < br> 6pm this Saturday. PM for loca tion

**MadDimension** #general_1 [server: Charlottesville 2.0] view
Jun 14, 2017 08:13:29 PM

@everyone Attendees, don't forget to post in the < #321381086166908929> channel.

**MadDimension** #general_1 [server: Charlottesville 2.0] view
Jun 14. 2017 09:45:50 PM

**MadDimension** #mod_help [server. Charlottesville 2.0] view

Jun 14, 2017 09:50:36 PM

<@151529484854624261> Done

**MadDimension** #demonstration_tactics [server: Charlottesville 2.0] view
Jun 14, 2017 09:54:46 PM

**MadDimension** #demonstration_tactics [server: Charlottesville 2.0] view
Jun 14, 2017 10:01:42 PM

@everyone We need to do a march along with the rally. Should we do it on the Downtown Mall (which is closed to traffic) or should we march through the streets the way they did in Berkeley?

**MadDimension** #demonstration_tactics [server: Charlottesville 2.0] view
Jun 14, 2017 10:04:27 PM

It will get very expensive very fast if we start asking to close down streets in advance. We'd have to pay off duty police officers

**MadDimension** #demonstration_tactics [server: Charlottesville 2.0] view
Jun 14, 2017 10:05:09 PM

<@222475860224114689> There's no doubt we should march through the Downtown Mall. My only wonder is whether we should keep it contained there

**MadDimension** #demonstration_tactics [server: Charlottesville 2.0] view
Jun 14, 2017 10:05:38 PM

The downtown mall is public and the police wouldn't be able to remove us without violating our First Amendment rights

**MadDimension** #demonstration_tactics [server: Charlottesville 2.0] view
Jun 14, 2017 10:06:29 PM

Decision: For now we will not plan to march through the street and block traffic. But if Antifa does we should be able to confront them about it

**MadDimension**  #alex_jones_chat  [server: Charlottesville 2.0] view
Jun 14, 2017 10:32:35 PM

Pleased to announce that Milo will be attending the rally

**MadDimension**  #alex_jones_chat  [server: Charlottesville 2.0] view
Jun 14, 2017 10:50:54 PM

Pleased to announce a new attendee for Unite the Right. It really isn't about hate guys.



**MadDimension**  #alex_jones_chat  [server: Charlottesville 2.0] view
Jun 14, 2017 10:55:30 PM

*blocks your path*

**MadDimension**  #beltway_bigots  [server: Charlottesville 2.0] view
Jun 14, 2017 11:53:29 PM

You guys are welcome to come to Charlottesville this weekend for the Proud Boys event. We're going to be triggering Antifa to protest and force the Alt-Light's hand. Just wear your MAGA hats and blend in as Proud Boys. It'll be fun.<br>< br> https://www.facebook.com/events/1672364596403983/1672731556367287/?notif_t=plan_mall_activity&notif_id=1497476408923341

**MadDimension**  #demonstration_tactics  [server: Charlottesville 2.0] view
Jun 14, 2017 11:57:02 PM

The Downtown Mall march will be unannounced to the public but we'll coordinate it among the leaders hip and let folks know prior to the event

MadDimension  #alex_jones_chat  [server: Charlottesville 2.0]  view
Jun 15, 2017 12:00:55 AM

Big if true

MadDimension  #virginia_laws  [server: Charlottesville 2.0]  view
Jun 15, 2017 12:49:42 AM

Virginia's self-defense laws<br>< br> http://www.t mwilsonlaw.com/criminal-law/self-defense

MadDimension  #mod_help  [server: Charlottesville 2.0]  view
Jun 15, 2017 01:00:30 AM

What is it you Detroit guys need? Is everyone that wants to be in the group in it?

MadDimension  #general_1  [server: Charlottesville 2.0]  view
Jun 15, 2017 01:46:00 AM

Can we get a hold of a fake SJW account for passi ng misinformation and bait along to the Antifa durin g this event?

MadDimension  #beltway_bigots  [server: Charlottesville 2.0]  view
Jun 15, 2017 08:33:44 PM

https://www.facebook.com/events/1672364596403 983/

MadDimension  #beltway_bigots  [server: Charlottesville 2.0]  view
Jun 15, 2017 08:35:30 PM

Bring your MAGA hats if you've got 'em. If Antifa fu cks with us it'll look like average Trump supporters and Alt-Light are under attack

MadDimension  #beltway_bigots  [server: Charlottesville 2.0]  view
Jun 15, 2017 08:35:59 PM

# EXHIBIT 30

Exhibit 30 is a screenshot of certain messages that Plaintiff posted on the

"Charlottesville 2.0" server on the Discord platform on June 7-8, 2017.

egal by Virginia law for them to move it and the jud
ge who issued the injunction has already recogniz
ed this. Charlottesville's Lee Monument is not a los
t cause like New Orleans. This is a place where we
are winning and can rub the liberals' face in it.

**MadDimension**  #general_1  [server: Charlottesville
2.0] view
Jun 07, 2017 07:35:06 PM

Yeah, "Justice " and "Emancipation" Park

**MadDimension**  #general_1  [server: Charlottesville
2.0] view
Jun 07, 2017 08:37:36 PM

THE NUMBER ONE RULE OF RIGHT-WING FIG
HT CLUB: BE PROUD AND WHITE

**MadDimension**  #general_1  [server: Charlottesville
2.0] view
Jun 07, 2017 09:41:29 PM

@everyone Here is the latest news on the alt-light i
nvolvement. Based Stickman is not going to speak
but he has agreed to come in with the Proud Boys
as enforcers against Antifa. He has promised that t
here will be no counter-signaling or infighting. I do
n't think Gavin will be coming but we are going to tr
y to get him to promote this event and encourage t
he Proud Boys to attend

**MadDimension**  #general_1  [server: Charlottesville
2.0] view
Jun 07, 2017 09:42:43 PM

**MadDimension**  #general_1  [server: Charlottesville
2.0] view
Jun 07, 2017 10:29:19 PM

@everyone Everything is under control. I'm about t
o go to a meetup but I will be available to speak to
anyone who wants to speak to me tomorrow and
make sure everyone is happy

**MadDimension**  #general_1  [server: Charlottesville
2.0] view
Jun 07, 2017 10:32:20 PM

All the drama is exaggerated. If you have an issue
bring it up with me and I'll take care of it


DEFENDANT'S
EXHIBIT
30
6-27-18

DX-30

**MadDimension**  #news  [server: Charlottesville 2.0]
view
Jun 08, 2017 05:33:47 AM

Probably paid by the liberals


**MadDimension**  #news  [server: Charlottesville 2.0]
view
Jun 08, 2017 05:33:51 AM

Ignore it


**MadDimension**  #general_1  [server: Charlottesville
2.0] view
Jun 08, 2017 05:34:19 AM




**MadDimension**  #general_1  [server: Charlottesville
2.0] view
Jun 08, 2017 05:46:07 AM

<@111266802490740736> I've been sleeping nex
t to a gun for a long time now


**MadDimension**  #general_1  [server: Charlottesville
2.0] view
Jun 08, 2017 04:35:28 PM

@everyone Is there anyone who can help me crea
te a digital flier for the event listing the event detail
s so far?


**MadDimension**  #general_1  [server: Charlottesville
2.0] view
Jun 08, 2017 04:35:33 PM

Event details: <br> WHEN: August 12th at 12pm <
br> WHERE: Lee Park In Charlottesville, Va<br>
WHAT: This is a UNITE THE RIGHT event bringin
g together the Alt-Right with the Alt-Light and Conf
ederate supporters around the country. We're dem
onstrating in support of the Robert E Lee statue, th
e right of white people to organize for our interests
and to show that we will not be intimidated by hara
ssment campaigns of the Left.<br>< br> Confirme
d Speakers (so far):<br> *Mike Enoch<br> *August
us Invictus <br> *Jason Kessler<br> *Baked Alask
a<br> *Christopher Cantwell<br> *Matt Heimbach<
br> *Pax Dickinson<br> *Johnny Monoxide<br>< b
r> Based Stickman will be in attendance to help m

aintain order against Antifa.<br>< br> More guest
coming soon....

**MadDimension**  #general_1  [server: Charlottesville
2.0] view
Jun 08, 2017 04:39:08 PM

<@307551173794070529> Let's go with somethin
g new to distinguish this event

**MadDimension**  #general_1  [server: Charlottesville
2.0] view
Jun 08, 2017 04:41:26 PM

He said that he wanted to speak, yes

**MadDimension**  #general_1  [server: Charlottesville
2.0] view
Jun 08, 2017 04:56:59 PM

<@200103874801958912> The speeches are goi
ng to be short and sweet

**MadDimension**  #general_1  [server: Charlottesville
2.0] view
Jun 08, 2017 04:57:29 PM

We may spread some of them out into a private ev
ent on Sunday

**MadDimension**  #general_1  [server: Charlottesville
2.0] view
Jun 08, 2017 05:45:59 PM

I'm almost certainly convinced this negro and his A
NTIFA mob hired the "KKK" member who's coming
July 8th<br>< br> https://www.youtube.com/watc
h?v=eHNw1LEB_WU&feature=youtu.be&app=des
ktop

**MadDimension**  #general_1  [server: Charlottesville
2.0] view
Jun 08, 2017 05:47:49 PM

I think they're going to use their protest against this
fake KKK as a model for their attack on us August
12

**MadDimension**  #general_1  [server: Charlottesville
2.0] view
Jun 08, 2017 05:49:28 PM

# EXHIBIT 32

Exhibit 32 is a screenshot of a Facebook message posted by C.J. Ross on May 28, 2017 and a screenshot of that same message showing that Plaintiff "liked" the message.



## Stand with Lacy Weeks

51 signatures are still needed! Kay Ivey, Ban Antifa from Colleges and Public Areas

LACY WEEKS JUST SIGNED THIS PETITION ON CHANGE.ORG...

👍 Like          💬 Comment          ➦ Share

👍 13

1 share

View 10 more comments

James Jason Powers Done....i say take them out all together.
Like · Reply · 👍 1 · 4 hrs

(http://solidaritycville.com/content/misc1.png)

A threat to "take them out"



WH Cratch Somebody needs to stomp Kaine's ass into oblivion.
Like · Reply · 👍 2 · Yesterday at 12:09am

Jason Kessler Bodyslam!
Like · Reply · 7 hrs

Write a reply...                                    ☺ 📷 🗒

(http://solidaritycville.com/content/misc2.png)

A threat against Senator Tim Kaine



Lucca Blake We need to create a security force honestly....
Like · Reply · 👍 1 · 6 hrs

Hannah Zarski Amen.
Like · Reply · 5 hrs

Write a reply...                                    ☺ 📷 🗒

Aaron Dale You're looking at this all wrong.

You have the opportunity to advertise a time and place; you show up with guns
and let those degenerates come try to kill you. You literally have the chance to
take out our enemies. Not just metaphorically or through rhetoric, but through
legal acts of self defense.
Like · Reply · 👍 1 · 6 hrs

(http://solidaritycville.com/content/misc3.png)

A celebration of the "opportunity" for self-defense

CJ Ross Posted this amongst some 3% groups. This is great recruiting material
for us. I've got a friend making a video. Just say when go time is and we'll walk
in there with a thousand men and crush these little cunt rags for good.
Like · Reply · 👍 2 · May 28 at 12:29pm

(http://solidaritycville.com/content/misc4.png)

A threat that activists will be "crushed"



DEFENDANT'S
EXHIBIT
32
10-27-18 R)





CJ [...]st some 3% groups. This is great recruiting material for [...]ing a video. Just say when go time is and we'll walk in t[...]en and crush these little cunt rags for good.

Like · Reply · ⊙ 2 · May 28 at 12:29pm

(http://solidaritycville.com/content/misc5.png)

An endoresment from Jason Kessler for the above threat

🏷 REVOKETHEPERMIT (/TAGS/REVOKETHEPERMIT/)

---

**NEWER**

Legal Organizations Jointly Publish Open Letters to State and Local Officials Regarding Klan Rally (/2017/07/20/Legal-Organizations-Jointly-Publish-Open-Letters-to-State-and-Local-Officials-Regarding-Klan-Rally/)

**OLDER**

Injured Community Members Expose Police Brutality at July 8 Anti-Klan Protest in Charlottesville (/2017/07/14/Press-statement-regarding-police-brutality-on-July-8/)

© 2017 SOLIDARITYCVILLE ALL RIGHTS RESERVED.

THEME BY HIPAPER (HTTPS://GITHUB.COM/ITIMETRAVELER/HEXO-THEME-HIPAPER)

# EXHIBIT 33

Exhibit 33 is a screenshot of messages that Plaintiff posted on the "Charlottesville 2.0" server on the Discord platform on June 7-10, 18, 19, 2017.

@everyone Event details: <br> WHEN: August 12t
h at 12pm<br> WHERE: Lee Park In Charlottesvill
e, Va<br> WHAT: This is a UNITE THE RIGHT ev
ent bringing together the Alt-Right with the Alt-Ligh
t and Confederate supporters around the country.
We're demonstrating in support of the Robert E Le
e statue, the right of white people to organize for o
ur interests and to show that we will not be intimida
ted by harassment campaigns of the Left.<br>< br
> Confirmed Speakers (so far):<br> *Richard Spen
cer<br> *Mike Enoch<br> *Augustus Invictus <br>
*Jason Kessler<br> *Baked Alaska<br> *Christoph
er Cantwell<br> *Matt Heimbach<br> *Dr. Michael
Hill<br> *Pax Dickinson<br> *Johnny Monoxide<br
> More to come...

**MadDimension**  #general_1   [server: Charlottesville
2.0] view
Jun 07, 2017 02:16:43 PM

**MadDimension**  #general_1   [server: Charlottesville
2.0] view
Jun 07, 2017 02:21:18 PM

Baked has been very supportive of the event so far

**MadDimension**  #general_1   [server: Charlottesville
2.0] view
Jun 07, 2017 02:34:09 PM

<@111266802490740736> No open carry for this
event. If you want protection bring concealed

**MadDimension**  #announcements   [server:
Charlottesville 2.0] view
Jun 07, 2017 02:40:38 PM

@everyone <br>< br> REGARDING SELF-DEFE
NSE: <br>< br> STICKS AND SHIELDS: I recomm
end you bring picket sign posts , shields and other
self-defense implements which can be turned from
a free speech tool to a self-defense weapon shoul
d things turn ugly.<br>< br> OPEN CARRY: Pleas
e do not open carry. We want to avoid that optic fo
r both the media and Antifa. We ultimately don't wa
nt to scare them from laying hands on us if they ca
n't stand our peaceful demonstration.<br>< br> CO
NCEALED CARRY: If you have a legal permit to c
onceal carry this should be fine. Check the local
laws but Virginia is very friendly on this issue.



DEFENDANT'S
EXHIBIT

33

6-27-18

**MadDimension**  #announcements  [server: Charlottesville 2.0] view
Jun 07, 2017 02:40:43 PM

**MadDimension**  #general_1  [server: Charlottesville 2.0] view
Jun 07, 2017 02:44:45 PM

We should bring picket signs that can be used as sticks to bludgeon our enemies if they get violent. Avoid open carry. Concealed carry is fine.

**MadDimension**  #general_1  [server: Charlottesville 2.0] view
Jun 07, 2017 02:49:33 PM

<@317808305659445249> Gavin might not be coming. Don't worry about that stuff. Let the event organizers take care of it

**MadDimension**  #general_1  [server: Charlottesville 2.0] view
Jun 07, 2017 02:50:20 PM

We will have Alt-Light onboard but exactly which ones are in negotiation right now. Look at the pinned post here in general for the list of confirmed speakers

**MadDimension**  #general_1  [server: Charlottesville 2.0] view
Jun 07, 2017 04:12:45 PM

<@222826096423337984> I agree with this strategy.

**MadDimension**  #general_1  [server: Charlottesville 2.0] view
Jun 07, 2017 04:39:13 PM

@everyone Pax Dickinson will now be attending the rally and is being added to the list of speakers

**MadDimension**  #general_1  [server: Charlottesville 2.0] view
Jun 07, 2017 04:54:56 PM

<@322054219957796874> Welcome

**MadDimension** #general_1 [server: Charlottesville 2.0] view
Jun 08, 2017 10:18:07 PM

The Alt-Right is a modern movement and a movement that is gaining momentum.

**MadDimension** #general_1 [server: Charlottesville 2.0] view
Jun 09, 2017 12:55:29 AM

I 100% agree with <@277402730073554946> . If you want a chance to crack some Antifa skulls in self-defense don't open carry. You will scare the shit out of them and they'll just stand off to the side

**MadDimension** #general_1 [server: Charlottesville 2.0] view
Jun 09, 2017 12:56:16 AM

<@277935721312944129> We're still adding speakers. That's all that can be said for right now

**MadDimension** #general_1 [server: Charlottesville 2.0] view
Jun 09, 2017 01:36:58 AM

https://www.youtube.com/watch?v=gtvtWxl55i8

**MadDimension** #general_1 [server: Charlottesville 2.0] view
Jun 09, 2017 01:37:29 AM

I wonder if this supposed KKK demonstration is going to draw out any violent left-wingers

**MadDimension** #general_1 [server: Charlottesville 2.0] view
Jun 09, 2017 01:41:45 AM

The way these blacks attack the guy makes me angry

**MadDimension** #general_1 [server: Charlottesville 2.0] view
Jun 09, 2017 01:44:05 AM

His strategy of, "let blacks beat you up and hope the media takes pity on you" is more than retarded

**MadDimension**  #general_1  [server: Charlottesville 2.0] view
Jun 10, 2017 01:00:20 AM

#NeverForget<br> < br> https://www.youtube.com/watch?v=T-4QkuoD79I

**MadDimension**  #general_1  [server: Charlottesville 2.0] view
Jun 10, 2017 01:08:52 AM

We should burn an Antifa flag at this event

**MadDimension**  #general_1  [server: Charlottesville 2.0] view
Jun 10, 2017 03:22:23 AM

If you watch the Battle of Berkeley footage the best stuff is happening in the streets. Maybe we need to organize a street march after the rally

**MadDimension**  #general_1  [server: Charlottesville 2.0] view
Jun 10, 2017 02:44:40 PM

@everyone If you want the cheapest possible travel cost I suggest you check out the 2 carpool sections of the Discord. I've rented a car to go to AmRen for only $250 and I have guys riding with me to split the cost.

**MadDimension**  #safety_planning  [server: Charlottesville 2.0] view
Jun 10, 2017 02:57:18 PM

We have over a hundred confirmed on the Facebook event page as well and another 300 interested in going

**MadDimension**  #general_1  [server: Charlottesville 2.0] view
Jun 10, 2017 04:59:30 PM

https://twitter.com/lacymacauley/status/870797466865741825

**MadDimension**  #general_1  [server: Charlottesville 2.0] view
Jun 10, 2017 05:51:32 PM

Yes, the one I suspected is the rich boy owner

**MadDimension**  #general_1  [server: Charlottesville 2.0] view
Jun 18, 2017 06:20:22 PM

@everyone Alt-Right and Trump supporters BANNED from Charlottesville bars for no damn reason but that an SJW mob swarmed us<br>< br> https://www.pscp.tv/AltRightVa/1rmxPPXZNaLxN

**MadDimension**  #general_1  [server: Charlottesville 2.0] view
Jun 18, 2017 06:21:17 PM

They better fucking serve us or they'll have to shut down the entire city

**MadDimension**  #general_1  [server: Charlottesville 2.0] view
Jun 19, 2017 01:32:19 AM

<@256551890060443652> If a riot breaks out in Charlottesville it will not be a result of us breaking windows, damaging property or otherwise using Antifa tactics.<br> < br> I also highly recommend using defensive tactics because the police are against us just like in Berkeley.<br> < br> But if we are forced into a street brawl... fight them with honor, stay within reasonable bounds of the law and whoop that Commie, anti-white ass all over God's green Earth.

**MadDimension**  #beltway_bigots  [server: Charlottesville 2.0] view
Jun 19, 2017 01:36:43 AM

Damn it I didn't know how the cops dragged off <@307551173794070529> last night just for putting his dukes up.

**MadDimension**  #beltway_bigots  [server: Charlottesville 2.0] view
Jun 19 2017 01:37:32 AM

That black cop in charge had it out for us all night and wouldn't shake Brian's hand after he was falsely accused of spitting on that dumbass

**MadDimension**  #general_1  [server: Charlottesville 2.0] view
Jun 19 2017 04.48.20 AM

# EXHIBIT 34

Exhibit 34 is a screenshot of a Facebook poll created by a Facebook user named "Ludovici Alibi" asking whether "Atomwaffen Waffen Division" should serve as security for the event for which Plaintiff seeks a permit.

 **Ludovici Alibi** created a poll.
June 13 at 11:52am ·

Should "Atomwaffen Waffen Division" do private security for Unite The Right rally August 12th?
Yes or No

# 65% Yes

# 35% No

This poll has ended.                                                    315 Votes

　　　　　　Like　　　　　　　　　Comment　　　　　　　Share

　　　39

Source: https://solidaritycville.wordpress.com/2018/06/18/unite-the-right-facebook-posts-link-organizers-to-violence-atomwaffen-group


DEFENDANT'S
EXHIBIT
34
6-27-18

# EXHIBIT 35

Exhibit 35 includes a Screenshot of a Facebook poll by Ludovici Alibi

# Unite the Right Facebook Posts Link Organizers to Violent Atomwaffen Division

**MAJOR CONTENT WARNING for: online discussion between neo-Nazis that includes threats of violence, slurs, anti-Semitic language, reference to Unite the Right rally.**

*An anonymous community member submitted to Solidarity Cville these 17 pages of Facebook screenshots that document neo-Nazis discussing their plans for August 12, 2018, the one-year anniversary of the Unite the Right rally. Besides arguing between each other about the "optics" of being racist and ensuring a safe space for themselves, there are some pretty explicit threats of violence.*

Here's the Facebook poll that sparks the comment thread:



DEFENDANT'S EXHIBIT
35
6-27-18
tabbies



**Ludovici Alibi** created a poll.

June 13 at 11:52am ·

Should "Atomwaffen Waffen Division" do private security for Unite The Right rally August 12th?

Yes or No

## 65% Yes

## 35% No

This poll has ended.                                                        315 Votes

Like                    Comment                    Share

39

GRAPHIC: Facebook poll by user "Ludovici Alibi" dated June 13 that reads, "'Should Atomwaffen Waffen Division' do private security for Unite The Right rally August 12th?" The poll response is 65% Yes, 35% No, with 315 votes.

Atomwaffen Division (AWD) is a violent white supremacist group whose members "have been implicated in a string of violent crimes," according to a ProPublica investigation published earlier this year. White supremacists affiliated with AWD have been charged in five murders, a bomb plot, and more. The investigation also found that AWD had a spike in recruitment after Unite the Right 2017 and that Virginia is home to one of their largest chapters.

Another commenter suggests Rise Above Movement (RAM) as an alternative.

 Irene Ficklestein What about RAM (rise above movement) ?
Like · Reply · 4d

1

 Henry Baxley ?????
Like · Reply · 4d

 Irene Ficklestein It would be a solid medium. Decent
optics with force
Like · Reply · 4d

GRAPHIC: Facebook comment by Irene Ficklestein that reads, "What about RAM
(rise above movement) ?"

RAM is yet another notorious white supremacist group, whose mission consists
entirely of "physically attacking its ideological foes" as documented by another
ProPublica investigation from last October.

One commenter suggests that AWD set off a "suitcase nuke" against antifa; another
suggests brandishing and aiming weapons at counter-protesters. One commenter,
Dave Shyne, admits to helping organize Unite the Right 2 on August 12, 2018. Shyne
assures them they'll have "professional private security."

This submission exposes "Dave Shyne" as David Rother, who testified as a defense
witness at Christopher Cantwell's preliminary hearing in November. He was named
in the court transcript as well as in Cantwell's suit against Emily Gorcenski, which
confirms his presence at the August 11 torch rally at UVA.

These online forums only further cement the need for City Council to take the threat
of white supremacist violence seriously. Though the alt-right may be deeply
fracturing and anything but unified, there is always still potential for danger. Last
spring and summer, countless community members warned city officials of the

violence that would occur with the Unite the Right rally, and were sadly proven right. It's up to the community to make sure this never happens again.

# EXHIBIT 36

Exhibit 36 is information from the Anti-Defamation League about the Rise Above Movement.

# Rise Above Movement (R.A.M.)

Link: https://www.adl.org/resources/backgrounders/rise-above-movement-ram



## Key Points

R.A.M. (Rise Above Movement) is a white supremacist group based in Southern California whose members believe they are fighting against a "modern world" corrupted by the "destructive cultural influences" of liberals, Jews, Muslims and non-white immigrants. They refer to themselves as the "premier MMA (mixed martial arts) club of the Alt-Right."

- R.A.M. operates like a street-fighting club. Members actively train to do physical battle with their ideological foes, and have been involved in violent clashes during political rallies and demonstrations.

- While they consider themselves part of the alt right, R.A.M.'s membership has deep roots in California's racist skinhead movement, and includes individuals who have faced serious criminal charges, including assault, robbery and weapon offenses.

## Overview



DEFENDANT'S
EXHIBIT
360
10-27-18

tabbies

The Rise Above Movement (R.A.M.) is a white supremacist group based in Southern California (predominantly Orange County region) whose members believe they are fighting against a "modern world" corrupted by the "destructive cultural influences" of liberals, Jews, Muslims, and the effects of non-white immigration. Their ostensible goal is to restore European-American (i.e., white) culture to America and create a "conservative counter-culture" that embraces white identity and "traditional Christian" values. They see themselves as patriotic crusaders who are fighting against "communist" forces and advocating on behalf of a victimized white population.

"We want to rise above all of today's destructive culture and see the rebirth of our people, strong in mental and physical capacities as our forefathers were. In a time when you can be harmed for your political beliefs or shamed for your heritage, we are here to defend our identity and shared goals." Rise Above Movement, Instagram, June 12, 2017

"The Rise Above Movement is the premier MMA club of the Alt-Right, representing the United States. Their dedication is to promote an active lifestyle and common values among young people and a future for European people. This is achieved through training, creative thinking and activism. The main task of The Rise Above Movement is to revive the spirit of a warrior and to see the rebirth of values of Western Civilization's forefathers." Rise Above Movement, GAB.ai, December 18, 2017

## Leadership

**Benjamin Daley** of Hermosa Beach is a leader in the Rise Above Movement and is featured prominently in the group's recruitment videos. He has traveled not only throughout California to attend rallies but also participated in the August 2017 Unite the Right rally in Charlottesville, Virginia. Daley has a history of using social media to promote anti-Semitic cartoons and conspiracy theories about Jewish control of the banking, media and legal system.

**Robert Rundo** of San Clemente, California, is in charge of the group's MMA training program.

## Origins

R.A.M. consists of several dozen loosely affiliated neo-Nazis and racist skinheads who were formerly known as DIY Division, but rebranded themselves as the Rise Above Movement in the spring of 2017. "The premier MMA club of the alt right," espouses racism, anti-Semitism and intolerance at events and online. Members have been spotted carrying "Da Goyim Know" signs, a reference to an anti-Semitic trope about Jews trying to keep non-Jews "in the dark" about their plans for world domination. During an anti-Muslim rally in San Bernardino, one member held a sign declaring, "Rapefugees Not Welcome." Several others held a banner that read, "Defend America. Islamists Out," and depicted lance-wielding crusaders on horseback chasing after fleeing Muslims. This is a take on the R.A.M. logo, which includes a crusader sword and an evergreen tree.



## Propensity for Violence

The group operates like a street-fighting club, and promotes physical fitness and strength-training in preparation for altercations with counter-protesters at political rallies and demonstrations. In 2017, R.A.M. members were part of violent clashes at California rallies in Berkeley and Huntington Beach, and at the "Unite the Right" rally in Charlottesville, Virginia.



Members attend events prepared to fight, concealing their identity with skull masks or American flag themed bandanas, wearing goggles to counter pepper spray and wrapping their hands and wrists with gauze or tape to protect themselves from injuries.

Several R.A.M. members have violent criminal backgrounds, with convictions for felony assault, robbery and weapon violations. Robert Rundo has prior convictions in New York for assault with a weapon and gang assault 2nd degree. Tyler Laube of Redondo Beach, California, has a lengthy criminal record that includes convictions for robbery and bladed weapon violations. Robert Bowman of Torrance, California, also has an extensive criminal history, and has been convicted of robbery, theft, battery, vandalism, trespassing and assault.

R.A.M.'s violent ideology is glorified in the group's recruitment videos and other online propaganda. The videos cut back and forth from footage of members brawling at demonstrations to scenes of members participating in workout sessions. Their digital

propaganda also highlights violence against the left, and features images of members wearing t-shirts emblazoned with phrases like "Kill a Commie for Mommy," or posing in front of graffiti of the letters GNLS, an acronym for "Good Night Left Side," a common anti-antifa slogan.



**Activity**

In addition to working out and honing their fighting skills, R.A.M. typically participates in California events organized by other far-right groups and individuals, including Identity Evropa, Joey Gibson of Patriot Prayer, Juan Benitez Cadavid (aka Johnny Benitez), Red Elephant's Vincent James Foxx, and <u>Kyle Chapman</u> of the Fraternal Order of Alt Knights.

Occasionally, R.A.M members will organize their own protest activities. In July 2017, members attempted to disrupt a Committee for Racial Justice meeting in Santa Monica. That same month, they hung this banner over a Torrance freeway: "Secure Borders, Secure Future."

- **Charlottesville, Virginia, August 2017**: R.A.M members attended the "Unite the Right" rally and contributed to violence against counter-protesters.
- **Santa Monica, California, July 2017**: R.A.M. members attempted to disrupt a Committee for Racial Justice meeting.
- **Torrance, California, July 2017**: R.A.M. members hung a "Secure Borders, Secure Future" banner over the 110 Freeway.
- **San Bernardino, California, June 2017:** R.A.M. members participated in an "anti-Sharia law" protest holding signs that read "Defend America Islamists out!" and "RAPEFUGEES stay away NOT WELCOME."
- **Berkeley, California, April 2017**: R.A.M. members engaged in physical altercations with counter-protesters during a "Say No to Marxism" rally hosted by Kyle Chapman and other far right activists.
- **Huntington Beach, California, March 2017**: Approximately a dozen R.A.M. members attended a "Make America Great Again" rally under the banner of DIY Division. As the event turned violent, RAM members fanned out and began fighting with counter-protesters.

# EXHIBIT 39

Exhibit 39 is a screenshot of certain   messages that Plaintiff posted on the

"Charlottesville 2.0" server on the Discord platform on June 7, 2017.

**MadDimension** #announcements  [server: Charlottesville 2.0] view
Jun 07, 2017 02:40:43 PM


**MadDimension** #general_1  [server: Charlottesville 2.0] view
Jun 07, 2017 02:44:45 PM

We should bring picket signs that can be used as s
ticks to bludgeon our enemies if they get violent. A
void open carry. Concealed carry is fine.

**MadDimension** #general_1  [server: Charlottesville 2.0] view
Jun 07, 2017 02:49:33 PM

<@317808305659445249> Gavin might not be co
ming. Don't worry about that stuff. Let the event or
ganizers take care of it

**MadDimension** #general_1  [server: Charlottesville 2.0] view
Jun 07, 2017 02:50:20 PM

We will have Alt-Light onboard but exactly which o
nes are in negotiation right now. Look at the pinne
d post here in general for the list of confirmed spea
kers

**MadDimension** #general_1  [server: Charlottesville 2.0] view
Jun 07, 2017 04:12:45 PM

<@222826096423337984> I agree with this strate
gy.

**MadDimension** #general_1  [server: Charlottesville 2.0] view
Jun 07, 2017 04:39:13 PM

@everyone Pax Dickinson will now be attending th
e rally and is being added to the list of speakers

**MadDimension** #general_1  [server: Charlottesville 2.0] view
Jun 07, 2017 04:54:56 PM

<@322054219957796874> Welcome



DEFENDANT'S
EXHIBIT
39
6-27-18 TR

# EXHIBIT 40

Exhibit 40 is a screenshot of messages that Plaintiff posted on the "Charlottesville

2.0" server on the Discord platform on June 9, 2017.

**MadDimension**  #general_1  [server: Charlottesville 2.0] view
Jun 08, 2017 10:18:07 PM

The Alt-Right is a modern movement and a movement that is gaining momentum.

**MadDimension**  #general_1  [server: Charlottesville 2.0] view
Jun 09, 2017 12:55:29 AM

I 100% agree with <@277402730073554946> . If you want a chance to crack some Antifa skulls in self-defense don't open carry. You will scare the shit out of them and they'll just stand off to the side

**MadDimension**  #general_1  [server: Charlottesville 2.0] view
Jun 09, 2017 12:56:16 AM

<@277935721312944129> We're still adding speakers. That's all that can be said for right now

**MadDimension**  #general_1  [server: Charlottesville 2.0] view
Jun 09, 2017 01:36:58 AM

https://www.youtube.com/watch?v=gtvtWxl55i8

**MadDimension**  #general_1  [server: Charlottesville 2.0] view
Jun 09, 2017 01:37:29 AM

I wonder if this supposed KKK demonstration is going to draw out any violent left-wingers

**MadDimension**  #general_1  [server: Charlottesville 2.0] view
Jun 09, 2017 01:41:45 AM

The way these blacks attack the guy makes me angry

**MadDimension**  #general_1  [server: Charlottesville 2.0] view
Jun 09, 2017 01:44:05 AM

His strategy of, "let blacks beat you up and hope the media takes pity on you" is more than retarded



DEFENDANT'S
EXHIBIT
tabbies
40
6-27-18 TC

# EXHIBIT 41

Exhibit 41 is a security and operational plan developed and circulated by Elliott

Kline to Plaintiff and other leaders of his Unite the Right rally on August 1, 2017.

## Operation Unite the Right Charlottesville 2.0

IMPORTANT: This version of the document is to only be shared by and with group leaders. DO NOT SHARE with other attendees. Another version will be released for them.

### Report Version:

8/1/2017 OPORD

ATTENTION: Please read this full document to avoid miscommunication or organizational issues.

### Operation Summary:

The town of Charlottesville, Virginia has recently become a flashpoint in the culture war against the anti-white and anti-free speech left with the town trying to take down or alter civil war monuments. Earlier this year, the Alt Right held a secretive rally in the town to protest again these policies which gained international coverage and showed a serious maturity with various groups working together. Since this event the left and the city has not gotten the message, and continue to harass local journalist Jason Kessler and his friends for their point of view on the issue. On August 12th we plan on going back to Charlottesville to show them that they are not unopposed with a rally that brings together with various right wing groups to show solidarity on issues we overlap with as well as show support for locals afraid to speak up. This rally, like the Battle of Berkley, will be a chance to show the left in one of their central power hubs that they will no longer go unopposed like they are used to with older generations of right wingers. Originally, we intended for this rally to be made up of Alt Right and Alt Lite figures, but many Alt Lite figures have since pulled out. This is not a major issue since this is shaping up to be the largest Alt Right/WN event in recent history.

Please read this entire document so you know all the details of the event. If you have any questions please ask in the "questions_for_coodinators" chat of the Discord and tag coordinators.



DEFENDANT'S EXHIBIT
41
9-27-18

# Operation Unite the Right Charlottesville 2.0

**IMPORTANT: This version of the document is to only be shared by and with group leaders. DO NOT SHARE with other attendees. Another version will be released for them.**

## Friendlies:

We are expecting to have between 800-1400 friendly people attend this rally ranging from Alt-Lite, Oathkeepers, Proud Boys, and Trumpists to Identitarians, Neo-Confederates, national socialists and other Alt Right groups.

Anyone who is coming and not part of an already existing group should be directed to the Free Agent Liaison.

## Enemies/Counter Protestors:

We have been monitoring Antifa and other leftist activities for months leading up to the event and are anticipating between 1500-3000 counter protestors. These groups range from local Charlottesville residents or students from UVA to full fledged Antifa members.

Also, there are the potential of enemies within the right from our own ranks. Various Proud Boys and White Nationalist groups are coming to the event as opposition in unknown numbers with unknown intentions.

On Thursday, 10th of August we will release a list of High Value Targets through the chain of command of our security team identifying members of both groups opposed to the rally.

## Discord:

Assume the Discord is entirely compromised. Our intel suggests that Antifa have someone monitoring this server for information. Eli Mosley removed one of them the night of 8/1/2017.

We are coming down to the wire of the event soon and should try to keep the Discord as clean as possible from shitposting so that people can communicate and organize what they need to for the rally.

# Operation Unite the Right Charlottesville 2.0

IMPORTANT: This version of the document is to only be shared by and with group leaders. DO NOT SHARE with other attendees. Another version will be released for them.

## Overall Event Timeline:

All times subject to change based on circumstances.

Friday 8/11 – Torchlight Demonstration

1630: Rally at "Nameless Field", Charlottesville, VA

1700: Step off from "Nameless Field" towards Jefferson Monument on UVA campus

1715-1730: Conduct torchlight demonstration

1730-1745: Head back to "Nameless Field" and go back to cars.

Saturday 8/12 – Unite the Right Rally, Lee Park

900-930: ADVON Team Arrives on site

1000: Permit starts, ADVON Team starts taking the ground and securing the perimeter

1100-1130: Sound system setup

1200: Rally Begins

    Music

    Speakers

    Close

1430-1500: Start heading to Police protection point off site

1500-1600: Travel back to rally points from police protection point

Saturday 8/12 – After Party Dinner and Speeches

1700-1800: Arrival to after party

1900: Speakers begin

# Operation Unite the Right Charlottesville 2.0

**IMPORTANT: This version of the document is to only be shared by and with group leaders. DO NOT SHARE with other attendees. Another version will be released for them.**

## Equipment:

Firearms – We will not tell anyone they cannot carry firearms at this rally, but we will stress that it MUST be done so in a lawful manner in accordance with VA State laws. If you have questions ask in the VA State Laws channel for help.

Poles/Flags – We have no received confirmation from the police department with clarification on this but will update this on the next document.

Shields – Groups are encouraged to bring their own shields but you should realize they may be confiscated by the police. We've been given mixed messages on what is and is not authorized.

Knives/Tasers – We have been informed that most knives and all tasers will not be allowed on the grounds that day. Anyone seeing a knife should report it immediately.

Pepper Spray – Pepper Spray is a hard one to know in VA and we are still waiting for confirmation on the rules for this. Will update next document.

Water Source – EVERYONE must have a water source this day. We cannot stress enough how hot it could be and if we run out of cups for water we don't want to see anyone pass out.

# Operation Unite the Right Charlottesville 2.0

IMPORTANT: This version of the document is to only be shared by and with group leaders. DO NOT SHARE with other attendees. Another version will be released for them.

## Roles and Directors:



The above chart shows the current breakdown of chain of command for the day of the event. Eli Mosley will be between the HQ and on the ground while communicating between the various directors and leadership. Any role listed as Vacant must still be filled and you should reach out to Eli Mosley before August 6th to be assigned a role.

Intelligence Director – This role will manage the various intelligence teams that will need to gather intel leading up to the event, during the event and manage the intel/doxing after the event. This person should not be in attendance to the event and have some experience. They will be forwarding relevant intel into HQ.

Media Liaison – This role involves being the main point of contact for the media on the ground for the event. Several media outlets have confirmed that they are coming and this person would help them get in touch with people they'd like to interview and where they should be during the rally.

Torchlight Coordinator – This role will plan out the details of Friday night's torchlight march and work with Jason Kessler on making sure we have everything ready for that night.

More roles may be needed as well so stay tuned into the Discord in case you are able to step up into other roles not listed here.

# Operation Unite the Right Charlottesville 2.0

**IMPORTANT: This version of the document is to only be shared by and with group leaders. DO NOT SHARE with other attendees. Another version will be released for them.**

The Director role is immediately under HQ/Eli Mosley and Jason Kessler. The following list details their areas of responsibilities for the event (If anything is already being done and left out please inform Eli Mosley):

Security – Coordinate the various security team leaders, PSD teams and event security for the day. Manage the security shifts for both "gates" we'll be having into the park. Provide the security plan for the scouting/ADVON team, during the rally, and the after party. Work with the Transportation Division on providing security during the rally for the moving vehicles. Brief the security teams on rules of engagement, equipment use, descalations, and the plan for the operation. Work with various security team leaders from groups attending the rally to assign them sections of the defensive perimeter.

Logistics – Work with the various directors on acquiring materials for them to complete their duties. Work with the Transportation Division on getting materials on the ground at the rally. Acquire leftover materials for the medical team.

Transportation – Main task will be helping to coordinate transportation between Trans Rally Points and Main Rally Point during the rally. Will work with the Logistics team to get supplies on the ground of the rally and get them out. Bring in and out the sound system for the rally and the after party. Help pick up and move stragglers if needed from Trans Rally Points.

Medical Team – Will setup a medical tent on the park grounds, provide basic triage that day, keep water supply, medical supplies and ice sheets. Liaison with emergency services on the ground directly.

Intel/Social Media Directors – This role should not be in attendance and will meet with Eli for details.

Police Liaison – Will work with various police departments in sending and receiving messages directly.

# Operation Unite the Right Charlottesville 2.0

**IMPORTANT: This version of the document is to only be shared by and with group leaders. DO NOT SHARE with other attendees. Another version will be released for them.**

## Contact Information:

Leading up to the event I am releasing my direct contact information to leaders and directors. I am in the middle of a move, but feel free to message me directly for anything regarding the event.

Eli Mosley – Discord, Eli Mosley#5269 – Phone Number, 610-406-2229 – Email, DeplorableTruth@gmail.com. Feel free to msg/call whenever.

## Torchlight Rally:



The Torchlight Rally will be at the Jefferson Monument near the UVA campus on Friday the 11th under cover of darkness. We will meet at 1630 in "Nameless Field" and march with our torches lit along the blue line. Each person should bring their own torch which can be bought from a local Wall-Mart, Lowes, Home Depot, etc.

# Operation Unite the Right Charlottesville 2.0

**IMPORTANT: This version of the document is to only be shared by and with group leaders. DO NOT SHARE with other attendees. Another version will be released for them.**

Once on the grounds of the monument we will sing a song or two, a speech will be given and then we will march the way we came before heading back to our cars.

## Pre-Rally and Transportation:

Matthew Heimbach and TWP will handle the scouting of the rally grounds. We should have scouts check the area the night before and the morning of since we have received information that counter protestors perhaps intend to seize the area first.

The details of the transportation plan will be released Thursday before the event. However, the general plan is that we will have Transportation Rally Points scattered throughout the outskirts of the town where people may park. We will then have the Transportation team shuttle people from those points to the main police protected point in the town. Once we have large enough groups massed at the protection point police will escort us directly to the park and rinse and repeat until we get all our people there.

## During the Rally:

The police have informed us that they can escort us from a main defensive area to the actual Lee Park grounds like they did for the KKK rally previously. We are still waiting to hear back from the police on which location they would like to protect centrally so that we can escort our people safely to the park. They intend on shutting down many of the streets around the park as well.

# Operation Unite the Right Charlottesville 2.0

**IMPORTANT:** This version of the document is to only be shared by and with group leaders. DO NOT SHARE with other attendees. Another version will be released for them.

The police will be forming a buffer zone between us and the counter protesters while we form a perimeter to protect the park. While we secure the area with assigned shielded security around the VIPs and the inner circle of the rally. More details on the exact plan and rules of engagement to come out in next report.



## During the Rally (if you cannot go or for Women):

For anyone who cannot attend the rally but will be in Cville we will have two different things for you to do. We'll need volunteers to help man the radios and HQ section. Also, we see a high likelihood of violence during the rally so we recommend not bringing women and are banning all small children. We will have a place set aside for them to help setup the after party and monitor streams that will be released Thursday before the event.

## After-Party for Event:

We are keeping the details of where exactly the after party is secret for now, but we can say that its about 20-30 minutes outside of Cville to prevent any leftist attacks. There will be some food, places too cookout, beer/drinks, live music, and a surprise speaker or two. The information for the after party will be released in more details on Thursday before the rally.

# Operation Unite the Right Charlottesville 2.0

**IMPORTANT: This version of the document is to only be shared by and with group leaders. DO NOT SHARE with other attendees. Another version will be released for them.**

To buy a ticket to the party beforehand is $12 which is used to provide the food and rental equipment. You may use <u>THIS</u> link to send the money through PayPal. Send a note with your payment letting us know what name or email you want on the guest list. If you do not pay beforehand, tickets will also be available at the door.

## Conclusion:

The next order will be released Sunday night the 7th and then a follow up on Thursday the 10th with more details. We are assuming the Discord is compromised so we will be including a "general public guide" once leaders and directors go over this one with less information. If you have questions or need a correction made please message Eli Mosley. Finally, I realize I've been hard to get a hold of lately but I should be easier to get a hold of starting Thursday August 3rd once I am finished with my move.

# EXHIBIT 50

Exhibit 50 is Plaintiff's written response to Defendants' First Set of Interrogatories

and First Set of Document Requests, provided to Defendants on June 20, 2018.

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA

JASON KESSLER                 :       CASE NO: 3:18cv00015

        Plaintiff            :

vs.                         :

City of CHARLOTTESVILLE et al.,    :

        Defendants        :

## DEFENDANT JASON KESSLER'S RESPONSES TO DEFENDANT'S FIRST INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS

---

Now comes defendant Jason Kessler and responds to defendants first set of Interrogatories and Request for Documents as follows:

## I. <u>DISCOVERY REQUESTS</u>

1.      Describe in detail any and all actions you have taken since the 2017 Event to plan, organize, and invite attendees to the Proposed Event; and identify any person, organization, and/or other entity you have communicated with about or invited to the Proposed Event, including, but not limited to: Brian Lambert; Canan Maclmay; Cole Harris; Patrick Palmer (also known as "Hagan Frisbadli"); Charles Myers; Kyle Rogers; Marcus Boechat; Brion Keith Baker; Matthew Heimbach; Michael "Enoch" Peinovich; Kyle Sean Chapman; Andrew Anglin; Matthew Parrott; Jeff Schoep; Unity and Security for America and its members individually; the



DEFENDANT'S
EXHIBIT
50
10-27-18

Fraternal Order of Alt-Knights (also known as the "Proud Boys") and its members individually; the Rebel Brigade of Knights and its members individually; the Confederate Knights of the Klan and its members individually; Patriot Front and its members individually; Nationalist Front and its members individually; National Socialist Movement and its members individually; League of the South and its members individually; Vanguard America and its members individually; Identity Evropa and its members individually; and the Lightfoot Militia and its members individually.

> **ANSWER: Mr. Kessler does not recall any communication with any of the individuals or groups listed with the exception of Brian Lambert. To the best of Mr. Kessler's knowledge none of the individuals or groups listed, including Brian Lambert, is planning to attend the upcoming rally. Persons expected to speak at the rally are Patrick Little, Simon Roche, David Duke, Tom Kawzcynski, Corey Mahler and Avi Horton.**

2. Describe in detail the activities, including but not limited to speeches by confirmed attendees, planned to take place during the Proposed Event, including the date, time, and location of each activity.

> **ANSWER: We intend to gather on August 12th around 11am at a rally point to be determined in cooperation with local law enforcement and then march as a group with police to Lee Park for the demonstration to begin at 1pm (or earlier if so granted for set-up time). We intend to speak for about 1.5 to 2 hours. Then we will march back to our cars and leave.**

3. Identify any person, organization, and/or other entity that has provided financial support, or that you have asked to provide financial support, for the Proposed Event, and state the amount each has provided or agreed to provide.

> **ANSWER: Objection. Neither relevant nor designed to lead to relevant evidence. Answering over objection and without waiving same, Mr. Kessler solicits donations from the general public and has spent about $1500 promoting and/or organizing the upcoming rally.**

4. Identify any person, organization, and/or other entity that has confirmed that they will attend the Proposed Event.

> **ANSWER: Objection. The question asks, in part, for Mr. Kessler to violate the**

rights of persons wishing to participate anonymously and is therefore improper. Answering over objection and without waiving same, No organizations have confirmed. The speakers listed above have confirmed their intent to attend and speak. Other individuals who have confirmed have done so anonymously as they have a right to do and Mr. Kessler therefore cannot identify them.

5.    Identify any person, organization, and/or other entity that has stated that they might attend the Proposed Event.

ANSWER: Same objection as above in Answer to #4. Second objection, "might attend" is not defined. Answering over objections and without waiving same, Mr. Kessler does not have knowledge that any person or organization not encompassed by the answer above is planning to attend.

6.    Identify each social networking site on which you have posted, viewed, or received any content regarding the 2017 Event or the Proposed Event, or any of the subject matter of the Complaint.

ANSWER: Mr. Kessler posts on Facebook, Twitter, VK, Youtube and Gab.

7.    Describe in detail any instructions you have disseminated to any person, organization, or other entity concerning the Proposed Event, including but not limited to what items to bring, whether attendees should carry firearms, either "open carry" or concealed, and how to interact with non-attendees.

ANSWER:   Mr. Kessler's rules for the event are posted at www.unitetherightrally.com. He have mentioned that people have a right to concealed carry although he prefers for general attendees not to and that we should be allowed to work with law enforcement to determine what we can carry to block bricks, pepper spray, or biological agents thrown at us by Antifa or other counterprotestors.

8.    Describe in detail all facts supporting, underlying, or otherwise demonstrating that as of the time of your application for a permit for the Proposed Event 400 persons would attend it.

ANSWER: The number is derived from Mr. Kessler's best guess based on the relevant community's response to the announcement of the proposed event. The number has been borne out since the date of the application and Mr. Kessler now expects no more than 300 supporters to attend the rally.

9.    Identify each communication you have had with a current or former employee of the City, orally or in writing, regarding the Proposed Event.

ANSWER: Objection to the qualifier "each communication". Answering over objection and without waiving same Mr. Kessler does not recall any other than e-mails sent to City e-mail addresses. Communications, including those advising the City of threats of violence made by opponents of the proposed event, were communicated to either Capt. Mitchell, Brian Wheeler, or Capt. Lewis.

10.    Identify each person, or group or organization, who attended the 2017 Event per your formal or informal invitation, or through an informal or formal invitation of another person, organization, and/or other entity affiliated or working with you.

ANSWER: Objection to the qualifier "each person" etc. Answering over objection and without waiving same, to the best of Mr. Kessler's knowledge, Parties who attended pursuant to an invitation sent by Mr. Kessler or per his instruction to do so were: League of the South, Identity Europa, Traditionalist Workers Party, National Socialist Movement, Vanguard America, Richard Spencer, Matt Heimbach, Michael Hill, Michael Peinovich, Augustus Invictus, Pax Dickinson.

**11.** Identify each communication, whether oral or in writing, that you had with any member of law enforcement in any State or Commonwealth at any time before or during the 2017 Event, beginning on February 6, 2017.

ANSWER: Objection to the qualifier "each communication". Answering over objection and without waiving same, Mr. Kessler cannot be certain that he remembers each communication without exception. Mr. Kessler primarily spoke with Captain Wendy Lewis, Captain Victor Mitchell and former Police Chief Al Thomas of the Charlottesville Police Department. Mr. Kessler also notified Lt Tabler of the UVA police department about the August 11th 2017 march.

12.    Identify each communication, whether oral or in writing, that you had with any member of law enforcement in any State or Commonwealth at any time after the 2017 Event up to the present, including the substance of the communication and the date on which, and place where, such communication occurred.

ANSWER: Objection to the qualifier "each communication". Answering over objection and without waiving same, Mr. Kessler cannot be certain that he remembers each communication without exception. Mr. Kessler recalls speaking with Wendy Lewis and Victor Mitchell regarding coordination with law enforcement as to the proposed event.

13.    Describe the insurance coverage you obtained for the 2017 Event and state whether

any claims were made under the insurance.

**ANSWER: Mr. Kessler tried to purchase liability coverage through Evanston Insurance but protestors complained and got the coverage cancelled.**

14. Identify each electronic device that you used or maintained for communication purposes from February 6, 2017, through the present (including but not limited to computers, mobile devices, and landline telephones), and for each device, identify the service provider, telephone number, computer number, and the ownership and present location of the device, as well as the approximate time period you used the device.

**ANSWER: Mr. Kessler uses and has used an iPhone on Verizon. The phone number is (434) 996-5567. He also has and has had a PC and laptop on Comcast.**

15. Identify all groups, including but not limited to Unity and Security for America, of which you are a member and all the individuals who are members of those groups.

**ANSWER: Objection. The qualifier "all individuals" is neither relevant nor designed to lead to relevant evidence. Second objection, The question asks, in part, for Mr. Kessler to violate the rights of persons wishing to politically participate anonymously and is therefore improper. Answering over objections and without waiving same Mr. Kessler founded two organizations "Unity and Security for America" and " New Byzantium". Both organizations are presently inactive.**

## II. DOCUMENT REQUESTS

Response to all RFP's:

**ANSWER:Mr. Kessler has extensive responsive documents in a "dropbox" account and will provide access to Defendants in the manner they agree upon between attorneys for the parties.**

**In addition, Mr. Kessler has forwarded several responsive e-mails to his attorneys with the intention that these be forwarded to attorneys for the defense.**

Respectfully Submitted and as to Objections:

s/ James E. Kolenich PHV
 James E. Kolenich
 Ohio Bar Number: 0077084
 *Attorney for Jason Kessler*
 **Kolenich Law Office**
 9435 Waterstone Blvd. #140
 Cincinnati, OH 45249
 (513) 444-2150
 (513) 297-6065 (fax)
 Email: Jek318@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on **June 20, 2018** *via email* upon:  Ms. Linda Odom Esq. *Attorney for Defendants* as follows: email: Linda.Odom@klgates.com

s/ James E. Kolenich PHV
James E. Kolenich

## VERIFICATION

I have reviewed the attached responses to discovery and verify that they are true and correct to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 20, 2018.

_Jason Kessler_
Jason Kessler

1

# EXHIBIT 52

Exhibit 52 is an article by David McNair, published by "The DTM Charlottesville" on November 30, 2016.



# THE DTM

CHARLOTTESVILLE

Advertisements

Report this ad

# Local Blogger Uses Florida Woman's Indentity to Create Petition to Remove Wes Bellamy From City Council

DEFENDANT'S
EXHIBIT
52
6-27-18  O

POSTED NOVEMBER 30, 2016 3 COMMENTS | BY DAVID MCNAIR



**A petition** (http://www.standunited.org/petition/remove-wes-bellamy-from-the-charlottesville-city-council) being widely circulated in the local media to remove Vice-Mayor Wes Belamy from Charlottesville City Council, and which features many comments from citizens, appears to be a fake [note: since the date of this posting the petition has been altered. See developing news below. The screen shot above is off the petition on the date and time of this posting]. The petition says it was created by a Michelle Jones, and includes a picture of Ms. Jones. That photo is from **the bio page of a Florida-based company called Altair Training Solutions** (http://www.altairtrainingsolutions.com/altair-team/), and is of the company's Executive Vice President Michelle Jones.

"I was not aware of it and did not start the petition," Jones tells the DTM. "I know nothing about it. I've obviously been hacked."

StandUnited, the petition platform, has been informed of the identity theft.

Jason Kessler, the blogger who exposed Bellamy's tweets has been promoting the petition on social media.

Developing news.

**1:02pm. Another stolen photo**
(https://www.facebook.com/charlottesvilleDTM/posts/1287980044609794) has
replaced the one of Ms. Jones on the petition.

**1:31pm:** Now the author of the petition has been changed
(https://www.facebook.com/charlottesvilleDTM/photos/a.549036018504204.1073741825.290763747664767/12880
type=3&theater) to none other than...Jason Kessler.

**December 1, 2016: Daily Progress on Jason Kessler's sock puppetry**
(https://www.facebook.com/charlottesvilleDTM/posts/1289226501151815) concerning
the petition to have Wes Bellamy removed from City Council...



Jason Kessler
@TheMadDimension

☆    �·+ Follow

Need signatures to remove anti-white SJW Wes
Bellamy from office
#BootBellamy #CreepyWes



**Remove Wes Bellamy from the Charlottesville City Council**
In+light+of+recently+revealed+racist+and+pro-
rape+comments+by+Wes+%0ABellamy%2C+he+must+step+down+from+his+positi
standunited.org

RETWEETS    LIKE
2    1

Advertisements

Fast and
affordable
prototyping.
Made easy.

for $599/month

LEASE TODAY

◆ stratasys

▷

**This Device Allows You To
Watch Virtually Anything For
Free**

Report this ad                        Report this ad





David McNair VIEW ALL →

DTM is maintained by Charlottesville journalist David McNair. Need to market or promote an event, service, or product? Got a news item or new listing? Want to advertise on the DTM? Contact Dave at 434-305-9264 or dsmcnair@gmail.com.

•••

⌐  3 Comments ⟩                                                                          •••

The Daily Progress reports:

"Earlier in the week, the petition had been listed under Michelle Jones but was later changed.

Over the phone Wednesday, Kessler said there had been some people questioning the validity of his petition and whether the growing number of signatures was legitimate. He said he was "shy" about putting his name out there, but later chose to attach his real name to the petition so that he could "promote it more publicly."

Angela Morabito, senior campaign organizer for StandUnited, said in an email that Kessler initially had decided to use a different identity on the website.

"... I am verifying that Jason Kessler is a real site user and that his petition, and the signatures it has garnered, are legitimate," she said."

http://www.dailyprogress.com/news/local/bellamy-resigns-from-state-education-board-under-pressure-over-tweets/article_40d7a9d2-b744-11e6-9797-b363460e0964.html (http://www.dailyprogress.com/news/local/bellamy-resigns-from-state-education-board-under-pressure-over-tweets/article_40d7a9d2-b744-11e6-9797-b363460e0964.html)

First of all: Kessler, shy? Seems not the case.

Secondly: is it OK to "use a different identity on the website"?

Thirdly: a check of Twitter reveals that Ms. Morabito is in fact promoting this petition personally:

https://twitter.com/Bear2theRight/status/803667352403529728 (https://twitter.com/Bear2theRight/status/803667352403529728)

In addition to Kessler's blog and petition, a number of online strategies targeting Bellamy have emerged, some quite nasty:

— a blog and a Facebook page titled "Arrest Wes Bellamy" have appeared:

http://restoringthehonor.blogspot.com/2016/11/opinion-why-i-think-wes-bellamy-should.html (http://restoringthehonor.blogspot.com/2016/11/opinion-why-i-think-wes-bellamy-should.html)

— someone representing himself on Twitter as a hacker named "GoadZilla" has repeatedly targeted Bellamy, to include a claim of illegally removing 11.2 gigs of data from Bellamy's computer:

> **GoadZilla**
> @goadzill_a
>
> 11.2 gigs of data remove from @ViceMayorWesB  machine...  wait till you see this!
> 11:55 PM · Nov 27, 2016
>
> See GoadZilla's other Tweets

— a Facebook group titled "Remove Wes Bellamy Council" included Kessler as an admin and Susan Hathaway, leader of the Virginia Flaggers as members. Other members, including Teresa Lam and John Heyden, are well known to the Charlottesville community for their vocal organized opposition to City Council's initiative to re-evaluate the place of Confederate monuments in public spaces. These members have contributed a prominent block presence in the online comments of all news stories surrounding the controversy, effectively amplifying the appearance of public outrage. The group's existence was uncovered by this blog:

http://restoringthehonor.blogspot.com/2016/11/all-points-bulletin-be-on-lookout-for.html (http://restoringthehonor.blogspot.com/2016/11/all-points-bulletin-be-on-lookout-for.html)

— Susan Hathaway's group, The Virginia Flaggers, has fed the controversy by driving their Facebook and Twitter following to the various media stories and to Kessler's petition. A review of the comments on the news stories and the petition itself reveals the driving interest in Confederate heritage.

Not to mention this:

http://restoringthehonor.blogspot.com/2016/08/when-rainbows-attack-who-has-it-in-for.html?q=wes+Bellamy (http://restoringthehonor.blogspot.com/2016/08/when-rainbows-attack-who-has-it-in-for.html?q=wes+Bellamy)

Which happened back in August. This does appear to be a coordinated effort. If you haven't watched Kessler's You Tube video on white identity, I highly recommend it. Kessler discusses "white genocide".

•••

# EXHIBIT D

```
 1              UNITED STATES DISTRICT COURT
            for the Western District of Virginia
 2                           Docket No. 3:18-cv-00015

 3   * * * * * * * * * * * * * * *
     JASON KESSLER,              *
 4                              *
             Plaintiff,          *
 5                              *
     vs.                        *
 6                              *
     CITY OF CHARLOTTESVILLE and
 7   MAURICE JONES,              *
                               *
 8           Defendants.         *
                               *
 9   * * * * * * * * * * * * * * *

10

11                   R O U G H   D R A F T

12

13            DEPOSITION of MARCUS BOECHAT

14          BEFORE:  Christine Fraga Thornton, RPR,

15     Notary Public, at the offices of Hale & Hamlin,

16     Ellsworth, Maine, on Friday, June 29, 2018, beginning

17     at 9:40 a.m.

18

19                   APPEARANCES:

20     James Kolenich, Esq.        For the Plaintiff

21     John Longstreth, Esq.       For the Defendant

22     Justin Bennett, Esq., and
       Barry Mills, Esq.           For the Deponent
23

24          DON THOMPSON & ASSOCIATES, INC.
               Court Reporting and Video Conferencing
25     207-394-3900 - dtreport@myottmail.com - www.dtamainereporter.com
```

1    Q.    Okay.  And do you see reference to "our peoples rising

2          up in military fashion"?

3    A.    Yes.

4    Q.    What did you mean by that?

5                MR. BENNETT:  Objection.  It's

6          straightforward from the wording on that document:  "I

7          believe our people will rise up in military fashion."

8                MR. LONGSTRETH:  Okay.  Your objection is

9          noted.  I'd like the witness to answer the question

10         that was posed to him.

11   A.    What is your question?

12               MR. LONGSTRETH:  Please read it back.  Your

13         objection will be noted.

14             (The prior and pending questions were read back as

15         follows:)

16   "Q.   And do you see reference to 'our peoples rising up in

17         military fashion'?"

18   "A.   Yes."

19   "Q.   What did you mean by that?"

20   A.    Has it ever occurred to you that people get frustrated?

21         That's my answer; people get frustrated.

22   Q.    Okay.  So that you're saying that frustrated people

23         will rise up in military fashion?

24   A.    No.  Come on.  I spoke about the ballot box right

25         before there.

1  Q.   Okay.

2  A.   Okay?

3  Q.   So if they're not successful at the ballot box, they

4       will rise up in military fashion; is that what you

5       meant?

6  A.   Well, I mean -- I have no idea.  That's speculation.

7  Q.   Well, you wrote it.  Are you saying you're speculating

8       about the meaning of what you, yourself, wrote?

9            It's okay to just answer the question.

10 A.   I think, over the very long term, you could get to that

11      point.  I think the American people are more

12      intelligent than that and are actually long sufferingly

13      patient, so --

14            MR. LONGSTRETH:  Okay.  I have a document I'd

15      like to mark as Defendant's Exhibit 61.

16            (Defendant's Exhibit No. 61, screenshot of

17      posting, marked for identification.)

18 BY MR. LONGSTRETH:

19 Q.   And again I'd like to ask you, as I did before, what

20      this document is?

21 A.   This is a Jason Kessler post, I think.

22 Q.   It is?

23 A.   Yeah.

24 Q.   And do you see Mr. Kessler as stating?

25 A.   The whole threat to white people, blah, blah, blah.

1  Q.   Okay.  And do you see where he talks about, "Do we have

2       200 men to stand publicly for our rights?"

3                 MR. LONGSTRETH:  I'm just going to have the

4       witness -- I'm just going to have the record note -- we

5       don't have a video deposition here -- that at a number

6       of my questions, Mr. Boechat is rolling his eyes,

7       sighing, lifting his eyes up to the heaven --

8  A.   Frustration is frustration.  It's that simple.

9  BY MR. LONGSTRETH:

10 Q.   So you're frustrated right now, Mr. Boechat?

11 A.   No. I was frustrated when I wrote that.  It's a

12      function of frustration when people say things

13      sometimes --

14 Q.   Okay.

15 A.   -- not always, but sometimes.

16 Q.   Okay.  You say you were frustrated when you wrote -- if

17      you look down, when you wrote what you wrote here?

18 A.   Yes.  I would say so, yeah.

19 Q.   Okay.  So that is you, Mr. Boechat, "I'm with you.  Let

20      us collect another 198 men"?

21 A.   Yeah.  It's foolish and adolescent of me to have

22      written that, but yes, that's -- I wrote that out of

23      frustration.

24 Q.   Okay.  Now you were asked, remember at the beginning of

25      your deposition, whether you'd searched for all your

1  Q.   Right.  And this was the one you happened to miss.

2  A.   I imagine I've missed others as well, but yeah, I guess

3       I did.

4  Q.   You did miss this one.

5            When you said, "Let us collect one hundred and

6       nine -- another hundred and nine -- well, let me ask

7       you this:  When you say, "Let us collect another 198

8       men," collect them for what?

9  A.   I guess he's talking about whatever he's planning

10      there.

11 Q.   And what --

12 A.   It's pretty over the top, now that I look at it a

13      second time, what he wrote.

14 Q.   Okay.  What do you mean by "over the top"?

15 A.   Well, I mean, we're nowhere near as a country to be at

16      a point where people need to get that drastic at all,

17      and so I should have known better than to think that he

18      was a person with his head screwed on straight.

19 Q.   Okay.  When you get to that point at all, you mean you

20      understood him to be proposing collecting 200 men to

21      stand up publicly for the kind of military uprising you

22      were talking about before, when people are frustrated?

23 A.   I suppose I was talking -- I supposed that he was

24      talking about, you know, his marches or whatever it is

25      that he was doing.

# EXHIBIT E

 **Jason Kessler** · @TheMadDimension · 07:15AM
Don't pull out from the event. Are you concerned about the exposure or potential violence from Antifa?

 **Tom Kawczynski** · @TomKawczynski · 08:21AM
Two things: The downside far outweighs the upside in my estimation. It's the wrong venue - I get why you have to fight your home, but that's like agreeing to let a commie court try you.

**Tom Kawczynski** · @TomKawczynski · 08:21AM
And secondly, we have a situation brewing up here that is far bigger than I realized. I have people wanting to take to the streets now, and if I don't manage this, we could have a major problem up here.

**Tom Kawczynski** · @TomKawczynski · 08:22AM
I'm not worried about antifa. I'm worried about kangaroo courts and you should too.

 **Jason Kessler** · @TheMadDimension · 09:01AM
No one is going to jail who hasn't broken the law

**Jason Kessler** · @TheMadDimension · 09:02AM
The point is not to break the law in the first place and therefore put yourself into that situation

 **Tom Kawczynski** · @TomKawczynski · 09:05AM
I understand your intent. But nonetheless, all it takes is one provocateur in your ranks, and you'll be in jail for a decade.

**Tom Kawczynski** · @TomKawczynski · 09:06AM
I'm sorry things are this way, but my decision is made. I wish you the best and hope it is a stunning success.