CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
07/13/2018

JULIA C. DUDLEY, CLERK
BY: H. Wheeler
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | | |
|---|---|---|
| JASON KESSLER, | ) | |
|     Plaintiff, | ) | Civil Action No. 3:18cv00015 |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| CITY OF CHARLOTTESVILLE et al., | ) | By:   Joel C. Hoppe |
|     Defendants. | ) | United States Magistrate Judge |

This matter is before the Court on Defendants' Motion to Compel. ECF No. 24. The motion has been fully briefed, ECF Nos. 25, 37, 41, and the Court held a hearing on July 13, 2018. For the reasons stated on the record and, for the most part, agreed to by counsel for the parties during that hearing, Defendants' motion is hereby GRANTED to the following extent:

- On or before Monday, July 16, 2018, Plaintiff and his counsel shall review the ten categories of outstanding discovery identified in Defendants' reply brief, ECF No. 41, at 3–5, and produce any information or documents within Plaintiff's possession or control that have not yet been produced to Defendants.

- Defendants are permitted, on or before Wednesday, July 18, 2018, to file a sur-reply brief to Plaintiff's motion for preliminary injunction addressing any of the new information or documents produced by Plaintiff.

- Defendants are permitted to reopen Plaintiff's deposition, if necessary, to question Plaintiff about any new information or documents produced subsequent to Plaintiff's prior deposition.

- Defendants' request for attorneys' fees is taken under advisement. Defendants are directed to notify the Court within 30 days from the date of this Order whether, in

1

light of any new information or documents produced by Plaintiff, they intend to seek attorneys' fees under Rule 37 of the Federal Rules of Civil Procedure.

It is so ORDERED.

ENTER: July 13, 2018

Joel C. Hoppe
United States Magistrate Judge