IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| JASON KESSLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 3:18cv00015 |
| ) | |
| CITY OF CHARLOTTESVILLE, ) | |
| et. al., ) | |
| ) | |
| Defendants. ) | |

## MOTION TO QUASH NON-PARTY SUBPOENA *AD TESTIFICANDUM* ON BEHALF OF THE VIRGINIA DEPARTMENT OF STATE POLICE

COMES NOW the Virginia Department of State Police (the "Department"), by counsel, pursuant to Rule 45 of the Federal Rules of Civil Procedure, and moves to quash Plaintiff's subpoena *ad testificandum* issued to Department employee First Sergeant Eric Gowin. The subpoena should be quashed because of undue burden and irrelevance. The Department relies on its Memorandum in Support, filed herewith.

Respectfully submitted,

**VIRGINIA STATE POLICE**

By: _____/s/_____
Michael A. Jagels
Virginia Bar Number: 38262
Office of the Attorney General
202 North Ninth Street
Richmond, Virginia 23219
(804) 225-4878 (Telephone)
(804) 225-3064 (Facsimile)
mjagels@oag.state.va.us
*Counsel for the Virginia Department of State Police*

## Certificate of Service

I hereby certify that, on this 19th day of July, 2018, the foregoing Virginia Department of State Police's Motion to Quash Subpoena *ad testificandum* was filed electronically with the clerk of court using the CM/ECF system, which will send notification of such filing (NEF) to counsel of record.

By: _____/s/_____
Michael A. Jagels
Virginia Bar Number: 38262
Office of the Attorney General
202 North Ninth Street
Richmond, Virginia 23219
(804) 225-4878 (Telephone)
(804) 225-3064 (Facsimile)
mjagels@oag.state.va.us
*Counsel for the Virginia Department of State Police*