AO 88 (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action (page 2)

Civil Action No. 3.18-cv-00015

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Eric Gowin on *(date)* Jul 16, 2018.

[X] I served the subpoena by delivering a copy to the named individual as follows: Eric Gowin on *(date)* Mon, Jul 16 2018; or

[ ] I returned the subpoena unexecuted because: _____.

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $ 120.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: 7/17/2018

*Server's signature*

Zach Lynn

*Printed name and title*

1133 13th St NW Unit C4, Washington, D.C. 20005

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Jul 16, 2018, 2:21 pm EDT at Virginia State Police: 7700 Midlothian Tpke, North Chesterfield, VA 23235 received by Eric Gowin. Age: 50; Ethnicity: Caucasian; Gender: Male; Weight: 200; Height: 6'3"; Hair: Gray;