# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

|  |  |
|---|---|
| **<u>Jason Kessler</u>** | Action No:   3:18CV00015 |
|  | Date:   7/23/18 |
| **vs.** | Judge:   Joel C. Hoppe, USMJ |
|  | Court Reporter:   H. Wheeler/FTR |
| **<u>City of Charlottesville</u>** | Deputy Clerk:   Heidi N. Wheeler |

<u>Plaintiff Attorney(s)</u>

Elmer Woodard, James Kolenich

<u>Defendant Attorney(s)</u>

John Longstreth, Linda Odom, Lisa Robertson
Michael Jagles-Va State Police

## LIST OF WITNESSES

<u>PLAINTIFF/GOVERNMENT:</u>

1.

<u>DEFENDANT:</u>

1.

PROCEEDINGS:
Telephonic Motion Hearing   [55] Motion to Quash Subpoena 10:00-10:22=22min
(John Longstreth appearing in person )

Telephonic conference call held regarding Motion to Quash.

Arguments heard.

Remarks by Court.

Motion denied.

Order will issue