| | |
|---|---|
| **Description** | Appearance Sheet For The United States District Court Western District of Virginia Charlottesville Division; Kessler v. City of Charlottesville; 3:18CV15; Date: 7/23/18; Type of Hearing: Telephonic Motion; Parties: 1. Joel C. Hoppe, USMJ; 2. James Kolenich; 3. Elmer Woodard; 4. Lisa Robertson; 5. Linda Odom; 6. John Longstreth; 7. Michael Jagels; Recorded by: Heidi N. Wheeler; Time in Court: 22 min |
| **Date** | 7/23/2018 **Location** [CVILLE-3-FTR] |

| Time | Speaker | Note |
|---|---|---|
| 10:00:59 AM | 1 | |
| 10:01:05 AM | 2 | James Kolenich |
| 10:01:12 AM | 3 | Elmer Woodard |
| 10:01:14 AM | 1 | |
| 10:01:24 AM | 4 | Lisa Robertson |
| 10:01:31 AM | 5 | Linda Odom |
| 10:01:37 AM | 6 | John Longstreth |
| 10:01:49 AM | 1 | |
| 10:01:53 AM | 7 | Michale Jagels |
| 10:02:06 AM | 1 | |
| 10:02:31 AM | 7 | |
| 10:03:27 AM | 1 | |
| 10:03:50 AM | 7 | |
| 10:03:52 AM | 1 | |
| 10:04:32 AM | 2 | |
| 10:05:15 AM | 1 | |
| 10:05:41 AM | 2 | |
| 10:06:30 AM | 1 | |
| 10:07:37 AM | 2 | |
| 10:07:50 AM | 1 | |
| 10:08:22 AM | 6 | |
| 10:12:06 AM | 1 | |
| 10:12:57 AM | 7 | |
| 10:13:07 AM | 1 | |
| 10:13:56 AM | 7 | |
| 10:14:41 AM | 1 | Findings by Court-Overruled objection and Deny Motion to Quash |
| 10:15:58 AM | 7 | |
| 10:16:33 AM | 1 | |
| 10:16:45 AM | 7 | |
| 10:16:53 AM | 1 | |
| 10:17:58 AM | 2 | |
| 10:18:24 AM | 1 | |
| 10:18:35 AM | 6 | |
| 10:18:36 AM | 1 | |
| 10:19:21 AM | 6 | |
| 10:20:02 AM | 1 | |
| 10:20:27 AM | 6 | |
| 10:21:07 AM | 1 | |
| 10:22:05 AM | 7,2,6 | |
| 10:22:16 AM | 1 | |
| 10:22:17 AM | END | |