# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# HELD BY PHONE IN LYNCHBURG DIVISION

**JASON KESSLER**

vs.

**CITY OF CHARLOTTESVILLE, ET AL.**

Action No: 3:18CV00015
Date: 7/23/2018
Judge: Norman K. Moon
Court Reporter: Carol Jacobs (sworn)
Deputy Clerk: Fay Coleman

Plaintiff Attorney(s)
Elmer Woodard
James E. Kolenich

Defendant Attorney(s)
John Longstreth
Linda Odom
Lisa Robertson
Sebastian Wiseman
Amy Eldridge

## LIST OF WITNESSES

PLAINTIFF/GOVERNMENT:
1.

DEFENDANT:
1.

PROCEEDINGS:
TELEPHONIC HEARING – Discussion as to evidence to be presented at 7/24/2018 hearing.

Time in Court: 3:00 p.m. – 3:16 p.m. (16 Mins.)