CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
07/23/2018
JULIA C. DUDLEY, CLERK
BY: H. Wheeler
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| JASON KESSLER, *Plaintiff,* v. CITY OF CHARLOTTESVILLE, *ET AL.*, *Defendants.* | CASE NO. 3:18-cv-00015 ORDER JUDGE NORMAN K. MOON |

In order to facilitate the presentation of relevant argument and evidence at the upcoming hearing, the Court **DIRECTS** the parties to review *Reynolds v. Middleton*, 779 F.3d 222, 225–29 (4th Cir. 2015); *Green v. City Of Raleigh*, 523 F.3d 293, 300–06 (4th Cir. 2008); and *Cox v. City of Charleston, SC*, 416 F.3d 281, 284–88 (4th Cir. 2005). Neither party discusses these recent and relevant authorities (although Defendant does briefly cite *Cox*), and the Court believes the efficiency of the hearing would be increased through the parties' review of these cases.

It is so **ORDERED**. The Clerk of the Court is directed to send a certified copy of this order to all counsel of record.

Entered this 23rd day of July, 2018.

NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE