# EXHIBIT F TO DEFENDANTS' FINDINGS OF FACT AND CONCLUSIONS OF LAW

Exhibit F is a selection of pages from the deposition of Brian Lambert, conducted

on June 25, 2018.

# EXHIBIT B

```
       IN THE UNITED STATES DISTRICT COURT
       FOR THE WESTERN DISTRICT OF VIRGINIA
                Charlottesville Division
********************************************************

JASON KESSLER,

          Plaintiff,

    -vs-                              Case No.
                                      3:18CV00015

CITY OF CHARLOTTESVILLE

and

MAURICE JONES,
Charlottesville City Manager,
In his individual and official
capacities,

          Defendants.

********************************************************

         DEPOSITION OF BRIAN ROLAND LAMBERT

                9:30 a.m. to 1:40 p.m.

                    June 25, 2018

               Charlottesville, Virginia




Job No.: 37200

         REPORTED BY:  Kimberly A. Adderley, RPR, RMR
```

Case 3:18-cv-00015-NKM-JCH  Document 74-6  Filed 07/06/18  Page 26 of 210  Pageid#: 622  
Cavalier Reporting & Videography  
www.cavalier-reporting.com   info@cavalier-reporting.com

Case 3:18-cv-00015-NKM-JCH   Document 74-6   Filed 07/24/18   Page 3 of 12   Pageid#: 1491

```
 1        Q.    Has there ever been?
 2        A.    Not that I'm aware of.  I never heard
 3   of the Proud Boys prior to a year ago.
 4        Q.    Have you ever heard of the Proud Boys
 5   beating someone in?
 6        A.    Yes.
 7        Q.    What does that mean?
 8        A.    Basically it's an initiation kind of
 9   thing where they -- you have to name off, I think,
10   five breakfast cereals while they hit you, and
11   then once you name the five breakfast cereals,
12   they stop hitting you.  It's silly.  It's a joke.
13        Q.    To your knowledge is Jason Kessler a
14   Proud Boy?
15        A.    He got initiated.
16        Q.    Do you know about when that was?
17        A.    It was about a year ago.
18        Q.    Was it before or after August 12?
19        A.    Before.
20        Q.    Is he still a Proud Boy?
21        A.    They disavowed him almost immediately
22   after that.
23        Q.    Do you know why exactly they disavowed
24   him?
25        A.    Because he's an asshole.
```

(434) 293-3300　Reported by Kimberly A. Heidle 07/06/18　Page 27 of 210　(800) 972-1993
www.cavalier-reporting.com　Cavalier Reporting & Videography　info@cavalier-reporting.com
623

1  Q. And "we" meaning Unity and Security for
2  America?
3  A. Yes.
4  Q. And how many of you were there?
5  A. Half a dozen maybe.
6  Q. Okay. And do you remember who exactly
7  was there?
8  A. No.
9  Q. But it was you and Jason and four
10 others?
11 A. Yes. Possibly more.
12 Q. And were you outside because you were
13 not able to get tickets?
14 A. No. Basically any event that I
15 attended with Jason, I was there to provide
16 security.
17 Q. Okay. All right. So, let's do some
18 other events that Jason had and, again, I don't
19 want to put words in your mouth, but it's a fairly
20 well-known phenomenon now about bloggers and
21 others trying to get on social media. What I'm
22 asking is do you think it would be fair to say
23 that that's a partial motivation of Mr. Kessler's,
24 to do things that can get him on social media?
25 A. Yes.

```
 1        Q.    And do you have an example of that?
 2        A.    He's all over the place.
 3        Q.    Do you think he ever stages things to
 4   get on social media?
 5        A.    Yes.
 6        Q.    Have you ever heard about him
 7   announcing in advance where he is going to be,
 8   hoping that some of his opposition will show up?
 9        A.    Yes.
10        Q.    Can you give some examples of that?
11        A.    We had planned a dinner downtown, this
12   was about a year ago now, we went to Miller's on
13   the Downtown Mall, it's an outdoor seating area,
14   there was about a dozen of us, Kessler included,
15   and within 20 or 30 minutes of being there, we
16   find ourselves surrounded by his, quote/unquote,
17   opposition screaming at us, yelling obscenities,
18   and it went on for hours.
19        Q.    And how did they know you were there?
20        A.    It started with one person with a
21   camera and literally turned into a flash mob.
22        Q.    And the person that had the camera is
23   one of the opposition?
24        A.    A SURJ member, yes.  First there was 1
25   and then there were 5 and then there were 10 and
```

Case 3:18-cv-00015-NKM-JCH Document 74-2 Filed 07/24/18 Page 6 of 12 Pageid#: 1494
www.cavalier-reporting.com | Cavalier Reporting & Videography | info@cavalier-reporting.com
625

1 and this press conference reflected in the
2 pictures, did you provide him security at any
3 other time?
4     A.    Probably one of the last dealings I had
5 with him, because, I mean, it's gotten to the
6 point where I don't want anything to do with him.
7 I don't agree with a lot of things that he says,
8 but I -- my attitude has been that even if I don't
9 agree with it, I will still defend his right to
10 say it. But, his other actions and callousness
11 have led me to just completely break off all ties
12 with him.
13     Q.    What was he callous about?
14     A.    Everything.
15     Q.    Was he callous about Heather Heyer's
16 death?
17     A.    Yeah.
18     Q.    Was he callous about the harm to
19 people, the physical harm to people that attended
20 his event?
21     A.    He had no regard for that.
22     Q.    Pardon me?
23     A.    He has no regard for that.
24     Q.    So, no regret that that happened?
25     A.    No.

(434) 293-3300    Case 3:18-cv-00015-NKM-JCH    Document 51-4    Reported by Kimberly A. Alderdice    Filed 07/06/18    Page 30 of 210    Pageid#: 893
www.cavalier-reporting.com    Cavalier Reporting & Videography    info@cavalier-reporting.com
626

Case 3:18-cv-00015-NKM-JCH    Document 74-6    Filed 07/24/18    Page 7 of 12    Pageid#: 1495

1　　well how it was going to turn out.
2　　　　Q.　　That who knew?
3　　　　A.　　The City. The City created -- the City
4　　created this whole thing. They shut down that
5　　rally and they forced those people into a hostile
6　　crowd. If they would have just left it alone and
7　　let them stay in their park, do their little
8　　thing, have their little rally, they would have
9　　come and gone. But they created this.
10　　　　Q.　　By shutting down the rally?
11　　　　A.　　By shutting down the rally and forcing
12　　people out of the park into Antifa and Black Lives
13　　Matter waiting on the street, yes.
14　　　　Q.　　And were you there when that happened?
15　　　　A.　　No. I was up the street. I was on my
16　　way there.
17　　　　Q.　　What else made you feel like there was
18　　a good chance that violence was going to happen?
19　　Can you be more specific about what you saw on
20　　Facebook?
21　　　　A.　　What happened at Berkeley. Other
22　　protests and rallies across the country. You
23　　know, just the current climate. It made it pretty
24　　obvious to me that there was going to be trouble.
25　　　　Q.　　Did you see anything to suggest that

(434) 293-3300　　　　Reported by Kimberly A. Hedrick　　　　(800) 972-3376
www.cavalier-reporting.com　　Cavalier Reporting & Videography　　info@cavalier-reporting.com

Case 3:18-cv-00015-NKM-JCH   Document 61   Filed 07/06/18   Page 31 of 210   Pageid#: 627

Case 3:18-cv-00015-NKM-JCH   Document 74-6   Filed 07/24/18   Page 8 of 12   Pageid#: 1496

1   Mr. Kessler knew that Charlottesville would be
2   like a Berkeley?
3      A.   He talked about it a lot.
4      Q.   Talked about Berkeley and the violence
5   there a lot?
6      A.   Yeah. In his videos.
7      Q.   Did you ever witness on Facebook or in
8   any other way Mr. Kessler trying to minimize any
9   chance of violence?
10      A.   I think at one point he said something
11   about not being armed.
12      Q.   Was that on Facebook?
13      A.   Yes.
14      Q.   Did you ever see him talk about
15   bringing signs and shields and helmets?
16      A.   No. I do remember him -- vaguely I
17   remember something about not bringing swastikas or
18   anything, you know, that could be construed as
19   hate speech.
20      Q.   So, you don't think Jason is the one
21   that invited the Nazis that you saw in McIntire
22   Park?
23      A.   I think that just was a result of the
24   snowball effect, you know. I can't say that he
25   invited them directly. Even when I went to

(434) 293-3300 Case 3:18-cv-00015-NKM-JCH    Reported by Kimberly A. Hedden    Document 74-6 Filed 07/06/18    Page 32 of 210    (800) 972-3376
www.cavalier-reporting.com    Cavalier Reporting & Videography    info@cavalier-reporting.com
628

Case 3:18-cv-00015-NKM-JCH    Document 74-6    Filed 07/24/18    Page 9 of 12    Pageid#: 1497

1  that that was going to happen.

2      Q.    So, by that time you weren't attending

3  the Unity and Security for America meetings?

4      A.    No. I want to say at that point I

5  don't think we were even having meetings anymore.

6  There was the get together that we had at Miller's

7  and I think that was sometime in June. It may

8  have been May when that happened. And then there

9  was another get together downtown with the Proud

10 Boys, prior to which I had never heard of the

11 Proud Boys in any capacity, only then did I go on

12 YouTube and watched a few videos. One of the

13 members is actually one of my Cub Scouts when I

14 was a Scout leader years ago. And I hadn't seen

15 him since he was, you know, a Cub Scout, so...

16     Q.    What was the event about, the Proud

17 Boys downtown?

18     A.    He had invited them to town to create a

19 spectacle, which he succeeded in doing. That's

20 when they did their little initiation thing in the

21 alley, which again, I didn't participate, I just

22 observed.

23     Q.    You were invited?

24     A.    Hmm?

25     Q.    You were invited to attend?

(434) 293-3300   Case 3:18-cv-00015-NKM-JCH   Document 34-1   Filed 07/06/18   Page 33 of 210   (800) 972-3393
www.cavalier-reporting.com    Reported by Kimberly A. Hackley    info@cavalier-reporting.com
Cavalier Reporting & Videography
629

Case 3:18-cv-00015-NKM-JCH   Document 74-6   Filed 07/24/18   Page 10 of 12   Pageid#: 1498

1  A. Yeah.

2  Q. Did he invite a number of people to
3  attend?

4  A. Well, somehow he reached out to the
5  Proud Boys. I'm not sure who he talked to or
6  when. But, like I said, it was supposed to be a
7  night where we were going to go downtown and hang
8  out and have a few beers, and it turned into a
9  fiasco.

10  Q. What made it --

11  A. SURJ showed up. We went to Cinema
12  Taco, we ordered a beer, and we were told to
13  leave. So, we left. And this is Jason now, I
14  told Jason let's go somewhere else, let's get off
15  the Mall. Let's go to the Lazy Parrot or Big
16  Jim's Barbecue, somewhere not downtown. And he's
17  like oh, no, no, no, no, I'm going to take them to
18  Miller's. Man, don't take them to Miller's. So,
19  he takes them to Miller's, they refuse them
20  service. So, then we went down to the movie
21  theater and we went in, ordered a beer, walked
22  back outside, sat down.

23  The protesters showed up, started
24  calling the movie theater, at which point they
25  came out and we were asked to leave again. They

Case 3:18-cv-00015-NKM-JCH Document 51-4 Filed 07/06/18 Page 34 of 210
Cavalier Reporting & Videography
630
www.cavalier-reporting.com | info@cavalier-reporting.com

Case 3:18-cv-00015-NKM-JCH Document 74-6 Filed 07/24/18 Page 11 of 12 Pageid#: 1499

1  gave us our money and we left. You know, they
2  refunded our money and we left.
3       And at that point SURJ had sent out
4  their little flash mob and there was probably 50
5  to 100 of them. And Jason is out there with his
6  camera videoing the whole thing. He takes a
7  perverse pleasure in that thing. You know, at
8  that point I think the Proud Boys were just like
9  what have we gotten ourselves into? So, by the
10 end of the night, they pretty much disavowed
11 Jason. That was a manufactured spectacle on his
12 part.
13      Q.   And where did the Proud Boys come in
14 from?
15      A.   I'm not sure.
16      Q.   Are they from Virginia?
17      A.   Yeah.
18      Q.   But not from Charlottesville?
19      A.   No. Well, I mean, I think a few of
20 them may have been from Charlottesville. They
21 handle from Charlottesville, but I don't think
22 they live here.
23      Q.   So, this was an event that was a Proud
24 Boys event, but Mr. Kessler invited people that
25 weren't Proud Boys to come?

(434) 293-3300 — www.cavalier-reporting.com — Cavalier Reporting & Videography — info@cavalier-reporting.com — (800) 972-3376

Case 3:18-cv-00015-NKM-JCH   Document 31-4   Filed 07/06/18   Page 35 of 210   Pageid#: 631

Case 3:18-cv-00015-NKM-JCH   Document 74-6   Filed 07/24/18   Page 12 of 12   Pageid#: 1500