CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILE, VA
FILED

JUL 24 2018

JULIA C. DUDLEY, CLERK
BY: /s/
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| JASON KESSLER, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 3:18cv00015 |
| CITY OF CHARLOTTESVILLE, et. al., | ) |
| Defendants. | ) |

**STIPULATION AS TO SCOPE OF TESTIMONY OF VIRGINIA STATE POLICE SERGEANT ERIC GOWIN**

COMES NOW the Virginia Department of State Police (the "Department"), by counsel, counsel for the Plaintiff Jason Kessler, and counsel for Defendants, and agree and stipulate to the following regarding the testimony of Virginia State Police Sergeant Eric Gowin in the above matter on July 24, 2018, consistent with the Plaintiff's proffered reason for subpoenaing Sgt. Gowin to testify:

1. Sgt. Gowin's testimony will be limited in scope to the discussion he had while meeting with Mr. Kessler on July 11, 2018 in Washington D.C. to discuss the Washington, D.C. demonstration, where Sgt. Gowin and Mr. Kessler discussed, if Mr. Kessler is granted a permit to demonstrate in Charlottesville, VSP's possible assistance with logistics of Mr. Kessler's movements during a Charlottesville demonstration, to include whether Kessler provided names of threats to Sgt. Gowin; and

2. Sgt. Gowin is not employed in a position or rank to bind Virginia State Police regarding commitment of personnel or resources to any demonstration that occurs in Charlottesville or elsewhere.

**SEEN AND AGREED TO:**

_____
Michael A. Jagels, Esq.
Senior Assistant Attorney General


_____
James Edward Kolenich, Esq.
Counsel for Jason Kessler


_____
John Longstreth, Esq.
Counsel for the City of Charlottesville