# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## CHARLLOTESVILLE DIVISION

**Jason Kessler**

**vs.**

**City of Charlottesville , et al**

Action No:   3:18CV00015

Date:   7/24/2018

Judge:   Norman K. Moon

Court Reporter:   Sonia Ferris

Deputy Clerk:   Heidi N. Wheeler

Plaintiff Attorney(s)

Elmer Woodard, James Kolenich

Defendant Attorney(s)

John Longstreth, Linda Odom, Lisa Robertson, (Sebastian Waisman-Not Admitted, Amy Eldrige)

## LIST OF WITNESSES

PLAINTIFF/GOVERNMENT:

1.

DEFENDANT:

1.

PROCEEDINGS:

MOTION FOR PRELIMINARY INJUNCTION        1:00-1:22=22 min 1:30-1:32=2 min 1:38-1:40=2 min Total 26 min

Mr. Woodard states to Court that Mr. Kolenich is late based on flights and Mr. Kessler is not present as expected. Court will proceed with hearing.

Parties present through counsel    for hearing on motion.

Opening Statements.

Mr. Kolenich arrives. Court addresses issues.

Break for attorney    to try to reach Mr. Kessler

Back on record. Counsel ask for another brief recess to speak to client.

On the Record Mr. Woodard makes Motion to withdraw the Motion for Preliminary Injunction.

Court grants the motion.

Court adjourned.

Time in Court: