IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| JASON KESSLER Plaintiff, | ) ) ) | **STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |
| v. | ) ) ) | |
| | ) | Case No.3:18-CV-15 |
| CITY OF CHARLOTTESVILLE ET AL. Defendant(s). | ) ) ) ) | |

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties that the above-captioned action is voluntarily dismissed with prejudice, against all defendant(s) pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). All pending motions are withdrawn. Each party to bear their own attorney fees and costs save for the parties existing agreement regarding payment of costs for the imaging of Mr. Kessler's devices.

s/ JAMES E. KOLENICH
JAMES E. KOLENICH (pro hac vice)
KOLENICH LAW OFFICE
9435 Waterstone Blvd. 3140
Cincinnati, OH 45249
(p) (513) 444-2150
Fax (513) 297-6065
Jek318@gmail.com
ATTORNEY FOR PLAINTIFF

s/ JOHN LONGSTRETH
John Longstreth (pro hac vice)
K&L Gates LLP
1601 K St. NW
Washington, D.C. 20006
Telephone: 202-778-9000
Facsimile: 202-778-9100
john.longstreth@klgates.com
ATTORNEY FOR DEFENDANT

August 2, 2018